**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Pacific Education Corporation** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Pioneer Pacific College** <br> **Oregon Culinary Institute** <br> **Health Career Institute** |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **93-0852811** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | Principal place of business | Mailing address, if different from principal place of business |
| | | **1631 SW Jefferson Street** <br> **Portland, OR 97201** <br> Number, Street, City, State & ZIP Code | **PO Box 220162** <br> **Portland, OR 97269** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Multnomah** <br> County | Location of principal assets, if different from principal place of business <br> **See Attachment 1** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.pioneerpacific.edu** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6113

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 20-32558-dwh7   Doc 1   Filed 09/03/20

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    9 / 2 / 2020
           MM / DD / YYYY

X _____      **Don Moutos**
Signature of authorized representative of debtor      Printed name

Title    **CFO/President/Owner**

| | |
|---|---|
| 18. Signature of attorney | X   */s/ Tara J. Schleicher*          Date   **09/03/2020** |
| | Signature of attorney for debtor               MM / DD / YYYY |

**Tara J. Schleicher 954021**
Printed name

**Foster Garvey PC**
Firm name

**121 SW Morrison St 11th Floor**
**Portland, OR 97204-3141**
Number, Street, City, State & ZIP Code

Contact phone   **5032283939**      Email address   **tara.schleicher@foster.com**

**954021 OR**
Bar number and State

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

# United States Bankruptcy Court
## District of Oregon

In re **Pacific Education Corporation**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 30,000.00 |
    | Prior to the filing of this statement I have received | $ | 35,000.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Relief from stay proceedings, motions to sell property, show cause hearings or proceedings, audit or trustee investigations, attendance at any 2004 examinations and any adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__09/03/2020__

*Date*

*/s/ Tara J. Schleicher*

**Tara J. Schleicher 954021**
*Signature of Attorney*
**Foster Garvey PC**
**121 SW Morrison St 11th Floor**
**Portland, OR 97204-3141**
**5032283939  Fax: 5032260259**
**tara.schleicher@foster.com**
*Name of law firm*

---

Fill in this information to identify the case:

Debtor name  **Pacific Education Corporation**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _9/2/2020_        x  _____
                                 Signature of individual signing on behalf of debtor

                                 **Don Moutos**
                                 Printed name

                                 **CFO/President/Owner**
                                 Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Pacific Education Corporation**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................. $ _____0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................... $ _____4,097,603.31

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................ $ _____4,097,603.31

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____69,592.20

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$ _____1,748,845.97

4.  **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b                                                                       $ _____1,818,438.17

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

Debtor name   **Pacific Education Corporation**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Columbia Bank** | **Commercial Checking / General Account** | **7281** | **$64,462.64** |
| 3.2. | **Columbia Bank** | **Commercial Checking / Funding Account** | **4871** | **$71,300.85** |

**4.**   **Other cash equivalents** *(Identify all)*

**5.**   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $135,763.49 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **Chambers**<br>**800 Willamette Street, #750**<br>**Eugene, OR 97401** | **$28,330.00** |
| 7.2. | **Norris & Stevens**<br>**PO Box 4245** | **$20,901.28** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 7.3. | **The Round - First and Last** | $58,992.69 |
| 7.4. | **Portland Art Museum** | $1,600.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 8.1. | **Corporate Insurance - Cobbs Allen** | Unknown |
| 8.2. | **Surety Bond - WB Adams** | Unknown |
| 8.3. | **Avast Software** | $1,574.40 |
| 8.4. | **Tech Heads** | $5,092.80 |
| 8.5. | **Healthcare Providers** | $638.68 |

9.   **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.                    | **$117,129.85** |

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 3,317,620.09 | - | 663,524.05 | = .... | $2,654,096.04 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,537,397.74 | - | 768,698.87 | =.... | $768,698.87 |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          | **$3,422,794.91** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Textbook Inventory (per 2019 Audit)** | 2019 | $186,007.00 | Fair Market | $93,003.50 |

| 23. | **Total of Part 5.** | | $93,003.50 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Case 20-32558-dwh7   Doc 1   Filed 09/03/20

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
       communication systems equipment and software**
       **Office Furniture, office fixtures, office
       equipment - See Attachment 2**          $2,192,743.71          Fair Market          $328,911.56

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                    $328,911.56
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Culinary Equipment - See Attachment 2 -<br>Depreciation Schedule, See Item 41 above** | See Item 41 above | | See Item 41 above |

51.    **Total of Part 8.**                                                    $0.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease with The Round 4145 SW Watson Ave #300 Beaverton, OR 97005** | | **Unknown** | | **Unknown** |
| 55.2.  **Lease for Springfield Campuses (Nursing School): 3783 International Court Springfield, OR 97477** **and** **3800 Sports Way Springfield, OR 97477** | | **Unknown** | | **Unknown** |
| 55.3.  **Lease for Oregon Culinary Institute Campuses: 1717 SW Madison Street Portland, OR 97201** **and** **1701 SW Jefferson Street Portland, OR 97201** | | **Unknown** | | **Unknown** |
| 55.4.  **Server Off-site Location: Flexental 23605 NW Huffman Street Hillsboro, OR 97124** | | **Unknown** | | **Unknown** |

56.     **Total of Part 9.**                                                                                              **$0.00**
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have an interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Oregon Culinary Institute** | **Unknown** | | **Unknown** |
| **Kitchen Ninja - Expired 8/2/2020** | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites** **Pioneer Pacific College** **Oregon Culinary Institute** **Healthcare Institute** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Student Information (Student Master List)** | **Unknown** | | **Unknown** |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.

     |  **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☐ No
     ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No. Go to Part 12.
     ☐ Yes Fill in the information below.

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $135,763.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $117,129.85 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,422,794.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $93,003.50 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $328,911.56 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,097,603.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,097,603.31 |

**Fill in this information to identify the case:**

Debtor name    **Pacific Education Corporation**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| **2.1** | **CIT Technology Financial Services** | | **$25,265.00** | **Unknown** |
|---|---|---|---|---|

**CIT Technology Financial Services**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Copiers/Office Equipment**

**PO Box 100706**
**Pasadena, CA 91189**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

| **2.2** | **Dell Financial Services** | | **$44,327.20** | **Unknown** |
|---|---|---|---|---|

**Dell Financial Services**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Computer Switches**

**c/o Corporation Service Company**
**1127 Broadway Street NE**
**Suite 310**
**Salem, OR 97301**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$69,592.20**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
| --- |

Debtor name **Pacific Education Corporation**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Lane County, Oregon**
**125 East 8th Avenue**
**Eugene, OR 97401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Multnomah County, Oregon**
**501 SE Hawthorne Blvd, Suite 400**
**Portland, OR 97214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oregon Department of Revenue**
**955 Center St NE**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aaron L Breckel**
**38471 Mckenzie Hwy**
**Springfield, OR 97478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aaron W Ross Elkinton**
**362 NE 34th Pl**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abigale Stowell**
**6112 SE 55th Ave**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adler R Robinson-Verdugo**
**22615 West Bluff Drive**
**West Linn, OR 97068**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Adrien Gault**
**8075 N Edison Street**
**Portland, OR 97203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Aidan Mathews**
**1701 SW Columbia St Apt 501**
**Portland, OR 97201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alejandra Garcia**
**3990 SW Minter Bridge Rd**
**Hillsboro, OR 97123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alexa Rugbart**
**9627 SW 52nd Ave**
**Portland, OR 97219**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alexandra Judge**
**2107 Birchwood Ave**
**Eugene, OR 97401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alexandra Press**
**5545 Kilchurn Ave**
**Lake Oswego, OR 97035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Alexandria Leyson**
2349 S Alpine St
Cornelius, OR 97113

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Alexis Riggs**
773 NW 13th St #414
Gresham, OR 97030

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Alexys N Dolan**
PO Box 904
Drain, OR 97435

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Alka S Sola**
432 SE Baseline St
Hillsboro, OR 97123

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Allison C Burriss**
650 Mill St
Apt 9
Springfield, OR 97477

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$342.59** |
|------|---|---|---|

**Allstream**
18110 SE 34th St
Bldg 1, Suite 100
Vancouver, WA 98683

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Allyse J Bowen**
PO Box 749
Elkton, OR 97436

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alonna N Mills**
2143 Laura St
Springfield, OR 97477

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alyse R Meadows**
PO Box 7552
Springfield, OR 97475

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alyshia B Baker**
3033 Gateway St
#9
Springfield, OR 97477

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alyson B Lynch**
4885 Aster St
#192
Springfield, OR 97478

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alyssa C Manes**
PO Box 1286
La Pine, OR 97739

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alyssa Cornelison**
217 8th Ave
Helena, MT 59601

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alyssa Kim**
15229 SE Chelsea Morning DR
Happy Valley, OR 97086

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amanda Channel**
1259 SW Kiley Wy #98
Beaverton, OR 97006

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amanda N Dodson**
59 Honer Ln
Creswell, OR 97426

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amro Ezzat**
14712 SW Scholls Ferry Rd Apt 324
Beaverton, OR 97007

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amy D Robillard**
2580 Park View Dr
Eugene, OR 97408

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amy E Guyer**
9200 SW Arapaho Rd
Tualatin, OR 97062

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Brown**
4300 NE Prescott St
Portland, OR 97218

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Layne**
13438 SE Red Rose Lane
Happy Valley, OR 97015

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| Debtor | Pacific Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Angelena M Ortiz**
1098 NW Briarcreek Wy #423
Beaverton, OR 97006

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Angela A Fields**
540 S 15th St
Lebanon, OR 97355

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Angela M Clark**
1965 37th Cir
Sweet Home, OR 97386

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anita M Westlund**
87909 Misty Ln
Veneta, OR 97487

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Annabelle C Pitcher**
7156 N Mobile Ave
Portland, OR 97217

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Annalee Merritt**
11700 SW Butner Rd Apt 106
Portland, OR 97225

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anne Barron**
2550 Laurel Hill Dr
Eugene, OR 97403

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Anne M Belluardo**
**205 NE 148th Ave #C**
**Portland, OR 97230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Ariana E Farrell**
**8508 N Gilbert Ave**
**Portland, OR 97203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Ariane Medina**
**310 SE 37th Ave**
**Hillsboro, OR 97123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Ashlen G Carreira**
**2450 SW Leonard St Apt #5**
**Corvallis, OR 97333**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Ashley M Rose**
**1680 Ivy St Apt A**
**Junction City, OR 97448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Ashley M Stotz**
**38945 Sodaville Waterloo Dr**
**Lebanon, OR 97355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Ashley Reardon**
**1811 NE 66th St**
**Vancouver, WA 98665**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| Debtor | **Pacific Education Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Scully**
**2000 NE 112th Ave Apt A12**
**Vancouver, WA 98684**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Torres Ruiz**
**1158 N Davis St**
**Cornelius, OR 97113**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Austin A Antczak**
**229 NE Monroe St**
**Portland, OR 97212**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Austin Hinz**
**1817 Silverstone Dr**
**Forest Grove, OR 97116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Autumn Sampson**
**449 Barclay Ave**
**Oregon City, OR 97045**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bayley R Seaton-Wade**
**1412 S 57th St**
**Springfield, OR 97478**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beth R Albertini**
**3087 Lord Byron Pl**
**Eugene, OR 97408**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

| Debtor | Pacific Education Corporation | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**3.53** Nonpriority creditor's name and mailing address

Bethany L Neimiller
PO Box 41133
Eugene, OR 97404

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Bonnie J Harvey
3359 NW Walnut Blvd
Corvallis, OR 97330

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.55** Nonpriority creditor's name and mailing address

Braedyn K Evans
648 St Andrews Lp
Creswell, OR 97426

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.56** Nonpriority creditor's name and mailing address

Brenda C Torres Sanchez
839 S 68th St
Springfield, OR 97478

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.57** Nonpriority creditor's name and mailing address

Brenna M Bartlett
6731 Aster St
Springfield, OR 97478

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Brian Wilke
c/o Matthew D. Colley, Attorney
Black Helterline LLP
805 SW Broadway, Suite 1900
Portland, OR 97205

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$587,875.27**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Briana Perez
1955 SW 5th Ave Apt 722 Bedspace - B
Portland, OR 97201

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Briane Lozzi**
**3181 NE 23rd St Apt O1100**
**Gresham, OR 97030**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brittani M Perkins**
**1265 Seventh St**
**Springfield, OR 97477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brittany Quam**
**601 Cowlitz Way**
**Kelso, WA 98626**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brooke N Larson**
**1340 Mill St**
**#103**
**Eugene, OR 97401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bryana C Swaim**
**25745 Hall Rd**
**Junction City, OR 97448**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**Builder's Electric, Inc.**
**195 Madison St**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6961**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caitlin Tessier**
**2808 N Willamette Blvd**
**Portland, OR 97217**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cameron Stephens**
**706 West Central Ave**
**Bentonville, AR 72712**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cameron V Lindsey**
**93 Owosso Dr**
**Eugene, OR 97404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Candice L Posey**
**151 Heavenly Ct**
**Sutherlin, OR 97479**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.50 |
|---|---|---|---|

**Cascade Health Solutions**
**2650 Suzanne Way**
**Suite 200**
**Eugene, OR 97408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/6/2020

Last 4 digits of account number  5417

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cassandra Rayford**
**5534 SE 61st Ave**
**Portland, OR 97206**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cassidy R Coulter**
**1914 Fifth St**
**Apt 45**
**Springfield, OR 97477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cassidy S Braverman**
**188 Hardy Ave**
**Eugene, OR 97404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Celina B Ivey**
**2625 17th Place**
**Forest Grove, OR 97116**

☐ Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$236.12** |
|---|---|---|---|

**CenturyLink**
**700 West Mineral Ave**
**M Floor**
**Monroe, LA 71203-8012**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Chadam Odell**
**77928 Delena Mayger Rd.**
**Rainier, OR 97048**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Chalice M Crandall**
**2146 Minnesota St**
**Eugene, OR 97402**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Charli J Chalker**
**13456 SW Hawks Beard Street #1532**
**Portland, OR 97223**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Chelsea A Robinson**
**522 Madsen Loop**
**Carlton, OR 97111**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Chelsea D Slone**
**27868 Riggs Hill Rd**
**Foster, OR 97345**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| Debtor | Pacific Education Corporation | Case number | (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chelsea L Veltri**
789 Old Orchard Ln
Springfield, OR 97477

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cheyenne Harris**
1620 NW 14th Ave Apt #1107
Portland, OR 97209

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chloe Bott**
4487 SW Stoddard Dr.
Aloha, OR 97007

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christian J Root**
5911 SW Southview Pl
Portland, OR 97219

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christian Powell**
105 Lynn Dr.
Newberg, OR 97132

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christopher Behr**
1329 SW 14th Ave Apt 304
Portland, OR 97201

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christopher Loder**
32911 SW Oakview Ct
Cornelius, OR 97113

- Contingent
- Unliquidated
- Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$587.50** |
|------|--------|--------|--------|

**City of Portland**
1221 SW 4th Avenue
Suite 430
Portland, OR 97204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**Cody B Allison**
18540 SW Boones Ferry Rd #J-1
Tualatin, OR 97062

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**Cody Kachelein**
1631 SW Yamhill St Apt 206
Portland, OR 97205

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**Colan Balkwell**
1717 SW Park Ave #708
Portland, OR 97201

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**Colin M Leech**
16491 Hiram Ave
Oregon City, OR 97045

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|

**Collin Austin**
925 I Street
Sparks, NV 89431

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,207.02** |
|------|--------|--------|--------|

**Comcast Business**
780 Commercial St SE
Suite 100
Salem, OR 97301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conrad P Michell**
3661 SE Nehalem St
Portland, OR 97202

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Courtanie R Toddy**
1401 E 10th St
Newberg, OR 97132

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Courtney C Dempsey**
35455 Hendricks Rd
Creswell, OR 97426

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crystal Cardenas**
1717 SW Park Ave Apt 824
Portland, OR 97201

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cynthia Arellano**
457 S Manzanita Ct.
Canby, OR 97013

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cynthia Dillman**
1145 Rural Ave. S.E. Apt. 4
Salem, OR 97302

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Damian D Stowbunenko Saitschenko**
643 Sterling Dr
Eugene, OR 97404

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Daniel J Hovet**
**2454 17th St**
**Springfield, OR 97477**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

| 3.103 | Nonpriority creditor's name and mailing address | | Unknown |

**Daniel J Moore**
**2500 Lyon St SE**
**Albany, OR 97322**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | | Unknown |

**Daniel Zysk**
**33360 SW Rogers Rd**
**Scappoose, OR 97056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | | Unknown |

**Daniela Tapia Reyes**
**250 NW 181st Ave**
**Beaverton, OR 97006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | | Unknown |

**Danielle Herrington**
**7425 SW Aloma Way Apt 2**
**Portland, OR 97223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | | Unknown |

**Darrienne R De La Rosa**
**9065 Trask River Rd**
**Tillamook, OR 97141**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | | Unknown |

**David N Langtry**
**35440 SE Hwy 211 Unit 29**
**Boring, OR 97009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Deakota J Marquez**
88791 Conrad Rd
Veneta, OR 97487

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DeAnna R Gritzmacher**
9700 SW Tualatin Rd #23
Tualatin, OR 97062

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Deborah M. Pasi-Erwin**
634-2 La Salle St
Harrisburg, OR 97446

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Devin McGill**
2278 SE 171st Ave
Portland, OR 97233

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Devon S Shaw**
1955 SW 5th Ave #672
Portland, OR 97201

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Devon Ward**
3615 SW Huber St
Portland, OR 97219

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.47 |
|---|---|---|---|

**DialogTech**
120 S Riverside Plaza
Suite 1100
Chicago, IL 60606

Date(s) debt was incurred __

Last 4 digits of account number  **5168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Diana Gray**
9750 NW Sweetwater Ln
Portland, OR 97211

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dillon Gleave**
9457 N Bristol Ave #9
Portland, OR 97203

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dimond D Huntley**
1978 Fircrest Dr
Eugene, OR 97403

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donna Fleming**
1205 SE 165th Ave
Portland, OR 97233

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Drew Vanderbilt**
3359 SE Powell Valley Rd Apt 104
Gresham, OR 97080

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,102.75 |
|---|---|---|---|

**EBSCO Subscription Services**
10 Estes Street
Ipswich, MA 01938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edan Nelson**
3230 NE 29th Street
Gresham, OR 97030

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elizabeth J Middleton**
**914 N Van Duyn St**
**Eugene, OR 97401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elizabeth-Ann Graham**
**1825 Bryant Ave**
**Cottage Grove, OR 97424**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eloria Robinson**
**12506 16th St NE Apt G8**
**Lake Stevens, WA 98258**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elvia Y Kester**
**36012 Pittsburg Rd**
**Saint Helens, OR 97051**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Emily Kortlever**
**6501 NE Cherry Dr, Apt 1219**
**Hillsboro, OR 97124**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Stromquist**
**3990 Abbey Ln**
**Unit 203**
**Astoria, OR 97103**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No □ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Erica P Croxen**
**3450 Cabernet Ln**
**Eugene, OR 97404**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| | | |
|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Erick Schwarz**
**8287 SW Wilderland Ct.**
**Portland, OR 97224**

   ■ Contingent
   ■ Unliquidated
   ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Erika J Sanchez Arias**
**1500 S Sandoz Rd #29**
**Newberg, OR 97132**

   ■ Contingent
   ■ Unliquidated
   ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Erin J Chaney**
**161 1/2 18th St**
**Springfield, OR 97477**

   ■ Contingent
   ■ Unliquidated
   ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Erin M McLean**
**1215 NW 23rd Apt 11**
**Corvallis, OR 97330**

   ■ Contingent
   ■ Unliquidated
   ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Errinn E Voorhies**
**1639 River Rd**
**Eugene, OR 97404**

   ■ Contingent
   ■ Unliquidated
   ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Estarion Sunborn**
**3204 NE 62nd Ave**
**Portland, OR 97213**

   ■ Contingent
   ■ Unliquidated
   ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| | | |
|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |

**Evan Bloom**
**1630 SW Clay St 2A**
**Portland, OR 97201**

   ■ Contingent
   ■ Unliquidated
   ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Evangeline Mills**
1631 SW Yamhill St #101
Portland, OR 97205

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Evelyn V Ayala Salazor**
6551 A St
Springfield, OR 97478

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Faith S Dotson**
757 NE Clover Ave
Roseburg, OR 97470

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Florita D Eubanks**
2747 N Holladay Dr
Cornelius, OR 97113

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Frank Peoples**
19211 SE Yamhill St #21
Portland, OR 97233

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Garrett McClatchey**
3353 SE Birdhouse Way
Hillsboro, OR 97123

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Garrett W Brittain**
2333 N Terry St Spc 53
Eugene, OR 97402

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gladis Y Sanchez**
**811 Orchard Ln**
**Roseburg, OR 97471**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gladys C Perreira**
**14270 SW Bull Mountain Rd**
**Portland, OR 97224**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47.01** |
|---|---|---|---|

**Google**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3837**

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Grace Schwarzer**
**10292 SW Taylor St**
**Portland, OR 97225**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Grant Gruber**
**14232 Kimberly Circle**
**Lake Oswego, OR 97035**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,933.00** |
|---|---|---|---|

**Guardian Security & Protection Services**
**71 Centennial Loop**
**Suite C**
**Eugene, OR 97401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3537**

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Haley M Markland**
**1020 Skipper Ave**
**Eugene, OR 97404**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ■ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Halle E VanNatta**
**1221 SW 11th Ave Apt 215**
**Portland, OR 97205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hannah Barchini**
**3025 SE 118th Ave**
**Portland, OR 97266**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hannah Boyer**
**1551 SW Taylor St Unit 410**
**Portland, OR 97205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hayley B Jackson**
**45556 S Gatecreek Rd**
**Vida, OR 97488**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hayley M Pletcher**
**675 Nebraska St**
**Eugene, OR 97402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Heather M Serafin**
**38168 Place Rd**
**Fall Creek, OR 97438**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Heather Rawlinson**
**8122 SW Lori Way**
**Beaverton, OR 97007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hector Munoz**
**197 Crestwood St**
**Fairview, OR 97024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hope G Melum**
**4225 NW Columbia Ave**
**Portland, OR 97229**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Howard Cager**
**9520 NE 72nd St**
**Vancouver, WA 98662**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ian Grant**
**4724 NE 104th Ave**
**Portland, OR 97220**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Idongesit Essien**
**21506 SW Frammy Way**
**Hillsboro, OR 97003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ingrid Perez Cruz**
**4989 North Way**
**Eugene, OR 97402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157.01** |
|---|---|---|---|

**Iron Mountain**
**c/o Corporation Service Company**
**1127 Broadway Street NE**
**Suite 310**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **W958**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Izabella M Burnett**
**4795 Franklin Blvd Spc 58**
**Eugene, OR 97403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jack D Tschetter**
**2901 Galaxy Way**
**Grants Pass, OR 97527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jackson Beckley**
**1435 NW 133rd Ave**
**Portland, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jackson J Hoene**
**1630 SW Clay #2A**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jacob A Holland**
**5919 NW St Helens Rd # 2**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jacob Almanza**
**430 SW 13th Ave Apt 1106**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jacob C. Babcock**
**932 Marquet Way**
**Eugene, OR 97401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacob P Mullen**
**9101 SW Sweek Dr**
**Tualatin, OR 97062**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacqueline Gonzalez Leon**
**109 Keenon Dr**
**Garibaldi, OR 97118**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jacqueline Hipolito Hernandez**
**13426 SE Division St**
**Portland, OR 97236**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jaime L Pruett**
**5145 Cedar St SE**
**Turner, OR 97392**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jamie M Stevens**
**1893 Oakville Crossing**
**Eugene, OR 97402**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jasmaine F Uiagalelei**
**18840 NW Rockcreek Circle #285**
**Portland, OR 97229**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jasmine J Arment Prince**
**1071 S 55th St**
**Springfield, OR 97478**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jasmine Sosa**
**3064 Second St**
**Hubbard, OR 97032**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jasmine Wong**
**18475 SW Anna Mae Ln**
**Hillsboro, OR 97003**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason L Eyle Jr.**
**1630 NE 235th Ave**
**Troutdale, OR 97060**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jazmin Rodriguez**
**624 S Heather St**
**Cornelius, OR 97113**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeanne M Ducham**
**5409 SE Nehalem St**
**Portland, OR 97206**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jehan L Segal**
**1831 SE Hawthorne Blvd, Apt 309**
**Portland, OR 97214**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jenna M Calloway**
**535 49th St**
**Springfield, OR 97478**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| Debtor | Pacific Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennie Jorgens**
1314 R Street Apt 2
Springfield, OR 97477

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer G Millett**
1963 SW Camelot Ct
Portland, OR 97225

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer Matheny**
1650 NE 32 Ave. Apt 318
Portland, OR 97232

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jennifer R Kyser**
6081 Landmark Ln
Eugene, OR 97402

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeremiah Langbehn**
52184 Foxtail Rd
La Pine, OR 97739

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jerrie Grady III**
7322 N Westanna Ave
Portland, OR 97203

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jessica M Ramirez**
20088 Beth Ave Unit 1
Bend, OR 97702

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jessica Monserrate**
**4150 SW Brixton Ave**
**Gresham, OR 97080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jessica P Lopez**
**14575 Southwest 83rd Court**
**Portland, OR 97224**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesus Garcia Mandujano**
**3839 Pacific Ave Unit 155**
**Forest Grove, OR 97116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jetsany Garcia Silva**
**1381 SW Bella Terr**
**Hillsboro, OR 97003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jharline Cortes Ramirez**
**829 Pana St**
**Woodburn, OR 97071**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jo E Mitchell**
**5495 A St #44**
**Springfield, OR 97478**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jodie L Searle**
**4765 Satter Dr NE**
**Salem, OR 97305**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John J McGlennon**
950 SW 21st Ave Apt 413
Portland, OR 97205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan Barrett**
715 Mango Loop #218
Austin, AR 72007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jordyn N Lynch**
PO Box 36
Dayton, OR 97114

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose A Martines Ayala**
575 S 12th Ave
Cornelius, OR 97113

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Llana**
732 NW 129 Ave
Miami, FL 33182

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Anderson**
39731 Wall St.
Sandy, OR 97055

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua D Salm**
4495 42nd Ave
Salem, OR 97305

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua James**
3800 Barger Dr
Eugene, OR 97402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Josiah Jones-Contreras**
7602 NE 65th St
Vancouver, WA 98662

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juanita R Schaefer**
13080 SW Mayview Way
Portland, OR 97223

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julia Maleyeva**
14752 SE Thornapple Ln
Portland, OR 97267

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin R Martin-Chay**
8346 NE Sandy Blvd Apt 4-403
Portland, OR 97220-4974

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Ziegler**
1717 SW Park Ave Apt 813
Portland, OR 97201

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kailey A Johnson**
26446 Valley View Drive
Cheshire, OR 97419

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kaitlyn M Davis**
2350 N Terry
#11
Eugene, OR 97402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kaley Paulsen**
1500 SW 12TH AVE #410
Portland, OR 97201

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,537.50** |
|---|---|---|---|

**Kaplan Higher Education Corp - NIT**
c/o CT Corporation System
780 Commercial St SE
Suite 100
Salem, OR 97301-3465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Karen Gehne**
1714 NW Lakeway Ln
Beaverton, OR 97006

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kari L Hawkins**
PO Box 32
Dexter, OR 97431

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Karissa Diffenderfer**
37 NW Trinity Place #26
Portland, OR 97206

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Karlo Hernandez Rodriguez**
12505 SE Mill St
Portland, OR 97233

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kasey L Lingle**
**9147 N Oswego Ave**
**Portland, OR 97203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Katrina A Amacher**
**PO Box 42041**
**Eugene, OR 97404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Katrina Penaflor**
**14525 SW Osprey Dr**
**Beaverton, OR 97007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kayle Olney**
**1630 SW Clay St, Apt 11-C**
**Portland, OR 97201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kaylee J Gribling**
**90762 Dalewood Dr**
**Junction City, OR 97448**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Keith Nickel**
**33332 SW Rogers Rd**
**Scappoose, OR 97056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kellsie K Miles**
**76330 Rock Rd**
**Oakridge, OR 97463**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin E Tyson**
**3655 Pleasant View Dr. NE #304**
**Salem, OR 97303**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Vann**
**141 White Pine Rd**
**Castle Rock, WA 98611**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kiah L Seal**
**1211 30th**
**Springfield, OR 97478**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kief T Jennings**
**4675 Goodpasture Lp Apt 159**
**Eugene, OR 97401**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kip Franich**
**28700 SE Holst Rd**
**Boring, OR 97009**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kira M Lindstrom**
**6803 SE Jack Rd**
**Portland, OR 97222**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kristen B Smith**
**305 35th St**
**Springfield, OR 97478**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kristen N Schlitt**
**31960 Camas Swale Rd**
**Creswell, OR 97426**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kristen R Jensen**
**1358 R Street**
**Springfield, OR 97477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kristen S Thurston**
**335 C St**
**#4**
**Springfield, OR 97477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kristina D Coy**
**3481 Torri Ln**
**White City, OR 97503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kristina L Dennick**
**1208 Woodfield Drive**
**Eugene, OR 97401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Krystal D Piccioni**
**395 Holbrook Ln**
**Creswell, OR 97426**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Krystina R Stricker**
**4145 Sunnyview Rd NE**
**Salem, OR 97305**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Krystle A Gonzalez**
190 SW Edgeway Dr #378
Beaverton, OR 97006

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kyanah Waters**
28510 SW Ashland Dr Apt 29
Wilsonville, OR 97070

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lance E Joslin**
7925 SW Vlahos Drive, #504
Wilsonville, OR 97070

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Laura A Kelly**
1355 West 12th Ave
Eugene, OR 97402

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Laura R Anderson**
575 SW 194th Ave
Aloha, OR 97003

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Laura Z Fraser**
4165 Berrywood Dr
Eugene, OR 97404

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leeanne A Smith**
205 S 6th Ave
Cornelius, OR 97113

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leonardo Gonzalez III**
3730 Pacific Ave #211
Forest Grove, OR 97116

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leslie A Smith**
2421 Benson Ln
Eugene, OR 97408

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leslie M Krenzler**
6563 A St
Springfield, OR 97478

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leslie M Lopez Sanchez**
8318 SW Mohawk Street
Tualatin, OR 97062

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lianna M Sultani**
3134 NW 46th Ave
Camas, WA 98607

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lilia Johnson**
738 SE 128th Ave
Portland, OR 97233

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Linda Kister**
PO Box 1575
Gresham, OR 97030

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lindsey K Laird**
**1354 Skipper Ave**
**Eugene, OR 97404**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.00 |
|---|---|---|---|

**Live Voice**
**PO Box 95177**
**Chicago, IL 60694**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Loy C Walugembe**
**4931 North Way**
**Eugene, OR 97402**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lucas L Garrett**
**90 Commons Drive #21**
**Eugene, OR 97401**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lucia J Regalado Rubio**
**2075 W 28th Ave**
**Eugene, OR 97405**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Luis A Garcia Casas**
**7506 SW Barnes Rd. Unit C**
**Portland, OR 97225**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lydia Hodges**
**1330 SW 3rd Avenue Apt 913**
**Portland, OR 97201**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.263**  Nonpriority creditor's name and mailing address

**Mac C McFall**
**3258 SE Benjamin Ct**
**Troutdale, OR 97060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.264**  Nonpriority creditor's name and mailing address

**Madison Hunter**
**1963 SW Camelot Ct**
**Portland, OR 97225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.265**  Nonpriority creditor's name and mailing address

**Madison Polley**
**2550 N Winchell**
**Portland, OR 97213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.266**  Nonpriority creditor's name and mailing address

**Madison R Bayer**
**7616 N Edison St**
**Portland, OR 97203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.267**  Nonpriority creditor's name and mailing address

**Maelynn M Locke**
**3797 Kevington Ave**
**Eugene, OR 97405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.268**  Nonpriority creditor's name and mailing address

**Majd Mustafa**
**9060 SW McDonald St**
**Portland, OR 97224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.269**  Nonpriority creditor's name and mailing address

**Mallory B O'Donnell**
**4726 NE 13th Ave**
**Portland, OR 97211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Marcus Malone**
345 NW Gina Way Apt 226
Beaverton, OR 97006

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Maria Del Carmen Rodriguez-Buztos**
2311 NE 138th Ave, #D21
Vancouver, WA 98684

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Maria Vasquez Solis**
32911 SW Oakview Ct
Cornelius, OR 97113

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mariana Sanchez**
17348 NW Oak Ridge Rd
Yamhill, OR 97148

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Maricarmen Brambila Oliveros**
692 S 13th Ave
Cornelius, OR 97113

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mariel Cogdill-Feetham**
1754 J Street Apr. 9
Springfield, OR 97477

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mario Sevilla**
7582 SW Cresmoor Dr
Beaverton, OR 97008

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Marissa Terra**
2701 Main Street, Apt 63
Forest Grove, OR 97116

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Marshall D Bakker**
9844 SW 30th Ave
Portland, OR 97219

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Mary L Harnish**
2010 E St
Springfield, OR 97477

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Mason Goucher**
446 SE 68th Ave
Hillsboro, OR 97123

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Mason Lally**
4718 SW Vesta St.
Portland, OR 97219

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Matthew G Dutell**
3570 Spring Blvd
Eugene, OR 97405

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Mavis L Smith**
5226 SW Nebraska St
Portland, OR 97221

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

Case 20-32558-dwh7   Doc 1   Filed 09/03/20

| Debtor | Pacific Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.284** | Nonpriority creditor's name and mailing address

Maya A Udani
9105 SW Parkview Loop
Beaverton, OR 97008

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

**3.285** | Nonpriority creditor's name and mailing address

Mayalin Williams
1032 NE 77th Ave
Portland, OR 97213

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

**3.286** | Nonpriority creditor's name and mailing address

Mayette S Long
1111 NE 64th Ln #1808
Hillsboro, OR 97124

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

**3.287** | Nonpriority creditor's name and mailing address

Mazi G League
317 30th St
Apt 209B
Springfield, OR 97478

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

**3.288** | Nonpriority creditor's name and mailing address

McKenzie F Douglas
610 N Eighth St
Harrisburg, OR 97446

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

**3.289** | Nonpriority creditor's name and mailing address

Meaghan Hanshue
3755 SE Lincoln St
Portland, OR 97214

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

**3.290** | Nonpriority creditor's name and mailing address

Megan G Torres
523 39th St #6
Springfield, OR 97478

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Megan M Downing**
**32637 Coburg Bottom Loop Rd**
**Eugene, OR 97408**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Megan Pyles**
**Barrington Ave 19055**
**Sandy, OR 97055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Melissa A Lindeman**
**911 Crestview Dr**
**Reedsport, OR 97467**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Melissa Rowles**
**132 NE Conifer Blvd Unit 4**
**Corvallis, OR 97330**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Melody J Smith**
**13895 SW Barrows Rd #102**
**Beaverton, OR 97007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,204.50 |
|---|---|---|---|

**Mercer Tool Corp**
**1860 Smithtown Ave**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Micaiah Cass**
**1410 NE Schuyler St. Apt 24**
**Portland, OR 97212**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| Debtor | Pacific Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael A Peterson**
**7724 SE Holgate Blvd**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael R Bain Sr.**
**6136 NE 28th Ave**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mikayla A Husband**
**90 Commons Dr Apt 189**
**Eugene, OR 97401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miranda Brilz**
**9412 NE 19th Ave Unit 43**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miriam I Infante**
**640 SE 3rd Ave #15**
**Hillsboro, OR 97123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mitchell L Woodbury**
**2127 SE 94th Avenue**
**Portland, OR 97216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mohammad El Shaer**
**20086 SW Squire Dr**
**Beaverton, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| Debtor | **Pacific Education Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Monica E Liverett**
**335 C St**
**Apt 1**
**Springfield, OR 97477**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Montgomery J Lemire**
**PO Box 386**
**Saint Paul, OR 97137**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Morgan A Bogart**
**915 Westsprings Dr. #102**
**Eugene, OR 97404**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Morgan D Robb**
**37823 Mountain Home Dr**
**Brownsville, OR 97327**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Muffie M McQuistion**
**340 12th Avenue**
**Sweet Home, OR 97386**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Natalia P Kulikov**
**4355 Elliott Prairie Rd**
**Woodburn, OR 97071**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nathan Mayo**
**6056 SE Heike St**
**Hillsboro, OR 97123**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| Debtor | **Pacific Education Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nathaniel Ramsey**
**320 Lincoln St, Apt 108**
**Fairview, OR 97024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? □ No ■ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicole Salac**
**9208 SW Ivory St**
**Beaverton, OR 97007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? □ No ■ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$305.06** |
|---|---|---|---|

**NuCO2 LLC**
**c/o Corporation Service Company**
**1127 Broadway Street NE**
**Suite 310**
**Salem, OR 97301**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Okwuchi G Elele**
**4423 NW Chanticleer Dr #F4**
**Portland, OR 97229**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? □ No ■ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Olivia Hughes**
**5135 SE Woodstock Blvd**
**Portland, OR 97206**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? □ No ■ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|

**Oregon Occupational Medicine**
**19365 SW 65th Ave**
**Suite 100**
**Tualatin, OR 97062**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00** |
|---|---|---|---|

**Oregon Oils**
**2515 NW 28th Ave**
**Portland, OR 97210**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No □ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

Debtor    **Pacific Education Corporation**
_____    Case number (if known) _____

Name

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Paul N Cepeda**
**18531 SW Muirfield St**
**Hillsboro, OR 97003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Paul W Choo**
**889 E 19th Ave**
**Apt 202**
**Eugene, OR 97401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Paxton Wright**
**1330 SW 215th Ave**
**Hillsboro, OR 97003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Pearl E Chung**
**1241 SE Rivergreen Ave**
**Corvallis, OR 97333**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58.00** |

**Percasso Coffee & Bottled Water Service**
**3055 NE Yeon**
**Suite 150**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,898.03** |

**PGE**
**PO Box 4404**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Rachel A Aponte**
**1978 E 19th Ave**
**Eugene, OR 97403**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rachel Barron**
**1500 Pleasant View Dr Apt B-107**
**Gresham, OR 97080**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rachel M Thurman Dockter**
**1330 SE 4th St**
**Gresham, OR 97080**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Radiation Detection Company**
**3527 Snead Dr**
**Georgetown, TX 78626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ragen M Blakeley**
**17197 SW Smith Ave #51**
**Sherwood, OR 97140**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Raman Kaur**
**5224  Nightcap St SE**
**Salem, OR 97306**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ramon Garcia**
**0650 SW Gaines St #1919**
**Portland, OR 97239**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rebecca L Lamm**
**34834 Shoreview Dr**
**#7**
**Cottage Grove, OR 97424**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rebecca Marks**
**917 SE 16th Ave**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rebekah D Race**
**1553 Bailey Hill Rd**
**#2**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rebekah McMasters**
**30099 Horseshoe Lp**
**Lebanon, OR 97355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reyna M Perez**
**51400 SW Randstad Street**
**Scappoose, OR 97056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rhessa J Silva**
**2920 NE Moda Way #813**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rickilyn Cook**
**300 Hoyt Ave**
**Eugene, OR 97404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Cruz**
**P.O. Box 6291**
**Brookings, OR 97415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☑ Yes

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Severin**
**13112 NE 51st St**
**Vancouver, WA 98682**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Roberto O Robles**
**200 Lewis Ave #80**
**Grants Pass, OR 97527**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | | **$3,500.00** |
|---|---|---|---|

**Rolling Hills Community Church**
**3550 SW Borland Rd**
**Tualatin, OR 97062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No □ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Rose M Sanchez**
**333 SE 127th Ave Apt 253**
**Portland, OR 97233**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Rosend M Mansell**
**895 E Lincoln St #C**
**Woodburn, OR 97071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Sabrina L Purkey**
**23719 Hwy 36**
**Cheshire, OR 97419**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**Sabrina M MacDowell**
**78203 Meadow Park Dr**
**Cottage Grove, OR 97424**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? □ No ■ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sabrina M Nickell
90 Commons Dr
Apt 191
Eugene, OR 97401

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Saffron P Johnson
12909 SW Timera Ln
Portland, OR 97224

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Saira G Hunter
1750 Northview Blvd Apt 53
Eugene, OR 97405

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Samantha E Fisher
523 Helen St
Eugene, OR 97404

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Samantha Parker
2842 SW Patton Rd
Portland, OR 97201

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sandra Freshner
3650 NE Alton Ct
Fairview, OR 97024

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sandra N Locke
3225 Kinsrow Ave Apt C24
Eugene, OR 97401

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Sandra Y Nunez-Gonzalez**<br>**2829 12th Ave.**<br>**Forest Grove, OR 97116** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? □ No ■ Yes | |

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.92 |
|---|---|---|---|
| | **Sanipac**<br>**c/o Corporation Service Company**<br>**1127 Broadway Street NE**<br>**Suite 310**<br>**Salem, OR 97301** | □ Contingent<br>□ Unliquidated<br>□ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Sara D Polanco**<br>**10940 SW Wilsonville Rd #43**<br>**Wilsonville, OR 97070** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? □ No ■ Yes | |

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Sara Jane Hackney**<br>**4832 NE 24th Ave**<br>**Portland, OR 97211** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? □ No ■ Yes | |

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Sara R Bedard**<br>**12901 NE 28th St Apt SS302**<br>**Vancouver, WA 98682** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? □ No ■ Yes | |

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Sarah A Church**<br>**23118 Warthen Rd.**<br>**Elmira, OR 97437** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? □ No ■ Yes | |

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Sarah A Miller**<br>**10285 SW Denny Rd #17**<br>**Beaverton, OR 97008** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? □ No ■ Yes | |

| Debtor | Pacific Education Corporation | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

---

**3.361** | **Nonpriority creditor's name and mailing address**

**Sarah L Hamburg**
**22639 SW Norton Ave**
**Sherwood, OR 97140**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.362** | **Nonpriority creditor's name and mailing address**

**Savanna J Manthei**
**3903 Southlake Dr**
**West Richland, WA 99353**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.363** | **Nonpriority creditor's name and mailing address**

**Savanna J Nielson**
**16142 SW 108th AVE, #102**
**Portland, OR 97224**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.364** | **Nonpriority creditor's name and mailing address**

**Scott Neuse**
**301 SW Lincoln St. #1106**
**Portland, OR 97201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.365** | **Nonpriority creditor's name and mailing address**

**Sean M Hogan**
**8102 SW Durham Road**
**Portland, OR 97224**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.366** | **Nonpriority creditor's name and mailing address**

**Sean M Kelley**
**1126 NE 176th Ave**
**Portland, OR 97230**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.367** | **Nonpriority creditor's name and mailing address**

**Selena Kister-Siders**
**1353 NE Barnes Ct**
**Gresham, OR 97030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sera Scott**
**14615 SW Quail Ln Apt M101**
**Beaverton, OR 97007**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sereen O Khawaldeh**
**8785 SW Cortez Ct**
**Beaverton, OR 97008**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Serina V Clements**
**30819 NW Turel Dr**
**North Plains, OR 97133**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sexton Miles**
**2622 Been Ridge Rd**
**Greenwood, AR 72936**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shannon D Holloway**
**4039 Satter Drive**
**Salem, OR 97305**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shannon M Dempsey**
**35455 Hendricks Rd**
**Creswell, OR 97426**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shari M Johns**
**2418 W Crestview Ave**
**Roseburg, OR 97471**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☑ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| Debtor | Pacific Education Corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shaun D Spencer Jr**
620 SW Park Ave Apt 42
Portland, OR 97205

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shelbe R Thompson**
4004 C St.
Springfield, OR 97478

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shyla Jensen-Shuler**
1940 NW Miller Rd Apt K140
Portland, OR 97229

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Siena Swoboda-Colberg**
1450 SW Jefferson St #503
Portland, OR 97201

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sierra B Hummel**
2470 Pheasant Blvd Apt
#20
Springfield, OR 97477

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sierra R Scott**
1340 12th St
Springfield, OR 97477

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.99 |
|---|---|---|---|

**Sierra Springs**
c/o Bowen Property Management Co
1800 SW First Ave
Suite 180
Portland, OR 97201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Silma Y Rivera-Lyons**
**655 Goodpasture Rd Apt 78**
**Eugene, OR 97401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Skylar Rose**
**351 NE Faulconer Ct.**
**Sheridan, OR 97378**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sonia Rivera**
**13660 SW Pacific HWY #33**
**Portland, OR 97223**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Special D Garrett**
**2250 NE Thorncroft Dr #331**
**Hillsboro, OR 97124**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Spencer W Swapp**
**33010 Coal Creek Rd**
**Scappoose, OR 97056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**State of Oregon Attorney General**
**Oregon Department of Justice**
**1162 Court St NE**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**State of Oregon BOLI**
**800 NE Oregon St, Ste 1045**
**Portland, OR 97232-3601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State of Oregon, Employment Department**
**875 Union Street NE**
**Salem, OR 97311**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Statia Price**
**442 SW Valeria View Dr Apt 109**
**Portland, OR 97225**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephanie A Craun**
**4204 SE 15th St.**
**Portland, OR 97202**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephanie R Caroon**
**PO Box 128**
**Oakridge, OR 97463**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephen Buchelt**
**195 Homewood Court North**
**Keizer, OR 97303**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sterling Gonzalez**
**1437 SE M L King Blvd Apt. 212**
**Portland, OR 97214**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sunita Sarki**
**1112 SE Roundelay St**
**Hillsboro, OR 97123**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sydney A Zelazny**
**25005 Dunham Ave**
**Veneta, OR 97487**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tana Ryan**
**1300 SW Park Ave Apt 1201**
**Portland, OR 97201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tara E Contreras**
**25 Hatton Ave #104**
**Eugene, OR 97404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Taylor A Jahelka**
**655 Goodpasture Island Rd**
**Apt 149**
**Eugene, OR 97401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Taylor J Houchins**
**617 NW 21st St Apt 1**
**Corvallis, OR 97330**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Taylor M Ross**
**20859 Nova Lp Unit 2**
**Bend, OR 97701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Teresa Magdaleno**
**179 S 26th Ct**
**Cornelius, OR 97113**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? □ No ■ Yes

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| Debtor | Pacific Education Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Theodore J Horton** | ■ Contingent | |
| | **1860 City View St** | ■ Unliquidated | |
| | **Eugene, OR 97405** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No ■ Yes | |

| | | | |
|---|---|---|---|
| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,167.80** |
| | **Thomson West** | | |
| | **c/o Corporation Service Company** | ☐ Contingent | |
| | **1127 Broadway St NE** | ☐ Unliquidated | |
| | **Suite 310** | ☐ Disputed | |
| | **Salem, OR 97301** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Tifany M Milles** | ■ Contingent | |
| | **1149 Birch St** | ■ Unliquidated | |
| | **Vernonia, OR 97064** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No ■ Yes | |

| | | | |
|---|---|---|---|
| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Timothy A Williams** | ■ Contingent | |
| | **992 NW Sycamore Ave** | ■ Unliquidated | |
| | **Corvallis, OR 97330** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No ■ Yes | |

| | | | |
|---|---|---|---|
| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Timothy Fogerson** | ■ Contingent | |
| | **1009 NE 47th Ave Apt 2** | ■ Unliquidated | |
| | **Portland, OR 97213** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No ■ Yes | |

| | | | |
|---|---|---|---|
| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| | **TLO LLC** | ☐ Contingent | |
| | **4530 Conference Way South** | ☐ Unliquidated | |
| | **Boca Raton, FL 33431** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Todd Rogers** | ■ Contingent | |
| | **2509 SE 48th Ave** | ■ Unliquidated | |
| | **Portland, OR 97206** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No ■ Yes | |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.410**

Nonpriority creditor's name and mailing address

**Tomas Glenn**
**915 North 3rd St**
**Lakeview, OR 97630**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.411**

Nonpriority creditor's name and mailing address

**Toni J Garvin-Matthews**
**1800 SW Old Sheridan Rd #D105**
**McMinnville, OR 97128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.412**

Nonpriority creditor's name and mailing address

**Tori Webb**
**3328 SW Beaverton-Hillsdale HWY, Apt 8**
**Portland, OR 97239**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.413**

Nonpriority creditor's name and mailing address

**Traci Cole**
**1354 SW Spring Garden**
**Portland, OR 97219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.414**

Nonpriority creditor's name and mailing address

**Traycee E Kirk**
**245 S 35th St**
**Springfield, OR 97478**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.415**

Nonpriority creditor's name and mailing address

**Trenda Fletcher**
**1510 5th St**
**Tillamook, OR 97141**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.416**

Nonpriority creditor's name and mailing address

**Trever Raulston**
**463 Lair Ln**
**Newberg, OR 97132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| | |
|---|---|
| **3.417**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |

**3.417**

Nonpriority creditor's name and mailing address

**Trisha L Coleman**
**499 Sterling Dr Unit G5**
**Roseburg, OR 97470**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.418**

Nonpriority creditor's name and mailing address

**Troy Albo**
**1720 SW 4th Ave  #917**
**Portland, OR 97201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.419**

Nonpriority creditor's name and mailing address

**Tyler Gates**
**1233 N Watts St**
**Portland, OR 97217**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.420**

Nonpriority creditor's name and mailing address

**Tyne T DeBudge**
**1604 SW Clay St, Apt 203**
**Portland, OR 97201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.421**

Nonpriority creditor's name and mailing address

**U.S. Small Business Administration**
**620 SW Main St**
**#313**
**Portland, OR 97205**

Date(s) debt was incurred  5/4/2020
Last 4 digits of account number  7202

As of the petition filing date, the claim is: *Check all that apply.*     **$1,092,500.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Money loaned - PPP

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422**

Nonpriority creditor's name and mailing address

**Universal Fire Equipment Inc.**
**c/o Elizabeth M Heath, Registered Agent**
**18260 SW 100th Ct**
**Tualatin, OR 97062**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$164.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423**

Nonpriority creditor's name and mailing address

**Vi H Truong**
**9115 SW Chelan Pl**
**Beaverton, OR 97008**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Vicenta A Villareal**
**411 SE 83rd Ave**
**Portland, OR 97216**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Victoria A Blackstone**
**2836 17th Ave**
**Forest Grove, OR 97116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Victoria Harris**
**14765 SW Osprey Dr Apt 621**
**Beaverton, OR 97007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Vivia Ploub**
**6285 Caldwell Rd #11**
**Gladstone, OR 97027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$322.00** |

**Willamette Express LTD**
**2505 SE Stubb St**
**Portland, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**William Oswald**
**12140 SW KATHERINE ST**
**Portland, OR 97223**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,968.93** |

**Wolters Kluwer Law & Business**
**c/o CT Corporation System**
**780 Commercial St SE**
**Suite 100**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yaritza Mendoza**
**256 SE Township Rd**
**Canby, OR 97013**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yuliza G Sayago-Mandujano**
**738 Adair St #64**
**Cornelius, OR 97113**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yvette Portillo**
**1325 SE Oak St #10**
**Hillsboro, OR 97124**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yvonne E Cochran**
**90136 Baker Rd**
**Elmira, OR 97437**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Ash-Lambert**
**385 NE Elm St**
**Sheridan, OR 97378**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary T Fitzgerald**
**5005 SW 153rd Ave**
**Beaverton, OR 97007**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zackary G Geisler**
**4729 SE 86th Ave**
**Portland, OR 97266**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| Debtor | **Pacific Education Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,748,845.97 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 1,748,845.97 |

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

Fill in this information to identify the case:

Debtor name **Pacific Education Corporation**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Storage and Maintenance of Company Records and Documents** | |
| | State the term remaining | | **Access Information Management 1101 Fisher Ave Medford, OR 97504** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Storage and Maintenance of Company Records and Documents** | |
| | State the term remaining | | **Access Information Management 7507 N Leadbetter Rd Portland, OR 97203** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Storage of Furniture** | |
| | State the term remaining | | **All Office Furniture 1818 SW 5th Ave #351 Portland, OR 97201** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Outside Debt Collection Agency** | |
| | State the term remaining | | **Asset Recovery Group 4520 SE Belmont Street #280 Portland, OR 97215** |
| | List the contract number of any government contract | | |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Software and Support** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Campus Management Corporation**<br>**5201 North Congress Avenue**<br>**Suite 220**<br>**Boca Raton, FL 33487** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Software and Support** | |
| --- | --- | --- | --- |
| | State the term remaining | **1/31/2021** | **Carestream Health Inc.**<br>**150 Verona Street**<br>**Rochester, NY 14608** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (Nursing School)** | |
| --- | --- | --- | --- |
| | State the term remaining | **3/31/2023** | **Chambers Development Corporation**<br>**800 Willamette St**<br>**Suite 750**<br>**Eugene, OR 97401** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Library Subscription** | |
| --- | --- | --- | --- |
| | State the term remaining | | **EBSCO Subscription Services**<br>**10 Estes Street**<br>**Ipswich, MA 01938** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Bankcard Machines** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Eliott Management**<br>**6 Centerpointe Dr**<br>**Suite 380**<br>**Lake Oswego, OR 97035** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (Offsite Server Back-up)** | |
| --- | --- | --- | --- |
| | State the term remaining | **6/1/2021** | **Flexential Colorado Corp**<br>**PO Box 732368**<br>**Dallas, TX 75373-2368** |
| | List the contract number of any | | |

Case 20-32558-dwh7   Doc 1   Filed 09/03/20

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Bankcard Machine** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Merimac**<br>**100 Throckmorton St**<br>**Fort Worth, TX 76102** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (Culinary Institute)** | |
|---|---|---|---|
| | State the term remaining | 1/31/2027 | **Norris & Stevens, Inc.**<br>**900 SW 5th Ave**<br>**Suite 1700**<br>**Portland, OR 97204** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Storage and Maintenance of Company Records and Documents** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NW Self Storage**<br>**9065 SW Canyon Rd**<br>**Portland, OR 97225** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Meters** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes**<br>**c/o CT Corporation System**<br>**780 Commercial St SE**<br>**Suite 100**<br>**Salem, OR 97301** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (Nursing School)** | |
|---|---|---|---|
| | State the term remaining | 8/31/2025 | **The Round Owner, LLC**<br>**222 SW Columbia St**<br>**Suite 700**<br>**Portland, OR 97201** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **3rd Party Payment Processor** | **Tuition Options**<br>**14000 Horizon Way #400**<br>**Mount Laurel, NJ 08054** |
|---|---|---|---|

Case 20-32558-dwh7    Doc 1    Filed 09/03/20



Debtor 1  **Pacific Education Corporation**

First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Storage** | |
|---|---|---|---|
| | State the term remaining | **Monthly** | **U-Store Self Storage - Springfield** |
| | List the contract number of any government contract _____ | | **3880 International Ct**<br>**Springfield, OR 97477** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (Culinary Institute)** | |
|---|---|---|---|
| | State the term remaining | **1/31/2027** | **Watumull Goose Hollow #505**<br>**c/o Kidder Mathews**<br>**101 SW Main St**<br>**Suite 1200** |
| | List the contract number of any government contract _____ | | **Portland, OR 97204** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Storage of X-Ray Machine** | |
|---|---|---|---|
| | State the term remaining | | **Willamette Express Moving & Storage** |
| | List the contract number of any government contract _____ | | **2505 SE Stubb Street**<br>**Portland, OR 97222** |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

Fill in this information to identify the case:

Debtor name **Pacific Education Corporation**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,278,664.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$11,584,904.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$14,246,958.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **Bank Account Interest** | **$28.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | | **$0.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | **Bank Account Interest** | **$14.00** |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Tuition Options LLC**<br>**14000 Horizon Way**<br>**#400**<br>**Mount Laurel, NJ 08054** | **6/30/2020** | **$418,882.03** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Aldrich Retirement Solutions, LP** | **See Attachment 4** | **$6,529.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■<br>Other **Accounting/Professional Fees** |
| 3.3. | **Bitar Bros, a Limited Partnership** | **See Attachment 4** | **$14,008.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent, Utilities, Taxes/Licenses, General Insurance** |
| 3.4. | **Campus Management Corporation**<br>**5201 North Congress Avenue**<br>**Suite 220**<br>**Boca Raton, FL 33487** | **See Attachment 4** | **$16,488.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Software licenses** |
| 3.5. | **Chambers Development Corporation**<br>**800 Willamette St**<br>**Suite 750**<br>**Eugene, OR 97401** | **See Attachment 4** | **$112,769.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent, Maintenance** |
| 3.6. | **Comcast Business**<br>**780 Commercial St SE**<br>**Suite 100**<br>**Salem, OR 97301** | **See Attachment 4** | **$43,825.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Data Communications Services** |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7. **Dell Financial Services**<br>c/o Corporation Service Company<br>1127 Broadway Street NE<br>Suite 310<br>Salem, OR 97301 | See<br>Attachment 4 | $13,417.52 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent/Lease Equipment,<br>Taxes/Licenses** |
| 3.8. **Flexential Colorado Corp**<br>23605 NW Huffman Street<br>Hillsboro, OR 97124 | See<br>Attachment 4 | $9,476.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent/Lease<br>Equipment** |
| 3.9. **Google**<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | See<br>Attachment 4 | $13,830.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Internet Advertising** |
| 3.10. **Great American Insurance**<br>301 E 4th St<br>15th Floor<br>Cincinnati, OH 45202 | See<br>Attachment 4 | $24,161.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **General Insurance** |
| 3.11. **Kaiser Foundation Health Plan**<br>c/o Prentice-Hall Corporation System,<br>In<br>1127 Broadway Street NE<br>Suite 310<br>Salem, OR 97301 | See<br>Attachment 4 | $37,969.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Insurance Benefits** |
| 3.12. **McClintock & Associates**<br>c/o Wendy Hutchinson<br>6400 SE Lake Rd<br>Suite 275<br>Portland, OR 97222 | See<br>Attachment 4 | $64,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑<br>Other **Accounting/Professional<br>Fees** |
| 3.13. **Norris & Stevens, Inc.**<br>900 SW 5th Ave<br>Suite 1700<br>Portland, OR 97204 | See<br>Attachment 4 | $22,768.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent, Taxes/Licenses,<br>General Insurance** |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.14. **The Round Owner, LLC**<br>222 SW Columbia St<br>Suite 700<br>Portland, OR 97201 | **See Attachment 4** | $59,255.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent, General Insurance, Maintenance** |
| 3.15. **Watumull Goose Hollow #505**<br>c/o Kidder Mathews<br>101 SW Main St<br>Suite 1200<br>Portland, OR 97204 | **See Attachment 4** | $74,210.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent, Taxes, General Insurance** |
| 3.16. **Wendy Hutchinson**<br>10547 SW Pueblo Street<br>Tualatin, OR 97062 | | $22,520.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Consultant** |
| 3.17. **Ty Harper**<br>9200 NE 87th St<br>Vancouver, WA 98662 | | $13,770.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Consultant** |
| 3.18. **Shauna Wing**<br>909 SW 72nd Ave<br>Portland, OR 97223 | | $10,367.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Consultant** |
| 3.19. **Mark Johnson**<br>1507 SE Salmon St<br>Portland, OR 97214 | | $7,827.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Consultant** |
| 3.20. **Judy Whitney**<br>2466 Erin Way<br>Eugene, OR 97408 | | $5,002.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Consultant** |
| 3.21. **Don Moutos**<br>PO Box 220162<br>Portland, OR 97269 | | $17,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Consultant** |

| Debtor | Pacific Education Corporation | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.22. **Diane Kelly** **347 Heritage Ave** **Eugene, OR 97404** | | $8,800.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Employee Consultant** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Don Moutos** <br><br> **CFO/President/Owner** | **10/18/2019 = $25,000** <br> **10/25/2019 = $25,000** <br> **11/1/2019 = $25,000** <br> **11/7/2019 = $25,000** <br> **11/15/2019 = $25,000** <br> **11/22/2019 = $25,000** <br> **11/27/2019 = $25,000** <br> **12/3/2019 = $25,000** <br> **12/13/2019 = $25,000** <br> **12/20/2019 = $25,000** <br> **12/27/2019 = $25,000** <br> **12/31/2019 = $19,148.17** | **$294,148.17** | **Repayment of loan for operating capital.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Brian Wilke v. Pacific Education Corporation, et al.**<br>**20CV25210** | **Civil** | **Multnomah County Circuit Court**<br>**1021 SW 4th Avenue**<br>**Portland, OR 97204** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Scott Miller**<br>**EEEMSH190502-10652** | **Discrimination** | **Bureau of Labor and Industries**<br>**800 NE Oregon St**<br>**Suite 1045**<br>**Portland, OR 97232** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1. | **Salem Spirit of Life Church**<br>**420 Pine St NE**<br>**Salem, OR 97301** | **Monthly Donations to Church** | **5/1/2018 - 4/1/2020** | **$18,000.00** |
| | Recipients relationship to debtor<br>**CFO/President and former employee and pastor of Church** | | | |
| 9.2. | **Local Food Donations to Homeless** | **Food Donations** | **Past 2 years** | **$300,000.00** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
| --- | --- |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Foster Garvey PC**<br>**121 SW Morrison St**<br>**Suite 1100**<br>**Portland, OR 97204** | | **4/13/2020** | **$5,000.00** |
| Email or website address<br>**www.foster.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2.  **Foster Garvey PC**<br>**121 SW Morrison St**<br>**Suite 1100**<br>**Portland, OR 97204-3141** | | **7/29/2020** | **$30,000.00** |
| Email or website address<br>**www.foster.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **27375 SW Parkway Wilsonville, OR 97070** | **10/1/2004 through 4/30/2019** |
| 14.2. | **1631 SW Jefferson Street Portland, OR 97201** | **1/1/2014 through 6/30/2020** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Social Security Numbers, Addresses, Financial Records**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Alerus Financial fbo Pioneer Pacific College (401k)** | EIN:  **Account #L86PPC** |

   Has the plan been terminated?
   ☐ No
   ■ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Pacific Continental/Columbia Bank**<br>**7111 SW Nyberg Street**<br>**Tualatin, OR 97062** | **XXXX-1103** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **CD** | **1/20/2020** | **$75,237.45** |
| 18.2. | **Columbia Bank**<br>**1000 SW Broadway**<br>**#100**<br>**Portland, OR 97205** | **XXXX-4794** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/30/2020** | **$0.00** |
| 18.3. | **Columbia Bank**<br>**1000 SW Broadway**<br>**#100**<br>**Portland, OR 97205** | **XXXX-7349** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/30/2020** | **$237.69** |
| 18.4. | **Columbia Bank**<br>**1000 SW Broadway**<br>**#100**<br>**Portland, OR 97205** | **XXXX-7323** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/30/2020** | **$0.00** |
| 18.5. | **Columbia Bank**<br>**1000 SW Broadway**<br>**#100**<br>**Portland, OR 97205** | **XXXX-4999** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/30/2020** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Access Information Management** **Springfield, OR** | **Judy White** **2466 Erin Way** **Eugene, OR 97408** | **Company Records and Documents** | ☐ No ■ Yes |
| **Access Information Management** **Portland, OR** | **Wendy Hutchinson** **10547 SW Pueblo Street** **Tualatin, OR 97062** | **Company Records and Documents** | ☐ No ■ Yes |
| **NW Self Storage** **9065 SW Canyon Rd** **Beaverton, OR 97225** | **Wendy Hutchinson** **10547 SW Pueblo Street** **Tualatin, OR 97062** | **Company Records and Documents** | ☐ No ■ Yes |
| **Willamette Express Moving & Storage** **2505 SE Stubb Street** **Milwaukie, OR 97222** | **Wendy Hutchinson** **10547 SW Pueblo Street** **Tualatin, OR 97062** | **X-Ray Machine** | ☐ No ■ Yes |
| **U-Store Self Storage - Springfield** **3880 International Ct** **Springfield, OR 97477** | **Judy Whitney** **2466 Erin Way** **Eugene, OR 97062** | **Furniture** | ☐ No ■ Yes |
| **All Office Furniture** **1819 SW 5th Ave** **#351** **Portland, OR 97201** | **Wendy Hutchinson** **10547 SW Pueblo Street** **Tualatin, OR 97062** | **Furniture** | ☐ No ■ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **McClinktock & Associates (Auditors)**<br>**1370 Washington Pike**<br>**#201**<br>**Bridgeville, PA 15017** | **Prior to 2009 to Present** |
| 26a.2.   **Wendy Hutchinson**<br>**10547 SW Pueblo Street**<br>**Tualatin, OR 97062** | **2015 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **McClintock & Associates (Auditors)**<br>**1370 Washington Pike**<br>**#201**<br>**Bridgeville, PA 15017** | **Prior to 2009 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **McClintock & Associates (Auditors)**<br>**1370 Washington Pike**<br>**#201**<br>**Bridgeville, PA 15017** | |
| 26c.2.  **Wendy Hutchinson**<br>**10547 SW Pueblo Street**<br>**Tualatin, OR 97062** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **ACICS**<br>**1350 Eye Street NW**<br>**#560**<br>**Washington, DC 20005** |
| 26d.2.  **ABHES**<br>**777 Leesburg Pike**<br>**#314N**<br>**Falls Church, VA 22043** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Don Moutos** | **PO Box 220162**<br>**Portland, OR 97269** | **CFO/President/Owner** | **76** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Raymond Gauthier** | **2909 Rawhide Street**<br>**West Linn, OR 97068** | **Secretary** | **24** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Don Moutos** | See Part 4, Item 9 | | |

Relationship to debtor
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                     Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

Name of the pension fund                           Employer Identification number of the parent corporation

Alerus Financial fbo Pioneer Pacific College (401k)     EIN:    L86PPC

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/2/2020

_____                    **Don Moutos**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **CFO/President/Owner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Oregon**

In re   Pacific Education Corporation

Case No. _____

Debtor(s)   Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I, the CFO/President/Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    9/2/2020

Don Moutos/CFO/President/Owner
Signer/Title

Aaron L Breckel
38471 Mckenzie Hwy
Springfield, OR 97478

Aaron W Ross Elkinton
362 NE 34th Pl
Hillsboro, OR 97124

Abigale Stowell
6112 SE 55th Ave
Portland, OR 97206

Access Information Management
1101 Fisher Ave
Medford, OR 97504

Access Information Management
7507 N Leadbetter Rd
Portland, OR 97203

Adler R Robinson-Verdugo
22615 West Bluff Drive
West Linn, OR 97068

Adrien Gault
8075 N Edison Street
Portland, OR 97203

Aidan Mathews
1701 SW Columbia St Apt 501
Portland, OR 97201

Alejandra Garcia
3990 SW Minter Bridge Rd
Hillsboro, OR 97123

Alexa Rugbart
9627 SW 52nd Ave
Portland, OR 97219

Alexandra Judge
2107 Birchwood Ave
Eugene, OR 97401

Alexandra Press
5545 Kilchurn Ave
Lake Oswego, OR 97035

Alexandria Leyson
2349 S Alpine St
Cornelius, OR 97113

Alexis Riggs
773 NW 13th St #414
Gresham, OR 97030

Alexys N Dolan
PO Box 904
Drain, OR 97435

Alka S Sola
432 SE Baseline St
Hillsboro, OR 97123

All Office Furniture
1818 SW 5th Ave
#351
Portland, OR 97201

Allison C Burruss
650 Mill St
Apt 9
Springfield, OR 97477

Allstream
18110 SE 34th St
Bldg 1, Suite 100
Vancouver, WA 98683

Allyse J Bowen
PO Box 749
Elkton, OR 97436

Alonna N Mills
2143 Laura St
Springfield, OR 97477

Alyse R Meadows
PO Box 7552
Springfield, OR 97475

Alyshia B Baker
3033 Gateway St
#9
Springfield, OR 97477

Alyson B Lynch
4885 Aster St
#192
Springfield, OR 97478

Alyssa C Manes
PO Box 1286
La Pine, OR 97739

Alyssa Cornelison
217 8th Ave
Helena, MT 59601

Alyssa Kim
15229 SE Chelsea Morning DR
Happy Valley, OR 97086

Amanda Channel
1259 SW Kiley Wy #98
Beaverton, OR 97006

Amanda N Dodson
59 Honer Ln
Creswell, OR 97426

Amro Ezzat
14712 SW Scholls Ferry Rd Apt 324
Beaverton, OR 97007

Amy D Robillard
2580 Park View Dr
Eugene, OR 97408

Amy E Guyer
9200 SW Arapaho Rd
Tualatin, OR 97062

Andrew Brown
4300 NE Prescott St
Portland, OR 97218

Andrew Layne
13438 SE Red Rose Lane
Happy Valley, OR 97015

Angalena M Ortiz
1098 NW Briarcreek Wy #423
Beaverton, OR 97006

Angela A Fields
540 S 15th St
Lebanon, OR 97355

Angela M Clark
1965 37th Cir
Sweet Home, OR 97386

Anita M Westlund
87909 Misty Ln
Veneta, OR 97487

Annabelle C Pitcher
7156 N Mobile Ave
Portland, OR 97217

Annalee Merritt
11700 SW Butner Rd Apt 106
Portland, OR 97225

Anne Barron
2550 Laurel Hill Dr
Eugene, OR 97403

Anne M Belluardo
205 NE 148th Ave #C
Portland, OR 97230

Ariana E Farrell
8508 N Gilbert Ave
Portland, OR 97203

Ariane Medina
310 SE 37th Ave
Hillsboro, OR 97123

Ashlen G Carreira
2450 SW Leonard St Apt #5
Corvallis, OR 97333

Ashley M Rose
1680 Ivy St Apt A
Junction City, OR 97448

Ashley M Stotz
38945 Sodaville Waterloo Dr
Lebanon, OR 97355

Ashley Reardon
1811 NE 66th St
Vancouver, WA 98665

Ashley Scully
2000 NE 112th Ave Apt A12
Vancouver, WA 98684

Ashley Torres Ruiz
1158 N Davis St
Cornelius, OR 97113

Asset Recovery Group
4520 SE Belmont Street #280
Portland, OR 97215

Austin A Antczak
229 NE Monroe St
Portland, OR 97212

Austin Hinz
1817 Silverstone Dr
Forest Grove, OR 97116

Autumn Sampson
449 Barclay Ave
Oregon City, OR 97045

Bayley R Seaton-Wade
1412 S 57th St
Springfield, OR 97478

Beth R Albertini
3087 Lord Byron Pl
Eugene, OR 97408

Bethany L Neimiller
PO Box 41133
Eugene, OR 97404

Bonnie J Harvey
3359 NW Walnut Blvd
Corvallis, OR 97330

Braedyn K Evans
648 St Andrews Lp
Creswell, OR 97426

Brenda C Torres Sanchez
839 S 68th St
Springfield, OR 97478

Brenna M Bartlett
6731 Aster St
Springfield, OR 97478

Brian Wilke
c/o Matthew D. Colley, Attorney
Black Helterline LLP
805 SW Broadway, Suite 1900
Portland, OR 97205

Briana Perez
1955 SW 5th Ave Apt 722 Bedspace - B
Portland, OR 97201

Briane Lozzi
3181 NE 23rd St Apt O1100
Gresham, OR 97030

Brittani M Perkins
1265 Seventh St
Springfield, OR 97477

Brittany Quam
601 Cowlitz Way
Kelso, WA 98626

Brooke N Larson
1340 Mill St
#103
Eugene, OR 97401

Bryana C Swaim
25745 Hall Rd
Junction City, OR 97448

Builder's Electric, Inc.
195 Madison St
Eugene, OR 97402

Caitlin Tessier
2808 N Willamette Blvd
Portland, OR 97217

Cameron Stephens
706 West Central Ave
Bentonville, AR 72712

Cameron V Lindsey
93 Owosso Dr
Eugene, OR 97404

Campus Management Corporation
5201 North Congress Avenue
Suite 220
Boca Raton, FL 33487

Candice L Posey
151 Heavenly Ct
Sutherlin, OR 97479

Carestream Health Inc.
150 Verona Street
Rochester, NY 14608

Cascade Health Solutions
2650 Suzanne Way
Suite 200
Eugene, OR 97408

Cassandra Rayford
5534 SE 61st Ave
Portland, OR 97206

Cassidy R Coulter
1914 Fifth St
Apt 45
Springfield, OR 97477

Cassidy S Braverman
188 Hardy Ave
Eugene, OR 97404

Celina B Ivey
2625 17th Place
Forest Grove, OR 97116

CenturyLink
700 West Mineral Ave
M Floor
Monroe, LA 71203-8012

Chadam Odell
77928 Delena Mayger Rd.
Rainier, OR 97048

Chalice M Crandall
2146 Minnesota St
Eugene, OR 97402

Chambers Development Corporation
800 Willamette St
Suite 750
Eugene, OR 97401

Charli J Chalker
13456 SW Hawks Beard Street #1532
Portland, OR 97223

Chelsea A Robinson
522 Madsen Loop
Carlton, OR 97111

Chelsea D Slone
27868 Riggs Hill Rd
Foster, OR 97345

Chelsea L Veltri
789 Old Orchard Ln
Springfield, OR 97477

Cheyenne Harris
1620 NW 14th Ave Apt #1107
Portland, OR 97209

Chloe Bott
4487 SW Stoddard Dr.
Aloha, OR 97007

Christian J Root
5911 SW Southview Pl
Portland, OR 97219

Christian Powell
105 Lynn Dr.
Newberg, OR 97132

Christopher Behr
1329 SW 14th Ave Apt 304
Portland, OR 97201

Christopher Loder
32911 SW Oakview Ct
Cornelius, OR 97113

CIT Technology Financial Services
PO Box 100706
Pasadena, CA 91189

City of Portland
1221 SW 4th Avenue
Suite 430
Portland, OR 97204

Cody B Allison
18540 SW Boones Ferry Rd #J-1
Tualatin, OR 97062

Cody Kachelein
1631 SW Yamhill St Apt 206
Portland, OR 97205

Colan Balkwell
1717 SW Park Ave #708
Portland, OR 97201

Colin M Leech
16491 Hiram Ave
Oregon City, OR 97045

Collin Austin
925 I Street
Sparks, NV 89431

Comcast Business
780 Commercial St SE
Suite 100
Salem, OR 97301

Conrad P Michell
3661 SE Nehalem St
Portland, OR 97202

Courtanie R Toddy
1401 E 10th St
Newberg, OR 97132

Courtney C Dempsey
35455 Hendricks Rd
Creswell, OR 97426

Crystal Cardenas
1717 SW Park Ave Apt 824
Portland, OR 97201

Cynthia Arellano
457 S Manzanita Ct.
Canby, OR 97013

Cynthia Dillman
1145 Rural Ave. S.E. Apt. 4
Salem, OR 97302

Damian D Stowbunenko Saitschenko
643 Sterling Dr
Eugene, OR 97404

Daniel J Hovet
2454 17th St
Springfield, OR 97477

Daniel J Moore
2500 Lyon St SE
Albany, OR 97322

Daniel Zysk
33360 SW Rogers Rd
Scappoose, OR 97056

Daniela Tapia Reyes
250 NW 181st Ave
Beaverton, OR 97006

Danielle Herrington
7425 SW Aloma Way Apt 2
Portland, OR 97223

Darrienne R De La Rosa
9065 Trask River Rd
Tillamook, OR 97141

David N Langtry
35440 SE Hwy 211 Unit 29
Boring, OR 97009

Deakota J Marquez
88791 Conrad Rd
Veneta, OR 97487

DeAnna R Gritzmacher
9700 SW Tualatin Rd #23
Tualatin, OR 97062

Deborah M. Pasi-Erwin
634-2 La Salle St
Harrisburg, OR 97446

Dell Financial Services
c/o Corporation Service Company
1127 Broadway Street NE
Suite 310
Salem, OR 97301

Devin McGill
2278 SE 171st Ave
Portland, OR 97233

Devon S Shaw
1955 SW 5th Ave #672
Portland, OR 97201

Devon Ward
3615 SW Huber St
Portland, OR 97219

DialogTech
120 S Riverside Plaza
Suite 1100
Chicago, IL 60606

Diana Gray
9750 NW Sweetwater Ln
Portland, OR 97211

Dillon Gleave
9457 N Bristol Ave #9
Portland, OR 97203

Dimond D Huntley
1978 Fircrest Dr
Eugene, OR 97403

Donna Fleming
1205 SE 165th Ave
Portland, OR 97233

Drew Vanderbilt
3359 SE Powell Valley Rd Apt 104
Gresham, OR 97080

EBSCO Subscription Services
10 Estes Street
Ipswich, MA 01938

Edan Nelson
3230 NE 29th Street
Gresham, OR 97030

Eliott Management
6 Centerpointe Dr
Suite 380
Lake Oswego, OR 97035

Elizabeth J Middleton
914 N Van Duyn St
Eugene, OR 97401

Elizabeth-Ann Graham
1825 Bryant Ave
Cottage Grove, OR 97424

Eloria Robinson
12506 16th St NE Apt G8
Lake Stevens, WA 98258

Elvia Y Kester
36012 Pittsburg Rd
Saint Helens, OR 97051

Emily Kortlever
6501 NE Cherry Dr, Apt 1219
Hillsboro, OR 97124

Eric Stromquist
3990 Abbey Ln
Unit 203
Astoria, OR 97103

Erica P Croxen
3450 Cabernet Ln
Eugene, OR 97404

Erick Schwarz
8287 SW Wilderland Ct.
Portland, OR 97224

Erika J Sanchez Arias
1500 S Sandoz Rd #29
Newberg, OR 97132

Erin J Chaney
161 1/2 18th St
Springfield, OR 97477

Erin M McLean
1215 NW 23rd Apt 11
Corvallis, OR 97330

Errinn E Voorhies
1639 River Rd
Eugene, OR 97404

Estarion Sunborn
3204 NE 62nd Ave
Portland, OR 97213

Evan Bloom
1630 SW Clay St 2A
Portland, OR 97201

Evangeline Mills
1631 SW Yamhill St #101
Portland, OR 97205

Evelyn V Ayala Salazor
6551 A St
Springfield, OR 97478

Faith S Dotson
757 NE Clover Ave
Roseburg, OR 97470

Flexential Colorado Corp
PO Box 732368
Dallas, TX 75373-2368

Florita D Eubanks
2747 N Holladay Dr
Cornelius, OR 97113

Frank Peoples
19211 SE Yamhill St #21
Portland, OR 97233

Garrett McClatchey
3353 SE Birdhouse Way
Hillsboro, OR 97123

Garrett W Brittain
2333 N Terry St Spc 53
Eugene, OR 97402

Gladis Y Sanchez
811 Orchard Ln
Roseburg, OR 97471

Gladys C Perreira
14270 SW Bull Mountain Rd
Portland, OR 97224

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Grace Schwarzer
10292 SW Taylor St
Portland, OR 97225

Grant Gruber
14232 Kimberly Circle
Lake Oswego, OR 97035

Guardian Security & Protection Services
71 Centennial Loop
Suite C
Eugene, OR 97401

Haley M Markland
1020 Skipper Ave
Eugene, OR 97404

Halle E VanNatta
1221 SW 11th Ave Apt 215
Portland, OR 97205

Hannah Barchini
3025 SE 118th Ave
Portland, OR 97266

Hannah Boyer
1551 SW Taylor St Unit 410
Portland, OR 97205

Hayley B Jackson
45556 S Gatecreek Rd
Vida, OR 97488

Hayley M Pletcher
675 Nebraska St
Eugene, OR 97402

Heather M Serafin
38168 Place Rd
Fall Creek, OR 97438

Heather Rawlinson
8122 SW Lori Way
Beaverton, OR 97007

Hector Munoz
197 Crestwood St
Fairview, OR 97024

Hope G Melum
4225 NW Columbia Ave
Portland, OR 97229

Howard Cager
9520 NE 72nd St
Vancouver, WA 98662

Ian Grant
4724 NE 104th Ave
Portland, OR 97220

Idongesit Essien
21506 SW Frammy Way
Hillsboro, OR 97003

Ingrid Perez Cruz
4989 North Way
Eugene, OR 97402

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iron Mountain
c/o Corporation Service Company
1127 Broadway Street NE
Suite 310
Salem, OR 97301

Izabella M Burnett
4795 Franklin Blvd Spc 58
Eugene, OR 97403

Jack D Tschetter
2901 Galaxy Way
Grants Pass, OR 97527

Jackson Beckley
1435 NW 133rd Ave
Portland, OR 97229

Jackson J Hoene
1630 SW Clay #2A
Portland, OR 97201

Jacob A Holland
5919 NW St Helens Rd # 2
Portland, OR 97210

Jacob Almanza
430 SW 13th Ave Apt 1106
Portland, OR 97205

Jacob C. Babcock
932 Marquet Way
Eugene, OR 97401

Jacob P Mullen
9101 SW Sweek Dr
Tualatin, OR 97062

Jacqueline Gonzalez Leon
109 Keenon Dr
Garibaldi, OR 97118

Jacqueline Hipolito Hernandez
13426 SE Division St
Portland, OR 97236

Jaime L Pruett
5145 Cedar St SE
Turner, OR 97392

Jamie M Stevens
1893 Oakville Crossing
Eugene, OR 97402

Jasmaine F Uiagalelei
18840 NW Rockcreek Circle #285
Portland, OR 97229

Jasmine J Arment Prince
1071 S 55th St
Springfield, OR 97478

Jasmine Sosa
3064 Second St
Hubbard, OR 97032

Jasmine Wong
18475 SW Anna Mae Ln
Hillsboro, OR 97003

Jason L Eyle Jr.
1630 NE 235th Ave
Troutdale, OR 97060

Jazmin Rodriguez
624 S Heather St
Cornelius, OR 97113

Jeanne M Ducham
5409 SE Nehalem St
Portland, OR 97206

Jehan L Segal
1831 SE Hawthorne Blvd, Apt 309
Portland, OR 97214

Jenna M Calloway
535 49th St
Springfield, OR 97478

Jennie Jorgens
1314 R Street Apt 2
Springfield, OR 97477

Jennifer G Millett
1963 SW Camelot Ct
Portland, OR 97225

Jennifer Matheny
1650 NE 32 Ave. Apt 318
Portland, OR 97232

Jennifer R Kyser
6081 Landmark Ln
Eugene, OR 97402

Jeremiah Langbehn
52184 Foxtail Rd
La Pine, OR 97739

Jerrie Grady III
7322 N Westanna Ave
Portland, OR 97203

Jessica M Ramirez
20088 Beth Ave Unit 1
Bend, OR 97702

Jessica Monserrate
4150 SW Brixton Ave
Gresham, OR 97080

Jessica P Lopez
14575 Southwest 83rd Court
Portland, OR 97224


Jesus Garcia Mandujano
3839 Pacific Ave Unit 155
Forest Grove, OR 97116


Jetsany Garcia Silva
1381 SW Bella Terr
Hillsboro, OR 97003


Jharline Cortes Ramirez
829 Pana St
Woodburn, OR 97071


Jo E Mitchell
5495 A St #44
Springfield, OR 97478


Jodie L Searle
4765 Satter Dr NE
Salem, OR 97305


John J McGlennon
950 SW 21st Ave Apt 413
Portland, OR 97205


Jonathan Barrett
715 Mango Loop #218
Austin, AR 72007


Jordyn N Lynch
PO Box 36
Dayton, OR 97114


Jose A Martines Ayala
575 S 12th Ave
Cornelius, OR 97113


Jose Llana
732 NW 129 Ave
Miami, FL 33182

Joshua Anderson
39731 Wall St.
Sandy, OR 97055

Joshua D Salm
4495 42nd Ave
Salem, OR 97305

Joshua James
3800 Barger Dr
Eugene, OR 97402

Josiah Jones-Contreras
7602 NE 65th St
Vancouver, WA 98662

Juanita R Schaefer
13080 SW Mayview Way
Portland, OR 97223

Julia Maleyeva
14752 SE Thornapple Ln
Portland, OR 97267

Justin R Martin-Chay
8346 NE Sandy Blvd Apt 4-403
Portland, OR 97220-4974

Justin Ziegler
1717 SW Park Ave Apt 813
Portland, OR 97201

Kailey A Johnson
26446 Valley View Drive
Cheshire, OR 97419

Kaitlyn M Davis
2350 N Terry
#11
Eugene, OR 97402

Kaley Paulsen
1500 SW 12TH AVE #410
Portland, OR 97201

Kaplan Higher Education Corp - NIT
c/o CT Corporation System
780 Commercial St SE
Suite 100
Salem, OR 97301-3465

Karen Gehne
1714 NW Lakeway Ln
Beaverton, OR 97006

Kari L Hawkins
PO Box 32
Dexter, OR 97431

Karissa Diffenderfer
37 NW Trinity Place #26
Portland, OR 97206

Karlo Hernandez Rodriguez
12505 SE Mill St
Portland, OR 97233

Kasey L Lingle
9147 N Oswego Ave
Portland, OR 97203

Katrina A Amacher
PO Box 42041
Eugene, OR 97404

Katrina Penaflor
14525 SW Osprey Dr
Beaverton, OR 97007

Kayle Olney
1630 SW Clay St, Apt 11-C
Portland, OR 97201

Kaylee J Gribling
90762 Dalewood Dr
Junction City, OR 97448

Keith Nickel
33332 SW Rogers Rd
Scappoose, OR 97056

Kellsie K Miles
76330 Rock Rd
Oakridge, OR 97463

Kevin E Tyson
3655 Pleasant View Dr. NE #304
Salem, OR 97303

Kevin Vann
141 White Pine Rd
Castle Rock, WA 98611

Kiah L Seal
1211 30th
Springfield, OR 97478

Kief T Jennings
4675 Goodpasture Lp Apt 159
Eugene, OR 97401

Kip Franich
28700 SE Holst Rd
Boring, OR 97009

Kira M Lindstrom
6803 SE Jack Rd
Portland, OR 97222

Kristen B Smith
305 35th St
Springfield, OR 97478

Kristen N Schlitt
31960 Camas Swale Rd
Creswell, OR 97426

Kristen R Jensen
1358 R Street
Springfield, OR 97477

Kristen S Thurston
335 C St
#4
Springfield, OR 97477

Kristina D Coy
3481 Torri Ln
White City, OR 97503

Kristina L Dennick
1208 Woodfield Drive
Eugene, OR 97401

Krystal D Piccioni
395 Holbrook Ln
Creswell, OR 97426

Krystina R Stricker
4145 Sunnyview Rd NE
Salem, OR 97305

Krystle A Gonzalez
190 SW Edgeway Dr #378
Beaverton, OR 97006

Kyanah Waters
28510 SW Ashland Dr Apt 29
Wilsonville, OR 97070

Lance E Joslin
7925 SW Vlahos Drive, #504
Wilsonville, OR 97070

Lane County, Oregon
125 East 8th Avenue
Eugene, OR 97401

Laura A Kelly
1355 West 12th Ave
Eugene, OR 97402

Laura R Anderson
575 SW 194th Ave
Aloha, OR 97003

Laura Z Fraser
4165 Berrywood Dr
Eugene, OR 97404

Leeanne A Smith
205 S 6th Ave
Cornelius, OR 97113

Leonardo Gonzalez III
3730 Pacific Ave #211
Forest Grove, OR 97116

Leslie A Smith
2421 Benson Ln
Eugene, OR 97408

Leslie M Krenzler
6563 A St
Springfield, OR 97478

Leslie M Lopez Sanchez
8318 SW Mohawk Street
Tualatin, OR 97062

Lianna M Sultani
3134 NW 46th Ave
Camas, WA 98607

Lilia Johnson
738 SE 128th Ave
Portland, OR 97233

Linda Kister
PO Box 1575
Gresham, OR 97030

Lindsey K Laird
1354 Skipper Ave
Eugene, OR 97404

Live Voice
PO Box 95177
Chicago, IL 60694

Loy C Walugembe
4931 North Way
Eugene, OR 97402

Lucas L Garrett
90 Commons Drive #21
Eugene, OR 97401

Lucia J Regalado Rubio
2075 W 28th Ave
Eugene, OR 97405

Luis A Garcia Casas
7506 SW Barnes Rd. Unit C
Portland, OR 97225

Lydia Hodges
1330 SW 3rd Avenue Apt 913
Portland, OR 97201

Mac C McFall
3258 SE Benjamin Ct
Troutdale, OR 97060

Madison Hunter
1963 SW Camelot Ct
Portland, OR 97225

Madison Polley
2550 N Winchell
Portland, OR 97213

Madison R Bayer
7616 N Edison St
Portland, OR 97203

Maelynn M Locke
3797 Kevington Ave
Eugene, OR 97405

Majd Mustafa
9060 SW McDonald St
Portland, OR 97224

Mallory B O'Donnell
4726 NE 13th Ave
Portland, OR 97211

Marcus Malone
345 NW Gina Way Apt 226
Beaverton, OR 97006


Maria Del Carmen Rodriguez-Buztos
2311 NE 138th Ave, #D21
Vancouver, WA 98684


Maria Vasquez Solis
32911 SW Oakview Ct
Cornelius, OR 97113


Mariana Sanchez
17348 NW Oak Ridge Rd
Yamhill, OR 97148


Maricarmen Brambila Oliveros
692 S 13th Ave
Cornelius, OR 97113


Mariel Cogdill-Feetham
1754 J Street Apr. 9
Springfield, OR 97477


Mario Sevilla
7582 SW Cresmoor Dr
Beaverton, OR 97008


Marissa Terra
2701 Main Street, Apt 63
Forest Grove, OR 97116


Marshall D Bakker
9844 SW 30th Ave
Portland, OR 97219


Mary L Harnish
2010 E St
Springfield, OR 97477


Mason Goucher
446 SE 68th Ave
Hillsboro, OR 97123

Mason Lally
4718 SW Vesta St.
Portland, OR 97219

Matthew G Dutell
3570 Spring Blvd
Eugene, OR 97405

Mavis L Smith
5226 SW Nebraska St
Portland, OR 97221

Maya A Udani
9105 SW Parkview Loop
Beaverton, OR 97008

Mayalin Williams
1032 NE 77th Ave
Portland, OR 97213

Mayette S Long
1111 NE 64th Ln #1808
Hillsboro, OR 97124

Mazi G League
317 30th St
Apt 209B
Springfield, OR 97478

McKenzie F Douglas
610 N Eighth St
Harrisburg, OR 97446

Meaghan Hanshue
3755 SE Lincoln St
Portland, OR 97214

Megan G Torres
523 39th St #6
Springfield, OR 97478

Megan M Downing
32637 Coburg Bottom Loop Rd
Eugene, OR 97408

Megan Pyles
Barrington Ave 19055
Sandy, OR 97055

Melissa A Lindeman
911 Crestview Dr
Reedsport, OR 97467

Melissa Rowles
132 NE Conifer Blvd Unit 4
Corvallis, OR 97330

Melody J Smith
13895 SW Barrows Rd #102
Beaverton, OR 97007

Mercer Tool Corp
1860 Smithtown Ave
Ronkonkoma, NY 11779

Merimac
100 Throckmorton St
Fort Worth, TX 76102

Micaiah Cass
1410 NE Schuyler St. Apt 24
Portland, OR 97212

Michael A Peterson
7724 SE Holgate Blvd
Portland, OR 97206

Michael R Bain Sr.
6136 NE 28th Ave
Portland, OR 97211

Mikayla A Husband
90 Commons Dr Apt 189
Eugene, OR 97401

Miranda Brilz
9412 NE 19th Ave Unit 43
Vancouver, WA 98665

Miriam I Infante
640 SE 3rd Ave #15
Hillsboro, OR 97123

Mitchell L Woodbury
2127 SE 94th Avenue
Portland, OR 97216

Mohammad El Shaer
20086 SW Squire Dr
Beaverton, OR 97007

Monica E Liverett
335 C St
Apt 1
Springfield, OR 97477

Montgomery J Lemire
PO Box 386
Saint Paul, OR 97137

Morgan A Bogart
915 Westsprings Dr. #102
Eugene, OR 97404

Morgan D Robb
37823 Mountain Home Dr
Brownsville, OR 97327

Muffie M McQuistion
340 12th Avenue
Sweet Home, OR 97386

Multnomah County, Oregon
501 SE Hawthorne Blvd, Suite 400
Portland, OR 97214

Natalia P Kulikov
4355 Elliott Prairie Rd
Woodburn, OR 97071

Nathan Mayo
6056 SE Heike St
Hillsboro, OR 97123

Nathaniel Ramsey
320 Lincoln St, Apt 108
Fairview, OR 97024

Nicole Salac
9208 SW Ivory St
Beaverton, OR 97007

Norris & Stevens, Inc.
900 SW 5th Ave
Suite 1700
Portland, OR 97204

NuCO2 LLC
c/o Corporation Service Company
1127 Broadway Street NE
Suite 310
Salem, OR 97301

NW Self Storage
9065 SW Canyon Rd
Portland, OR 97225

Okwuchi G Elele
4423 NW Chanticleer Dr #F4
Portland, OR 97229

Olivia Hughes
5135 SE Woodstock Blvd
Portland, OR 97206

Oregon Department of Revenue
955 Center St NE
Salem, OR 97301

Oregon Occupational Medicine
19365 SW 65th Ave
Suite 100
Tualatin, OR 97062

Oregon Oils
2515 NW 28th Ave
Portland, OR 97210

Paul N Cepeda
18531 SW Muirfield St
Hillsboro, OR 97003

Paul W Choo
889 E 19th Ave
Apt 202
Eugene, OR 97401

Paxton Wright
1330 SW 215th Ave
Hillsboro, OR 97003

Pearl E Chung
1241 SE Rivergreen Ave
Corvallis, OR 97333

Percasso Coffee & Bottled Water Service
3055 NE Yeon
Suite 150
Portland, OR 97210

PGE
PO Box 4404
Portland, OR 97208

Pitney Bowes
c/o CT Corporation System
780 Commercial St SE
Suite 100
Salem, OR 97301

Rachel A Aponte
1978 E 19th Ave
Eugene, OR 97403

Rachel Barron
1500 Pleasant View Dr Apt B-107
Gresham, OR 97080

Rachel M Thurman Dockter
1330 SE 4th St
Gresham, OR 97080

Radiation Detection Company
3527 Snead Dr
Georgetown, TX 78626

Ragen M Blakeley
17197 SW Smith Ave #51
Sherwood, OR 97140

Raman Kaur
5224 Nightcap St SE
Salem, OR 97306

Ramon Garcia
0650 SW Gaines St #1919
Portland, OR 97239

Rebecca L Lamm
34834 Shoreview Dr
#7
Cottage Grove, OR 97424

Rebecca Marks
917 SE 16th Ave
Portland, OR 97214

Rebekah D Race
1553 Bailey Hill Rd
#2
Eugene, OR 97402

Rebekah McMasters
30099 Horseshoe Lp
Lebanon, OR 97355

Reyna M Perez
51400 SW Randstad Street
Scappoose, OR 97056

Rhessa J Silva
2920 NE Moda Way #813
Hillsboro, OR 97124

Rickilyn Cook
300 Hoyt Ave
Eugene, OR 97404

Robert Cruz
P.O. Box 6291
Brookings, OR 97415

Robert Severin
13112 NE 51st St
Vancouver, WA 98682

Roberto O Robles
200 Lewis Ave #80
Grants Pass, OR 97527

Rolling Hills Community Church
3550 SW Borland Rd
Tualatin, OR 97062

Rose M Sanchez
333 SE 127th Ave Apt 253
Portland, OR 97233

Rosend M Mansell
895 E Lincoln St #C
Woodburn, OR 97071

Sabrina L Purkey
23719 Hwy 36
Cheshire, OR 97419

Sabrina M MacDowell
78203 Meadow Park Dr
Cottage Grove, OR 97424

Sabrina M Nickell
90 Commons Dr
Apt 191
Eugene, OR 97401

Saffron P Johnson
12909 SW Timera Ln
Portland, OR 97224

Saira G Hunter
1750 Northview Blvd Apt 53
Eugene, OR 97405

Samantha E Fisher
523 Helen St
Eugene, OR 97404

Samantha Parker
2842 SW Patton Rd
Portland, OR 97201

Sandra Freshner
3650 NE Alton Ct
Fairview, OR 97024

Sandra N Locke
3225 Kinsrow Ave Apt C24
Eugene, OR 97401

Sandra Y Nunez-Gonzalez
2829 12th Ave.
Forest Grove, OR 97116

Sanipac
c/o Corporation Service Company
1127 Broadway Street NE
Suite 310
Salem, OR 97301

Sara D Polanco
10940 SW Wilsonville Rd #43
Wilsonville, OR 97070

Sara Jane Hackney
4832 NE 24th Ave
Portland, OR 97211

Sara R Bedard
12901 NE 28th St Apt SS302
Vancouver, WA 98682

Sarah A Church
23118 Warthen Rd.
Elmira, OR 97437

Sarah A Miller
10285 SW Denny Rd #17
Beaverton, OR 97008

Sarah L Hamburg
22639 SW Norton Ave
Sherwood, OR 97140

Savanna J Manthei
3903 Southlake Dr
West Richland, WA 99353

Savanna J Nielson
16142 SW 108th AVE, #102
Portland, OR 97224

Scott Neuse
301 SW Lincoln St. #1106
Portland, OR 97201

Sean M Hogan
8102 SW Durham Road
Portland, OR 97224

Sean M Kelley
1126 NE 176th Ave
Portland, OR 97230

Selena Kister-Siders
1353 NE Barnes Ct
Gresham, OR 97030

Sera Scott
14615 SW Quail Ln Apt M101
Beaverton, OR 97007

Sereen O Khawaldeh
8785 SW Cortez Ct
Beaverton, OR 97008

Serina V Clements
30819 NW Turel Dr
North Plains, OR 97133

Sexton Miles
2622 Been Ridge Rd
Greenwood, AR 72936

Shannon D Holloway
4039 Satter Drive
Salem, OR 97305

Shannon M Dempsey
35455 Hendricks Rd
Creswell, OR 97426

Shari M Johns
2418 W Crestview Ave
Roseburg, OR 97471

Shaun D Spencer Jr
620 SW Park Ave Apt 42
Portland, OR 97205

Shelbe R Thompson
4004 C St.
Springfield, OR 97478

Shyla Jensen-Shuler
1940 NW Miller Rd Apt K140
Portland, OR 97229

Siena Swoboda-Colberg
1450 SW Jefferson St #503
Portland, OR 97201

Sierra B Hummel
2470 Pheasant Blvd Apt
#20
Springfield, OR 97477

Sierra R Scott
1340 12th St
Springfield, OR 97477

Sierra Springs
c/o Bowen Property Management Co
1800 SW First Ave
Suite 180
Portland, OR 97201

Silma Y Rivera-Lyons
655 Goodpasture Rd Apt 78
Eugene, OR 97401

Skylar Rose
351 NE Faulconer Ct.
Sheridan, OR 97378

Sonia Rivera
13660 SW Pacific HWY #33
Portland, OR 97223

Special D Garrett
2250 NE Thorncroft Dr #331
Hillsboro, OR 97124

Spencer W Swapp
33010 Coal Creek Rd
Scappoose, OR 97056

State of Oregon Attorney General
Oregon Department of Justice
1162 Court St NE
Salem, OR 97301

State of Oregon BOLI
800 NE Oregon St, Ste 1045
Portland, OR 97232-3601

State of Oregon, Employment Department
875 Union Street NE
Salem, OR 97311

Statia Price
442 SW Valeria View Dr Apt 109
Portland, OR 97225

Stephanie A Craun
4204 SE 15th St.
Portland, OR 97202

Stephanie R Caroon
PO Box 128
Oakridge, OR 97463

Stephen Buchelt
195 Homewood Court North
Keizer, OR 97303


Sterling Gonzalez
1437 SE M L King Blvd Apt. 212
Portland, OR 97214


Sunita Sarki
1112 SE Roundelay St
Hillsboro, OR 97123


Sydney A Zelazny
25005 Dunham Ave
Veneta, OR 97487


Tana Ryan
1300 SW Park Ave Apt 1201
Portland, OR 97201


Tara E Contreras
25 Hatton Ave #104
Eugene, OR 97404


Taylor A Jahelka
655 Goodpasture Island Rd
Apt 149
Eugene, OR 97401


Taylor J Houchins
617 NW 21st St Apt 1
Corvallis, OR 97330


Taylor M Ross
20859 Nova Lp Unit 2
Bend, OR 97701


Teresa Magdaleno
179 S 26th Ct
Cornelius, OR 97113


The Round Owner, LLC
222 SW Columbia St
Suite 700
Portland, OR 97201

Theodore J Horton
1860 City View St
Eugene, OR 97405

Thomson West
c/o Corporation Service Company
1127 Broadway St NE
Suite 310
Salem, OR 97301

Tifany M Milles
1149 Birch St
Vernonia, OR 97064

Timothy A Williams
992 NW Sycamore Ave
Corvallis, OR 97330

Timothy Fogerson
1009 NE 47th Ave Apt 2
Portland, OR 97213

TLO LLC
4530 Conference Way South
Boca Raton, FL 33431

Todd Rogers
2509 SE 48th Ave
Portland, OR 97206

Tomas Glenn
915 North 3rd St
Lakeview, OR 97630

Toni J Garvin-Matthews
1800 SW Old Sheridan Rd #D105
McMinnville, OR 97128

Tori Webb
3328 SW Beaverton-Hillsdale HWY, Apt 8
Portland, OR 97239

Traci Cole
1354 SW Spring Garden
Portland, OR 97219

Traycee E Kirk
245 S 35th St
Springfield, OR 97478

Trenda Fletcher
1510 5th St
Tillamook, OR 97141

Trever Raulston
463 Lair Ln
Newberg, OR 97132

Trisha L Coleman
499 Sterling Dr Unit G5
Roseburg, OR 97470

Troy Albo
1720 SW 4th Ave #917
Portland, OR 97201

Tuition Options
14000 Horizon Way #400
Mount Laurel, NJ 08054

Tyler Gates
1233 N Watts St
Portland, OR 97217

Tyne T DeBudge
1604 SW Clay St, Apt 203
Portland, OR 97201

U-Store Self Storage - Springfield
3880 International Ct
Springfield, OR 97477

U.S. Small Business Administration
620 SW Main St
#313
Portland, OR 97205

Universal Fire Equipment Inc.
c/o Elizabeth M Heath, Registered Agent
18260 SW 100th Ct
Tualatin, OR 97062

Vi H Truong
9115 SW Chelan Pl
Beaverton, OR 97008


Vicenta A Villareal
411 SE 83rd Ave
Portland, OR 97216


Victoria A Blackstone
2836 17th Ave
Forest Grove, OR 97116


Victoria Harris
14765 SW Osprey Dr Apt 621
Beaverton, OR 97007


Vivia Ploub
6285 Caldwell Rd #11
Gladstone, OR 97027


Watumull Goose Hollow #505
c/o Kidder Mathews
101 SW Main St
Suite 1200
Portland, OR 97204


Willamette Express LTD
2505 SE Stubb St
Portland, OR 97222


Willamette Express Moving & Storage
2505 SE Stubb Street
Portland, OR 97222


William Oswald
12140 SW KATHERINE ST
Portland, OR 97223


Wolters Kluwer Law & Business
c/o CT Corporation System
780 Commercial St SE
Suite 100
Salem, OR 97301

Yaritza Mendoza
256 SE Township Rd
Canby, OR 97013

Yuliza G Sayago-Mandujano
738 Adair St #64
Cornelius, OR 97113

Yvette Portillo
1325 SE Oak St #10
Hillsboro, OR 97124

Yvonne E Cochran
90136 Baker Rd
Elmira, OR 97437

Zachary Ash-Lambert
385 NE Elm St
Sheridan, OR 97378

Zachary T Fitzgerald
5005 SW 153rd Ave
Beaverton, OR 97007

Zackary G Geisler
4729 SE 86th Ave
Portland, OR 97266

**BEAVERTON CAMPUS:**
The Round
4145 SW Watson Ave #300
Beaverton OR  97005

**SPRINGFIELD CAMPUSES:**
3783 International Court
Springfield OR  97477

3800 Sports Way
Springfield OR  97477

**OREGON CULINARY INSTITUTE CAMPUSES:**
1717 SW Madison Street
Portland OR  97201

1701 SW Jefferson Street
Portland OR  97201

**SERVER OFF-SITE LOCATION:**
Flexental
23605 NW Huffman Street
Hillsboro OR  97124

**PACIFIC EDUCATION CORP D/B/A [0874new tax]**
Financial
## Detail Projection - Depreciation
01/01/2020 - 12/31/2020

Sorted: Class
Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1356** | | | | | | | | | | | |
| 293 | CAMPUS 2000 | 1/23/2003 | SL / N/A | 3.0000 | 148,638.00 | 100.0000 | 0.00 | 0.00 | 148,638.00 | 0.00 | 148,638.00 |
| 686 | Campus 2000 | 5/1/2007 | M / HY | 3.0000 | 8,000.00 | 100.0000 | 0.00 | 0.00 | 8,000.00 | 0.00 | 8,000.00 |
| **Subtotal: 1356** | | | | | 156,638.00 | | 0.00 | 0.00 | 156,638.00 | 0.00 | 156,638.00 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 1356** | | | | | 156,638.00 | | 0.00 | 0.00 | 156,638.00 | 0.00 | 156,638.00 |
| **1520B** | | | | | | | | | | | |
| 294 | ULTRA X | 1/8/2003 | SL / N/A | 5.0000 | 508.00 | 100.0000 | 0.00 | 0.00 | 508.00 | 0.00 | 508.00 |
| 482 | Nursing Instructional E | 11/1/2005 | SL / N/A | 7.0000 | 3,032.64 | 100.0000 | 0.00 | 0.00 | 3,032.64 | 0.00 | 3,032.64 |
| 486 | Nursing Instructional E | 11/10/2005 | SL / N/A | 7.0000 | 1,857.06 | 100.0000 | 0.00 | 0.00 | 1,857.06 | 0.00 | 1,857.06 |
| 487 | Nursing Instruc Equip | 11/28/2005 | SL / N/A | 7.0000 | 5,598.45 | 100.0000 | 0.00 | 0.00 | 5,598.45 | 0.00 | 5,598.45 |
| 488 | Nursing Anne | 11/29/2005 | SL / N/A | 7.0000 | 675.00 | 100.0000 | 0.00 | 0.00 | 675.00 | 0.00 | 675.00 |
| 626 | American AED Defibrill | 11/5/2010 | SL / N/A | 7.0000 | 1,299.00 | 100.0000 | 0.00 | 0.00 | 1,299.00 | 0.00 | 1,299.00 |
| 635 | American AED Defibrill | 11/5/2010 | SL / N/A | 7.0000 | 1,299.00 | 100.0000 | 0.00 | 0.00 | 1,299.00 | 0.00 | 1,299.00 |
| 656 | 18 laptops for PN Prog | 5/1/2011 | SL / N/A | 5.0000 | 8,207.82 | 100.0000 | 0.00 | 0.00 | 8,207.82 | 0.00 | 8,207.82 |
| 962 | Medical Equipment - Di | 6/8/2016 | SL / N/A | 5.0000 | 5,697.85 | 100.0000 | 0.00 | 0.00 | 4,083.46 | 1,139.57 | 5,223.03 |
| 963 | Emergency Cart - Healt | 6/8/2016 | SL / N/A | 5.0000 | 1,089.52 | 100.0000 | 0.00 | 0.00 | 780.81 | 217.90 | 998.71 |
| 964 | Nursing Simulation Lat | 3/3/2016 | SL / N/A | 5.0000 | 46,821.99 | 100.0000 | 0.00 | 0.00 | 35,896.87 | 9,364.40 | 45,261.27 |
| 965 | Leeson | 1/1/2016 | SL / N/A | 5.0000 | 50.00 | 100.0000 | 0.00 | 0.00 | 40.00 | 10.00 | 50.00 |
| 1010 | Baby Scale | 1/1/2016 | SL / N/A | 5.0000 | 25.00 | 100.0000 | 0.00 | 0.00 | 20.00 | 5.00 | 25.00 |
| 1011 | Biosonic UC300 Whale | 1/1/2016 | SL / N/A | 5.0000 | 400.00 | 100.0000 | 0.00 | 0.00 | 320.00 | 80.00 | 400.00 |
| 1013 | Clocks | 1/1/2016 | SL / N/A | 5.0000 | 10.00 | 100.0000 | 0.00 | 0.00 | 8.00 | 2.00 | 10.00 |
| 1014 | Computer Monitor's 17 | 1/1/2016 | SL / N/A | 5.0000 | 160.00 | 100.0000 | 0.00 | 0.00 | 128.00 | 32.00 | 160.00 |
| 1015 | Computer Monitor's 19 | 1/1/2016 | SL / N/A | 5.0000 | 1,755.00 | 100.0000 | 0.00 | 0.00 | 1,755.00 | 0.00 | 1,755.00 |
| 1018 | DVD/VCR - Insignia | 1/1/2016 | SL / N/A | 3.0000 | 5.00 | 100.0000 | 0.00 | 0.00 | 5.00 | 0.00 | 5.00 |
| 1019 | Electrocardiograph | 1/1/2016 | SL / N/A | 3.0000 | 100.00 | 100.0000 | 0.00 | 0.00 | 100.00 | 0.00 | 100.00 |
| 1020 | Exam Tables | 1/1/2016 | SL / N/A | 3.0000 | 300.00 | 100.0000 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 |
| 1023 | Hat Stand | 1/1/2016 | SL / N/A | 3.0000 | 4.00 | 100.0000 | 0.00 | 0.00 | 3.20 | 0.80 | 4.00 |
| 1024 | Laminator | 1/1/2016 | SL / N/A | 5.0000 | 75.00 | 100.0000 | 0.00 | 0.00 | 60.00 | 15.00 | 75.00 |
| 1026 | Lattice Screen | 1/1/2016 | SL / N/A | 5.0000 | 5.00 | 100.0000 | 0.00 | 0.00 | 4.00 | 1.00 | 5.00 |
| 1029 | Metro Rack | 1/1/2016 | SL / N/A | 5.0000 | 15.00 | 100.0000 | 0.00 | 0.00 | 12.00 | 3.00 | 15.00 |
| 1030 | Microscopes | 1/1/2016 | SL / N/A | 5.0000 | 450.00 | 100.0000 | 0.00 | 0.00 | 450.00 | 0.00 | 450.00 |
| 1032 | PC's With Keyboards | 1/1/2016 | SL / N/A | 3.0000 | 37,200.00 | 100.0000 | 0.00 | 0.00 | 37,200.00 | 0.00 | 37,200.00 |
| 1033 | Pedestal Cabinets 2 Dr | 1/1/2016 | SL / N/A | 3.0000 | 20.00 | 100.0000 | 0.00 | 0.00 | 20.00 | 0.00 | 20.00 |
| 1035 | Plants | 1/1/2016 | SL / N/A | 3.0000 | 45.00 | 100.0000 | 0.00 | 0.00 | 36.00 | 9.00 | 45.00 |
| 1036 | Podium | 1/1/2016 | SL / N/A | 3.0000 | 50.00 | 100.0000 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 |
| 1037 | Printer - Dell 2330dn | 1/1/2016 | SL / N/A | 3.0000 | 75.00 | 100.0000 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |
| 1038 | Printer - Dell 2335dn | 1/1/2016 | SL / N/A | 3.0000 | 75.00 | 100.0000 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |
| 1039 | Printer - Dell 5310On | 1/1/2016 | SL / N/A | 3.0000 | 75.00 | 100.0000 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |
| 1040 | Projector Dell | 1/1/2016 | SL / N/A | 3.0000 | 100.00 | 100.0000 | 0.00 | 0.00 | 100.00 | 0.00 | 100.00 |
| 1041 | Projector Dell 5300 | 1/1/2016 | SL / N/A | 3.0000 | 200.00 | 100.0000 | 0.00 | 0.00 | 200.00 | 0.00 | 200.00 |
| 1042 | Projector - Infocus | 1/1/2016 | SL / N/A | 3.0000 | 600.00 | 100.0000 | 0.00 | 0.00 | 600.00 | 0.00 | 600.00 |
| 1043 | Projector Screens - Lar | 1/1/2016 | SL / N/A | 3.0000 | 600.00 | 100.0000 | 0.00 | 0.00 | 600.00 | 0.00 | 600.00 |
| 1045 | Refrigerators | 1/1/2016 | SL / N/A | 3.0000 | 75.00 | 100.0000 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |
| 1046 | Server Room Equipmen | 1/1/2016 | SL / N/A | 3.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

**PACIFIC EDUCATION CORP D/B/A [0874new tax]**
## Detail Projection - Depreciation
Financial
01/01/2020 - 12/31/2020

Sorted: Class
Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1520B** | | | | | | | | | | | |
| 1047 | Misc. IT Parts Closet | 1/1/2016 | SL / N/A | 3.0000 | 800.00 | 100.0000 | 0.00 | 0.00 | 800.00 | 0.00 | 800.00 |
| 1049 | Skeletons - Large | 1/1/2016 | SL / N/A | 3.0000 | 105.00 | 100.0000 | 0.00 | 0.00 | 105.00 | 0.00 | 105.00 |
| 1050 | Skeletons - Small | 1/1/2016 | SL / N/A | 3.0000 | 30.00 | 100.0000 | 0.00 | 0.00 | 30.00 | 0.00 | 30.00 |
| 1051 | Sony Player | 1/1/2016 | SL / N/A | 3.0000 | 10.00 | 100.0000 | 0.00 | 0.00 | 10.00 | 0.00 | 10.00 |
| 1060 | ECG, Burdick 260 Inter | 9/19/2017 | SL / N/A | 5.0000 | 4,738.00 | 100.0000 | 0.00 | 0.00 | 2,132.10 | 947.60 | 3,079.70 |
| **Subtotal: 1520B** | | | | | 134,238.33 | | 0.00 | 0.00 | 118,626.41 | 11,827.27 | 130,453.68 |
| Less dispositions and exchanges: | | | | | 0.00 | | | | 0.00 | 0.00 | 0.00 |
| **Net for: 1520B** | | | | | 134,238.33 | | 0.00 | 0.00 | 118,626.41 | 11,827.27 | 130,453.68 |
| **1520C** | | | | | | | | | | | |
| 869 | X - Ray machine | 10/16/2004 | SL / N/A | 5.0000 | 58,592.00 | 100.0000 | 0.00 | 0.00 | 58,592.00 | 0.00 | 58,592.00 |
| 870 | X - ray machine parts | 11/16/2004 | SL / N/A | 5.0000 | 19,005.30 | 100.0000 | 0.00 | 0.00 | 19,005.30 | 0.00 | 19,005.30 |
| 933 | Dell Ghost Server | 7/30/2010 | SL / N/A | 5.0000 | 3,508.39 | 100.0000 | 0.00 | 0.00 | 3,508.39 | 0.00 | 3,508.39 |
| 959 | 9 PCs | 6/29/2011 | SL / N/A | 5.0000 | 6,964.56 | 100.0000 | 0.00 | 0.00 | 6,964.56 | 0.00 | 6,964.56 |
| **Subtotal: 1520C** | | | | | 88,070.25 | | 0.00 | 0.00 | 88,070.25 | 0.00 | 88,070.25 |
| Less dispositions and exchanges: | | | | | 0.00 | | | | 0.00 | 0.00 | 0.00 |
| **Net for: 1520C** | | | | | 88,070.25 | | 0.00 | 0.00 | 88,070.25 | 0.00 | 88,070.25 |
| **1520E** | | | | | | | | | | | |
| 262 | JVC TV | 7/31/2002 | SL / N/A | 5.0000 | 440.00 | 100.0000 | 0.00 | 0.00 | 440.00 | 0.00 | 440.00 |
| 263 | MED EQUIP | 7/31/2002 | SL / N/A | 5.0000 | 4,860.06 | 100.0000 | 0.00 | 0.00 | 4,860.06 | 0.00 | 4,860.06 |
| 264 | AV CART, COMP TABL | 8/5/2002 | SL / N/A | 5.0000 | 1,588.27 | 100.0000 | 0.00 | 0.00 | 1,588.27 | 0.00 | 1,588.27 |
| 265 | MED EQUIP | 8/13/2002 | SL / N/A | 5.0000 | 862.42 | 100.0000 | 0.00 | 0.00 | 862.42 | 0.00 | 862.42 |
| 266 | 44 CHAIRS | 8/19/2002 | SL / N/A | 5.0000 | 1,424.00 | 100.0000 | 0.00 | 0.00 | 1,424.00 | 0.00 | 1,424.00 |
| 267 | MICROSCOPES | 8/20/2002 | SL / N/A | 5.0000 | 3,650.00 | 100.0000 | 0.00 | 0.00 | 3,650.00 | 0.00 | 3,650.00 |
| 268 | MED EQUIP | 8/26/2002 | SL / N/A | 5.0000 | 552.90 | 100.0000 | 0.00 | 0.00 | 552.90 | 0.00 | 552.90 |
| 271 | 10 TRANSCRIBERS | 10/21/2002 | SL / N/A | 5.0000 | 1,750.00 | 100.0000 | 0.00 | 0.00 | 1,750.00 | 0.00 | 1,750.00 |
| 273 | MICROPHONE SYSTE | 12/27/2002 | SL / N/A | 5.0000 | 830.00 | 100.0000 | 0.00 | 0.00 | 830.00 | 0.00 | 830.00 |
| 308 | 34 CHAIRS, 30 TABLE | 4/14/2003 | SL / N/A | 5.0000 | 8,120.00 | 100.0000 | 0.00 | 0.00 | 8,120.00 | 0.00 | 8,120.00 |
| 368 | Atria 3000 | 2/1/2004 | SL / N/A | 5.0000 | 3,016.89 | 100.0000 | 0.00 | 0.00 | 3,016.89 | 0.00 | 3,016.89 |
| 378 | Atria 3000 | 3/12/2004 | SL / N/A | 5.0000 | 2,400.00 | 100.0000 | 0.00 | 0.00 | 2,400.00 | 0.00 | 2,400.00 |
| 495 | Dell projector, cpu and | 3/24/2005 | SL / N/A | 5.0000 | 3,143.95 | 100.0000 | 0.00 | 0.00 | 3,143.95 | 0.00 | 3,143.95 |
| 497 | Dell Projector, cpu and | 10/1/2005 | SL / N/A | 5.0000 | 3,758.11 | 100.0000 | 0.00 | 0.00 | 3,758.11 | 0.00 | 3,758.11 |
| 498 | HP Laserjet printer | 10/5/2005 | SL / N/A | 5.0000 | 1,156.45 | 100.0000 | 0.00 | 0.00 | 1,156.45 | 0.00 | 1,156.45 |
| 500 | vertical file drawer | 12/12/2005 | SL / N/A | 7.0000 | 222.00 | 100.0000 | 0.00 | 0.00 | 222.00 | 0.00 | 222.00 |
| 545 | Bio Safety Cabinet | 3/15/2006 | SL / N/A | 7.0000 | 4,508.75 | 100.0000 | 0.00 | 0.00 | 4,508.75 | 0.00 | 4,508.75 |
| 546 | Projector | 7/3/2006 | SL / N/A | 7.0000 | 245.99 | 100.0000 | 0.00 | 0.00 | 245.99 | 0.00 | 245.99 |
| 547 | Electric Scale | 10/16/2006 | SL / N/A | 7.0000 | 1,275.26 | 100.0000 | 0.00 | 0.00 | 1,275.26 | 0.00 | 1,275.26 |
| 631 | Server | 2/14/2007 | SL / N/A | 5.0000 | 9,275.05 | 100.0000 | 0.00 | 0.00 | 9,275.05 | 0.00 | 9,275.05 |
| 632 | TBU Frx Server | 2/15/2007 | SL / N/A | 5.0000 | 3,228.65 | 100.0000 | 0.00 | 0.00 | 3,228.65 | 0.00 | 3,228.65 |
| 702 | Medical cart w/ key loc | 5/1/2008 | SL / N/A | 5.0000 | 1,097.00 | 100.0000 | 0.00 | 0.00 | 1,097.00 | 0.00 | 1,097.00 |
| 752 | Dell 2400 DLP Projecto | 4/10/2008 | SL / N/A | 5.0000 | 1,129.00 | 100.0000 | 0.00 | 0.00 | 1,129.00 | 0.00 | 1,129.00 |
| 753 | Intructional DVD's | 4/21/2008 | SL / N/A | 5.0000 | 6,825.44 | 100.0000 | 0.00 | 0.00 | 6,825.44 | 0.00 | 6,825.44 |
| 754 | Laerdal - Chester Ches | 4/23/2008 | SL / N/A | 5.0000 | 896.77 | 100.0000 | 0.00 | 0.00 | 896.77 | 0.00 | 896.77 |
| 755 | Dell OptiPlex 755 (desk | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |

Case 20-32558-dwh7   Doc 1   Filed 09/03/20

**PACIFIC EDUCATION CORP D/B/A [0874new tax]**
Financial
## Detail Projection - Depreciation
01/01/2020 - 12/31/2020

Sorted: Class
Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1520E** | | | | | | | | | | | |
| 756 | Dell OptiPlex 755 (des) | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |
| 757 | Dell OptiPlex 755 (des) | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |
| 758 | Dell OptiPlex 755 (des) | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |
| 759 | Dell OptiPlex 755 (des) | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |
| 760 | Dell OptiPlex 755 (des) | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |
| 761 | Dell OptiPlex 755 (des) | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |
| 762 | Dell OptiPlex 755 (des) | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |
| 763 | Dell OptiPlex 755 (des) | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |
| 764 | Dell OptiPlex 755 (des) | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |
| 765 | Dell OptiPlex 755 (des) | 4/27/2008 | SL / N/A | 5.0000 | 1,140.30 | 100.0000 | 0.00 | 0.00 | 1,140.30 | 0.00 | 1,140.30 |
| 765 | Life/form venipuncture | 4/30/2008 | SL / N/A | 5.0000 | 539.00 | 100.0000 | 0.00 | 0.00 | 539.00 | 0.00 | 539.00 |
| 768 | Dell DLP Projector | 5/7/2008 | SL / N/A | 5.0000 | 1,129.00 | 100.0000 | 0.00 | 0.00 | 1,129.00 | 0.00 | 1,129.00 |
| 769 | HP LaserJet P4015n P | 5/7/2008 | SL / N/A | 5.0000 | 1,153.34 | 100.0000 | 0.00 | 0.00 | 1,153.34 | 0.00 | 1,153.34 |
| 770 | Dell OptiPlex 755 (des) | 5/9/2008 | SL / N/A | 5.0000 | 904.70 | 100.0000 | 0.00 | 0.00 | 904.70 | 0.00 | 904.70 |
| 771 | 4 Cherry & Black Evolu | 5/9/2008 | SL / N/A | 7.0000 | 1,554.34 | 100.0000 | 0.00 | 0.00 | 1,554.34 | 0.00 | 1,554.34 |
| 772 | Nursing Manikin, Traini | 4/24/2008 | SL / N/A | 5.0000 | 3,175.47 | 100.0000 | 0.00 | 0.00 | 3,175.47 | 0.00 | 3,175.47 |
| 776 | Student Lab PC | 4/20/2009 | SL / N/A | 5.0000 | 912.61 | 100.0000 | 0.00 | 0.00 | 912.61 | 0.00 | 912.61 |
| 777 | X-Ray Machine | 5/4/2009 | SL / N/A | 5.0000 | 87,567.82 | 100.0000 | 0.00 | 0.00 | 87,567.82 | 0.00 | 87,567.82 |
| 778 | Dell Power Connect Sv | 5/28/2009 | SL / N/A | 5.0000 | 1,502.26 | 100.0000 | 0.00 | 0.00 | 1,502.26 | 0.00 | 1,502.26 |
| 779 | Projectors | 8/1/2009 | SL / N/A | 5.0000 | 1,758.40 | 100.0000 | 0.00 | 0.00 | 1,758.40 | 0.00 | 1,758.40 |
| 780 | Dell Projector | 11/2/2009 | SL / N/A | 5.0000 | 1,036.48 | 100.0000 | 0.00 | 0.00 | 1,036.48 | 0.00 | 1,036.48 |
| 784 | Models | 5/6/2008 | SL / N/A | 5.0000 | 12,081.90 | 100.0000 | 0.00 | 0.00 | 12,081.90 | 0.00 | 12,081.90 |
| 785 | Stretcher basic wheel | 5/20/2008 | SL / N/A | 5.0000 | 898.09 | 100.0000 | 0.00 | 0.00 | 898.09 | 0.00 | 898.09 |
| 786 | Digital Microscopes | 6/15/2008 | SL / N/A | 5.0000 | 1,084.95 | 100.0000 | 0.00 | 0.00 | 1,084.95 | 0.00 | 1,084.95 |
| 787 | Digital Microscope | 6/11/2008 | SL / N/A | 5.0000 | 525.28 | 100.0000 | 0.00 | 0.00 | 525.28 | 0.00 | 525.28 |
| 788 | Dell OptiPlex | 7/27/2008 | SL / N/A | 5.0000 | 4,106.94 | 100.0000 | 0.00 | 0.00 | 4,106.94 | 0.00 | 4,106.94 |
| 822 | Dell Capital Lease - 14! | 5/1/2009 | SL / N/A | 5.0000 | 113,557.00 | 100.0000 | 0.00 | 0.00 | 113,557.00 | 0.00 | 113,557.00 |
| 936 | Dell PowerEdge Server | 3/24/2010 | SL / N/A | 5.0000 | 3,906.70 | 100.0000 | 0.00 | 0.00 | 3,906.70 | 0.00 | 3,906.70 |
| 937 | Dell Ghost Server | 7/30/2010 | SL / N/A | 5.0000 | 3,508.39 | 100.0000 | 0.00 | 0.00 | 3,508.39 | 0.00 | 3,508.39 |
| 938 | Dell Projector | 8/10/2010 | SL / N/A | 5.0000 | 1,215.20 | 100.0000 | 0.00 | 0.00 | 1,215.20 | 0.00 | 1,215.20 |
| 860 | Infusion pump | 3/11/2011 | SL / N/A | 5.0000 | 1,599.44 | 100.0000 | 0.00 | 0.00 | 1,599.44 | 0.00 | 1,599.44 |
| 861 | O.B. Manikin | 4/13/2011 | SL / N/A | 5.0000 | 611.95 | 100.0000 | 0.00 | 0.00 | 611.95 | 0.00 | 611.95 |
| 862 | Laptop storage & charg | 4/22/2011 | SL / N/A | 5.0000 | 732.11 | 100.0000 | 0.00 | 0.00 | 732.11 | 0.00 | 732.11 |
| 863 | Kenavision DGTL SCP | 4/28/2011 | SL / N/A | 5.0000 | 848.95 | 100.0000 | 0.00 | 0.00 | 848.95 | 0.00 | 848.95 |
| 864 | 2 projectors | 6/28/2011 | SL / N/A | 5.0000 | 1,766.44 | 100.0000 | 0.00 | 0.00 | 1,766.44 | 0.00 | 1,766.44 |
| 865 | 6 PCs | 6/29/2011 | SL / N/A | 5.0000 | 4,643.04 | 100.0000 | 0.00 | 0.00 | 4,643.04 | 0.00 | 4,643.04 |
| 877 | Hospital beds | 12/1/2011 | M / HY | 5.0000 | 2,450.00 | 100.0000 | 0.00 | 0.00 | 2,450.00 | 0.00 | 2,450.00 |
| 880 | Dell Projector | 1/19/2012 | SL / N/A | 5.0000 | 974.40 | 100.0000 | 0.00 | 0.00 | 974.40 | 0.00 | 974.40 |
| 881 | Dell Projector | 2/24/2012 | SL / N/A | 5.0000 | 873.00 | 100.0000 | 0.00 | 0.00 | 873.00 | 0.00 | 873.00 |
| 882 | Laerdal Nursing Anne | 10/1/2012 | SL / N/A | 5.0000 | 7,750.46 | 100.0000 | 0.00 | 0.00 | 7,750.46 | 0.00 | 7,750.46 |
| 883 | Infusion pump Medline | 11/1/2012 | SL / N/A | 5.0000 | 2,461.69 | 100.0000 | 0.00 | 0.00 | 2,461.69 | 0.00 | 2,461.69 |
| 884 | Female Skeleton | 11/8/2012 | SL / N/A | 5.0000 | 2,225.00 | 100.0000 | 0.00 | 0.00 | 2,225.00 | 0.00 | 2,225.00 |
| 885 | Server e-Aegis LLC | 10/1/2012 | SL / N/A | 5.0000 | 937.50 | 100.0000 | 0.00 | 0.00 | 937.50 | 0.00 | 937.50 |
| 886 | Hospital Bed | 1/24/2012 | SL / N/A | 5.0000 | 600.00 | 100.0000 | 0.00 | 0.00 | 600.00 | 0.00 | 600.00 |
| 887 | Storage Cart for laptop | 6/28/2012 | SL / N/A | 5.0000 | 698.39 | 100.0000 | 0.00 | 0.00 | 698.39 | 0.00 | 698.39 |
| 888 | X-ray Equip Down Pmt | 7/20/2012 | SL / N/A | 5.0000 | 11,340.00 | 100.0000 | 0.00 | 0.00 | 11,340.00 | 0.00 | 11,340.00 |

**PACIFIC EDUCATION CORP D/B/A [0874new tax]**
Financial
**Detail Projection - Depreciation**
01/01/2020 - 12/31/2020

Sorted: Class
Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1520E** | | | | | | | | | | | |
| 889 | Radiographic Suite | 8/1/2012 | SL / N/A | 5.0000 | 1,890.00 | 100.0000 | 0.00 | 0.00 | 1,890.00 | 0.00 | 1,890.00 |
| 890 | Pump Nursing Supplies | 8/7/2012 | SL / N/A | 5.0000 | 2,461.84 | 100.0000 | 0.00 | 0.00 | 2,461.84 | 0.00 | 2,461.84 |
| 891 | New X-Ray Equipment | 8/15/2012 | SL / N/A | 5.0000 | 5,670.00 | 100.0000 | 0.00 | 0.00 | 5,670.00 | 0.00 | 5,670.00 |
| 892 | Cables | 8/24/2012 | SL / N/A | 5.0000 | 1,500.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 |
| 893 | EKG Machine Medline | 8/29/2012 | SL / N/A | 5.0000 | 4,050.89 | 100.0000 | 0.00 | 0.00 | 4,050.89 | 0.00 | 4,050.89 |
| 894 | Infusion Pump Medline | 9/6/2012 | SL / N/A | 5.0000 | 2,461.69 | 100.0000 | 0.00 | 0.00 | 2,461.69 | 0.00 | 2,461.69 |
| 895 | Catheter System Medli | 9/7/2012 | SL / N/A | 5.0000 | 644.95 | 100.0000 | 0.00 | 0.00 | 644.95 | 0.00 | 644.95 |
| 896 | Medline Supplies | 10/16/2012 | SL / N/A | 5.0000 | 578.92 | 100.0000 | 0.00 | 0.00 | 578.92 | 0.00 | 578.92 |
| 897 | CR 850 System | 11/1/2012 | SL / N/A | 5.0000 | 28,000.00 | 100.0000 | 0.00 | 0.00 | 28,000.00 | 0.00 | 28,000.00 |
| 898 | Lateral Files | 9/13/2012 | SL / N/A | 7.0000 | 768.00 | 100.0000 | 0.00 | 0.00 | 768.00 | 0.00 | 768.00 |
| 899 | Dell Projector | 2/24/2012 | SL / N/A | 5.0000 | 873.00 | 100.0000 | 0.00 | 0.00 | 873.00 | 0.00 | 873.00 |
| 900 | Worktable | 3/13/2012 | SL / N/A | 7.0000 | 750.00 | 100.0000 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 |
| 901 | Cubicles | 12/12/2012 | SL / N/A | 7.0000 | 2,242.00 | 100.0000 | 0.00 | 0.00 | 2,242.00 | 0.00 | 2,242.00 |
| 902 | eAegis Server | 8/10/2012 | SL / N/A | 5.0000 | 6,445.00 | 100.0000 | 0.00 | 0.00 | 6,445.00 | 0.00 | 6,445.00 |
| 903 | Desk, RT Ped 66x30 | 5/17/2012 | SL / N/A | 5.0000 | 554.98 | 100.0000 | 0.00 | 0.00 | 554.98 | 0.00 | 554.98 |
| 904 | eAegis Server | 10/1/2012 | SL / N/A | 5.0000 | 937.50 | 100.0000 | 0.00 | 0.00 | 937.50 | 0.00 | 937.50 |
| 914 | Work Benches | 8/20/2013 | SL / N/A | 5.0000 | 3,251.51 | 100.0000 | 0.00 | 0.00 | 3,251.51 | 0.00 | 3,251.51 |
| 916 | 5 72X30 Complete ben | 8/21/2013 | SL / N/A | 5.0000 | 4,232.89 | 100.0000 | 0.00 | 0.00 | 4,232.89 | 0.00 | 4,232.89 |
| 917 | All-Spec Industries | 9/18/2013 | SL / N/A | 5.0000 | 1,573.83 | 100.0000 | 0.00 | 0.00 | 1,573.83 | 0.00 | 1,573.83 |
| 936 | Dell Processors | 1/6/2014 | M / HY | 5.0000 | 9,217.00 | 100.0000 | 0.00 | 0.00 | 9,217.00 | 0.00 | 9,217.00 |
| 937 | Office Essentials - Equi | 1/17/2014 | M / HY | 3.0000 | 3,660.00 | 100.0000 | 0.00 | 0.00 | 3,660.00 | 0.00 | 3,660.00 |
| 938 | Office Essentials - Equi | 3/18/2014 | M / HY | 3.0000 | 1,900.00 | 100.0000 | 0.00 | 0.00 | 1,900.00 | 0.00 | 1,900.00 |
| 948 | Dell Items | 11/3/2015 | SL / N/A | 5.0000 | 910.48 | 100.0000 | 0.00 | 0.00 | 758.75 | 151.73 | 910.48 |
| 1062 | Laptop LLEAP Instruct | 7/20/2017 | SL / N/A | 5.0000 | 2,131.00 | 100.0000 | 0.00 | 0.00 | 1,029.98 | 426.20 | 1,456.18 |
| 1063 | Nursing Anne (SimPad | 7/25/2017 | SL / N/A | 5.0000 | 5,150.00 | 100.0000 | 0.00 | 0.00 | 2,489.17 | 1,030.00 | 3,519.17 |
| 1064 | Laerdal | 7/27/2017 | SL / N/A | 5.0000 | 2,600.00 | 100.0000 | 0.00 | 0.00 | 1,256.67 | 520.00 | 1,776.67 |
| **Subtotal: 1520E** | | | | | 455,885.98 | | 0.00 | 0.00 | 450,629.07 | 2,127.93 | 452,757.00 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 1520E** | | | | | 455,885.98 | | 0.00 | 0.00 | 450,629.07 | 2,127.93 | 452,757.00 |
| **15200** | | | | | | | | | | | |
| 541 | SRM - Lockers | 2/23/2006 | SL / N/A | 7.0000 | 10,608.00 | 100.0000 | 0.00 | 0.00 | 10,608.00 | 0.00 | 10,608.00 |
| 549 | Pacific Restaurant - Equ | 2/8/2006 | SL / N/A | 7.0000 | 321,056.19 | 100.0000 | 0.00 | 0.00 | 321,056.19 | 0.00 | 321,056.19 |
| 550 | SRM - Furniture Fixture | 2/23/2006 | SL / N/A | 7.0000 | 33,247.88 | 100.0000 | 0.00 | 0.00 | 33,247.88 | 0.00 | 33,247.88 |
| 551 | SRM - Lockers | 2/23/2006 | SL / N/A | 7.0000 | 15,402.77 | 100.0000 | 0.00 | 0.00 | 15,402.77 | 0.00 | 15,402.77 |
| 552 | SRM - Table Tops | 3/14/2006 | SL / N/A | 7.0000 | 2,102.00 | 100.0000 | 0.00 | 0.00 | 2,102.00 | 0.00 | 2,102.00 |
| 553 | SRM - Furniture/Fixture | 3/14/2006 | SL / N/A | 7.0000 | 148.32 | 100.0000 | 0.00 | 0.00 | 148.32 | 0.00 | 148.32 |
| 555 | Mercer Tool Corp - Mis | 3/22/2006 | SL / N/A | 7.0000 | 1,791.00 | 100.0000 | 0.00 | 0.00 | 1,791.00 | 0.00 | 1,791.00 |
| 556 | Sysco - Various Small I | 3/25/2006 | SL / N/A | 7.0000 | 16,546.98 | 100.0000 | 0.00 | 0.00 | 16,546.98 | 0.00 | 16,546.98 |
| 557 | Sysco - Various Small I | 3/30/2006 | SL / N/A | 5.0000 | 419.66 | 100.0000 | 0.00 | 0.00 | 419.66 | 0.00 | 419.66 |
| 558 | Sysco - Various Small E | 3/30/2006 | SL / N/A | 7.0000 | 7,361.87 | 100.0000 | 0.00 | 0.00 | 7,361.87 | 0.00 | 7,361.87 |
| 559 | Sysco Small Kitchen Su | 4/5/2006 | SL / N/A | 7.0000 | 1,857.59 | 100.0000 | 0.00 | 0.00 | 1,857.59 | 0.00 | 1,857.59 |
| 561 | Dell Server | 4/10/2006 | SL / N/A | 7.0000 | 7,259.25 | 100.0000 | 0.00 | 0.00 | 7,259.25 | 0.00 | 7,259.25 |
| 562 | Sysco - Small Kitchen S | 4/11/2006 | SL / N/A | 7.0000 | 812.36 | 100.0000 | 0.00 | 0.00 | 812.36 | 0.00 | 812.36 |
| 563 | Sysco - Misc Kitchen | 4/21/2006 | SL / N/A | 7.0000 | 44,894.37 | 100.0000 | 0.00 | 0.00 | 44,894.37 | 0.00 | 44,894.37 |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

# PACIFIC EDUCATION CORP D/B/A [0874new tax]
Financial
## Detail Projection - Depreciation
01/01/2020 - 12/31/2020

Sorted: Class
Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **15200** | | | | | | | | | | | |
| 564 | Dell - Projector | 6/2/2006 | SL / N/A | 5.0000 | 1,293.30 | 100.0000 | 0.00 | 0.00 | 1,293.30 | 0.00 | 1,293.30 |
| 566 | Sysco - Misc Kitchen | 7/1/2006 | SL / N/A | 7.0000 | 332.58 | 100.0000 | 0.00 | 0.00 | 332.58 | 0.00 | 332.58 |
| 567 | Sysco - Misc Kitchen | 7/10/2006 | SL / N/A | 7.0000 | 1,566.86 | 100.0000 | 0.00 | 0.00 | 1,566.86 | 0.00 | 1,566.86 |
| 568 | Mercer Tool - misc Eq | 8/25/2006 | SL / N/A | 7.0000 | 542.30 | 100.0000 | 0.00 | 0.00 | 542.30 | 0.00 | 542.30 |
| 569 | 3 File Cabinets | 10/5/2006 | SL / N/A | 7.0000 | 394.00 | 100.0000 | 0.00 | 0.00 | 394.00 | 0.00 | 394.00 |
| 570 | Sysco Cake Stands | 11/29/2006 | SL / N/A | 7.0000 | 1,068.42 | 100.0000 | 0.00 | 0.00 | 1,068.42 | 0.00 | 1,068.42 |
| 571 | Sysco - Fryers | 12/29/2006 | SL / N/A | 7.0000 | 355.69 | 100.0000 | 0.00 | 0.00 | 355.69 | 0.00 | 355.69 |
| 633 | Sysco Foods Mold Iron | 1/12/2007 | SL / N/A | 5.0000 | 684.32 | 100.0000 | 0.00 | 0.00 | 684.32 | 0.00 | 684.32 |
| 634 | Sysco Pot Stock with F | 3/30/2007 | SL / N/A | 5.0000 | 940.50 | 100.0000 | 0.00 | 0.00 | 940.50 | 0.00 | 940.50 |
| 635 | Office Depot - furniture | 4/2/2007 | SL / N/A | 5.0000 | 3,531.99 | 100.0000 | 0.00 | 0.00 | 3,531.99 | 0.00 | 3,531.99 |
| 636 | Sysco Foods - Pot Stoc | 5/22/2007 | SL / N/A | 5.0000 | 750.00 | 100.0000 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 |
| 637 | Sysco - 6 Stand Mixers | 5/24/2007 | SL / N/A | 5.0000 | 1,499.94 | 100.0000 | 0.00 | 0.00 | 1,499.94 | 0.00 | 1,499.94 |
| 638 | Sysco - Molds and Coc | 6/5/2007 | SL / N/A | 5.0000 | 1,690.98 | 100.0000 | 0.00 | 0.00 | 1,690.98 | 0.00 | 1,690.98 |
| 640 | Boxer Northwest - Batc | 7/23/2007 | SL / N/A | 5.0000 | 4,125.77 | 100.0000 | 0.00 | 0.00 | 4,125.77 | 0.00 | 4,125.77 |
| 713 | Slicer 12" Manual 120V | 6/1/2008 | SL / N/A | 5.0000 | 1,643.00 | 100.0000 | 0.00 | 0.00 | 1,643.00 | 0.00 | 1,643.00 |
| 715 | Mini Rotating Oven w/ | 12/30/2008 | SL / N/A | 5.0000 | 13,695.00 | 100.0000 | 0.00 | 0.00 | 13,695.00 | 0.00 | 13,695.00 |
| 775 | DLP Projector | 12/2/2009 | SL / N/A | 5.0000 | 1,036.48 | 100.0000 | 0.00 | 0.00 | 1,036.48 | 0.00 | 1,036.48 |
| 781 | Steelcase Commodity | 1/9/2009 | SL / N/A | 5.0000 | 11,859.63 | 100.0000 | 0.00 | 0.00 | 11,859.63 | 0.00 | 11,859.63 |
| 782 | SC522676 JK Microsol | 6/29/2009 | SL / N/A | 5.0000 | 5,382.52 | 100.0000 | 0.00 | 0.00 | 5,382.52 | 0.00 | 5,382.52 |
| 783 | Rolling Board | 7/23/2009 | SL / N/A | 7.0000 | 664.99 | 100.0000 | 0.00 | 0.00 | 664.99 | 0.00 | 664.99 |
| 791 | Solid Door Freezer | 10/1/2009 | SL / N/A | 7.0000 | 3,600.00 | 100.0000 | 0.00 | 0.00 | 3,600.00 | 0.00 | 3,600.00 |
| 792 | Camerons Installations | 12/31/2009 | SL / N/A | 10.0000 | 500.00 | 100.0000 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 |
| 821 | Capital Lease - Dell - 1( | 5/1/2009 | SL / N/A | 5.0000 | 82,230.75 | 100.0000 | 0.00 | 0.00 | 82,230.75 | 0.00 | 82,230.75 |
| 839 | Charbroiler | 12/30/2010 | SL / N/A | 5.0000 | 1,530.00 | 100.0000 | 0.00 | 0.00 | 1,530.00 | 0.00 | 1,530.00 |
| 870 | oor for backroom expai | 3/17/2011 | SL / N/A | 5.0000 | 631.00 | 100.0000 | 0.00 | 0.00 | 631.00 | 0.00 | 631.00 |
| 846 | QNAP Server | 1/13/2015 | SL / N/A | 5.0000 | 2,051.00 | 100.0000 | 0.00 | 0.00 | 2,051.00 | 0.00 | 2,051.00 |
| **Subtotal: 15200** | | | | | 607,109.26 | | 0.00 | 0.00 | 607,109.26 | 0.00 | 607,109.26 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 15200** | | | | | 607,109.26 | | 0.00 | 0.00 | 607,109.26 | 0.00 | 607,109.26 |
| **15200Z** | | | | | | | | | | | |
| 1061 | Dell Networking 48 Por | 3/31/2017 | SL / N/A | 3.0000 | 999.00 | 100.0000 | 0.00 | 0.00 | 915.75 | 83.25 | 999.00 |
| **Subtotal: 15200Z** | | | | | 999.00 | | 0.00 | 0.00 | 915.75 | 83.25 | 999.00 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 15200Z** | | | | | 999.00 | | 0.00 | 0.00 | 915.75 | 83.25 | 999.00 |
| **1521B** | | | | | | | | | | | |
| 381 | Library Furniture | 9/1/2004 | SL / N/A | 7.0000 | 73,638.06 | 100.0000 | 0.00 | 0.00 | 73,638.06 | 0.00 | 73,638.06 |
| 382 | Library Fixtures | 9/1/2004 | SL / N/A | 7.0000 | 13,774.31 | 100.0000 | 0.00 | 0.00 | 13,774.31 | 0.00 | 13,774.31 |
| 966 | Artwork | 1/1/2016 | SL / N/A | 3.0000 | 480.00 | 100.0000 | 0.00 | 0.00 | 480.00 | 0.00 | 480.00 |
| 967 | 39 Bookcases | 1/1/2016 | SL / N/A | 3.0000 | 1,170.00 | 100.0000 | 0.00 | 0.00 | 1,170.00 | 0.00 | 1,170.00 |
| 968 | Bulletin Boards - Large | 1/1/2016 | SL / N/A | 3.0000 | 910.00 | 100.0000 | 0.00 | 0.00 | 910.00 | 0.00 | 910.00 |
| 969 | Bulletin Boards - Small | 1/1/2016 | SL / N/A | 3.0000 | 925.00 | 100.0000 | 0.00 | 0.00 | 925.00 | 0.00 | 925.00 |
| 970 | Doors | 1/1/2016 | SL / N/A | 3.0000 | 225.00 | 100.0000 | 0.00 | 0.00 | 225.00 | 0.00 | 225.00 |
| 971 | Carts - Small | 1/1/2016 | SL / N/A | 3.0000 | 450.00 | 100.0000 | 0.00 | 0.00 | 450.00 | 0.00 | 450.00 |

**PACIFIC EDUCATION CORP D/B/A [0874new tax]**
**Detail Projection - Depreciation**
Financial
01/01/2020 - 12/31/2020

Sorted: Class
Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1521B** | | | | | | | | | | | |
| 972 | Chairs - No Arms | 1/1/2016 | SL / N/A | 3.0000 | 680.00 | 100.0000 | 0.00 | 0.00 | 680.00 | 0.00 | 680.00 |
| 973 | Chairs - Executive | 1/1/2016 | SL / N/A | 3.0000 | 1,125.00 | 100.0000 | 0.00 | 0.00 | 1,125.00 | 0.00 | 1,125.00 |
| 974 | Chairs - Guest | 1/1/2016 | SL / N/A | 3.0000 | 1,150.00 | 100.0000 | 0.00 | 0.00 | 1,150.00 | 0.00 | 1,150.00 |
| 975 | Chairs - Office | 1/1/2016 | SL / N/A | 3.0000 | 3,950.00 | 100.0000 | 0.00 | 0.00 | 3,950.00 | 0.00 | 3,950.00 |
| 976 | Chairs - Stacking | 1/1/2016 | SL / N/A | 3.0000 | 5,800.00 | 100.0000 | 0.00 | 0.00 | 5,800.00 | 0.00 | 5,800.00 |
| 977 | Desks | 1/1/2016 | SL / N/A | 3.0000 | 1,650.00 | 100.0000 | 0.00 | 0.00 | 1,650.00 | 0.00 | 1,650.00 |
| 978 | Drawer | 1/1/2016 | SL / N/A | 3.0000 | 125.00 | 100.0000 | 0.00 | 0.00 | 125.00 | 0.00 | 125.00 |
| 979 | Drawer | 1/1/2016 | SL / N/A | 3.0000 | 1,650.00 | 100.0000 | 0.00 | 0.00 | 1,650.00 | 0.00 | 1,650.00 |
| 980 | Drawer - Fire Proof | 1/1/2016 | SL / N/A | 3.0000 | 300.00 | 100.0000 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 |
| 982 | Track | 1/1/2016 | SL / N/A | 3.0000 | 65.00 | 100.0000 | 0.00 | 0.00 | 65.00 | 0.00 | 65.00 |
| 983 | Track | 1/1/2016 | SL / N/A | 3.0000 | 50.00 | 100.0000 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 |
| 984 | Tables - Breakroom - Ro | 1/1/2016 | SL / N/A | 3.0000 | 240.00 | 100.0000 | 0.00 | 0.00 | 240.00 | 0.00 | 240.00 |
| 986 | Rooms | 1/1/2016 | SL / N/A | 5.0000 | 7,200.00 | 100.0000 | 0.00 | 0.00 | 7,200.00 | 0.00 | 7,200.00 |
| 987 | TV - Samsung 42" Flat | 1/1/2016 | SL / N/A | 5.0000 | 300.00 | 100.0000 | 0.00 | 0.00 | 240.00 | 60.00 | 300.00 |
| 988 | TV Stand | 1/1/2016 | SL / N/A | 3.0000 | 10.00 | 100.0000 | 0.00 | 0.00 | 10.00 | 0.00 | 10.00 |
| 989 | TV's Old | 1/1/2016 | SL / N/A | 3.0000 | 75.00 | 100.0000 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |
| 990 | Upright Refrigerator | 1/1/2016 | SL / N/A | 3.0000 | 50.00 | 100.0000 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 |
| 1001 | Drawer - Fire Proof | 1/1/2016 | SL / N/A | 3.0000 | 1,500.00 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 |
| 1003 | Bulletin Boards - Small | 1/1/2016 | SL / N/A | 3.0000 | 125.00 | 100.0000 | 0.00 | 0.00 | 125.00 | 0.00 | 125.00 |
| 1004 | Chairs Guest | 1/1/2016 | SL / N/A | 3.0000 | 250.00 | 100.0000 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| 1005 | Drawer | 1/1/2016 | SL / N/A | 3.0000 | 100.00 | 100.0000 | 0.00 | 0.00 | 100.00 | 0.00 | 100.00 |
| 1006 | Tables - Breakroom - Ro | 1/1/2016 | SL / N/A | 3.0000 | 240.00 | 100.0000 | 0.00 | 0.00 | 240.00 | 0.00 | 240.00 |
| 1007 | Drawer - Fire Proof | 1/1/2016 | SL / N/A | 3.0000 | 300.00 | 100.0000 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 |
| **Subtotal: 1521B** | | | | | 118,507.37 | | 0.00 | 0.00 | 118,447.37 | 60.00 | 118,507.37 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 1521B** | | | | | 118,507.37 | | 0.00 | 0.00 | 118,447.37 | 60.00 | 118,507.37 |
| **1521C** | | | | | | | | | | | |
| 597 | Lateral Files | 5/22/2004 | SL / N/A | 7.0000 | 234.90 | 100.0000 | 0.00 | 0.00 | 234.90 | 0.00 | 234.90 |
| 371 | Workstations 3rd floor | 9/1/2011 | SL / N/A | 7.0000 | 6,405.00 | 100.0000 | 0.00 | 0.00 | 6,405.00 | 0.00 | 6,405.00 |
| **Subtotal: 1521C** | | | | | 6,639.90 | | 0.00 | 0.00 | 6,639.90 | 0.00 | 6,639.90 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 1521C** | | | | | 6,639.90 | | 0.00 | 0.00 | 6,639.90 | 0.00 | 6,639.90 |
| **1521E** | | | | | | | | | | | |
| 202 | OFFICE FURNITURE, C | 4/29/2002 | SL / N/A | 7.0000 | 5,856.98 | 100.0000 | 0.00 | 0.00 | 5,856.98 | 0.00 | 5,856.98 |
| 203 | 22 TASK CHAIRS | 6/3/2002 | SL / N/A | 7.0000 | 2,750.00 | 100.0000 | 0.00 | 0.00 | 2,750.00 | 0.00 | 2,750.00 |
| 210 | RECEPTION FURNITUI | 6/10/2002 | SL / N/A | 7.0000 | 590.00 | 100.0000 | 0.00 | 0.00 | 590.00 | 0.00 | 590.00 |
| 211 | 15 TABLES,32 CHAIRS | 6/24/2002 | SL / N/A | 5.0000 | 7,196.90 | 100.0000 | 0.00 | 0.00 | 7,196.90 | 0.00 | 7,196.90 |
| 218 | 9,8,11 CHAIRS | 7/29/2002 | SL / N/A | 5.0000 | 4,463.00 | 100.0000 | 0.00 | 0.00 | 4,463.00 | 0.00 | 4,463.00 |
| 219 | DESK, FILE, BC, 4 TAE | 8/12/2002 | SL / N/A | 5.0000 | 1,287.00 | 100.0000 | 0.00 | 0.00 | 1,287.00 | 0.00 | 1,287.00 |
| 220 | 36,4 CHAIRS, TABLES | 9/2/2002 | SL / N/A | 5.0000 | 3,618.03 | 100.0000 | 0.00 | 0.00 | 3,618.03 | 0.00 | 3,618.03 |
| 223 | DESK, 20 TABLES, 2 E | 10/14/2002 | SL / N/A | 5.0000 | 3,120.18 | 100.0000 | 0.00 | 0.00 | 3,120.18 | 0.00 | 3,120.18 |
| 232 | 16 COMP TABLES, 59 | 11/4/2002 | SL / N/A | 5.0000 | 6,983.00 | 100.0000 | 0.00 | 0.00 | 6,983.00 | 0.00 | 6,983.00 |
| 315 | WHITE BOARD, CHAIF | 1/6/2003 | SL / N/A | 5.0000 | 1,140.00 | 100.0000 | 0.00 | 0.00 | 1,140.00 | 0.00 | 1,140.00 |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

**PACIFIC EDUCATION CORP D/B/A [0874new tax]**
Financial
**Detail Projection - Depreciation**
01/01/2020 - 12/31/2020

Sorted: Class
Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1521E** | | | | | | | | | | | |
| 316 | office cubes | 3/31/2003 | SL / N/A | 7.0000 | 10,321.00 | 100.0000 | 0.00 | 0.00 | 10,321.00 | 0.00 | 10,321.00 |
| 317 | 5 wht brds and 2 cabin | 4/7/2003 | SL / N/A | 7.0000 | 1,283.73 | 100.0000 | 0.00 | 0.00 | 1,283.73 | 0.00 | 1,283.73 |
| 318 | CHAIRS | 4/14/2003 | SL / N/A | 5.0000 | 7,980.00 | 100.0000 | 0.00 | 0.00 | 7,980.00 | 0.00 | 7,980.00 |
| 319 | 15 CHAIRS | 4/14/2003 | SL / N/A | 5.0000 | 3,137.00 | 100.0000 | 0.00 | 0.00 | 3,137.00 | 0.00 | 3,137.00 |
| 320 | BOOK CASES AND EX | 4/28/2003 | SL / N/A | 7.0000 | 998.98 | 100.0000 | 0.00 | 0.00 | 998.98 | 0.00 | 998.98 |
| 321 | SIGNS | 5/2/2003 | SL / N/A | 7.0000 | 4,250.00 | 100.0000 | 0.00 | 0.00 | 4,250.00 | 0.00 | 4,250.00 |
| 322 | MICROWAVE, REFRIDI | 5/19/2003 | SL / N/A | 7.0000 | 994.50 | 100.0000 | 0.00 | 0.00 | 994.50 | 0.00 | 994.50 |
| 323 | SIGNS | 7/1/2003 | SL / N/A | 7.0000 | 8,297.20 | 100.0000 | 0.00 | 0.00 | 8,297.20 | 0.00 | 8,297.20 |
| 324 | GUEST CHAIR AND W | 7/7/2003 | SL / N/A | 7.0000 | 619.99 | 100.0000 | 0.00 | 0.00 | 619.99 | 0.00 | 619.99 |
| 343 | 2 LATERAL FILES | 9/8/2003 | SL / N/A | 5.0000 | 1,179.88 | 100.0000 | 0.00 | 0.00 | 1,179.88 | 0.00 | 1,179.88 |
| 344 | 6 HON TABLES | 10/1/2003 | SL / N/A | 5.0000 | 1,392.00 | 100.0000 | 0.00 | 0.00 | 1,392.00 | 0.00 | 1,392.00 |
| 379 | 2 storage cabinets | 2/23/2004 | SL / N/A | 7.0000 | 805.10 | 100.0000 | 0.00 | 0.00 | 805.10 | 0.00 | 805.10 |
| 380 | Lateral File | 2/23/2004 | SL / N/A | 7.0000 | 439.99 | 100.0000 | 0.00 | 0.00 | 439.99 | 0.00 | 439.99 |
| 401 | White board | 2/16/2004 | SL / N/A | 7.0000 | 186.19 | 100.0000 | 0.00 | 0.00 | 186.19 | 0.00 | 186.19 |
| 402 | Folding Tables | 2/16/2004 | SL / N/A | 7.0000 | 5,264.00 | 100.0000 | 0.00 | 0.00 | 5,264.00 | 0.00 | 5,264.00 |
| 403 | Chairs | 3/1/2004 | SL / N/A | 7.0000 | 782.10 | 100.0000 | 0.00 | 0.00 | 782.10 | 0.00 | 782.10 |
| 404 | Chairs | 3/8/2004 | SL / N/A | 7.0000 | 715.78 | 100.0000 | 0.00 | 0.00 | 715.78 | 0.00 | 715.78 |
| 405 | Tables | 3/10/2004 | SL / N/A | 7.0000 | 909.24 | 100.0000 | 0.00 | 0.00 | 909.24 | 0.00 | 909.24 |
| 406 | Chairs | 3/10/2004 | SL / N/A | 7.0000 | 266.70 | 100.0000 | 0.00 | 0.00 | 266.70 | 0.00 | 266.70 |
| 407 | CPU holders | 3/15/2004 | SL / N/A | 7.0000 | 162.00 | 100.0000 | 0.00 | 0.00 | 162.00 | 0.00 | 162.00 |
| 409 | Mail slot organizer | 3/22/2004 | SL / N/A | 7.0000 | 559.98 | 100.0000 | 0.00 | 0.00 | 559.98 | 0.00 | 559.98 |
| 410 | Tables | 3/22/2004 | SL / N/A | 7.0000 | 1,213.38 | 100.0000 | 0.00 | 0.00 | 1,213.38 | 0.00 | 1,213.38 |
| 411 | File Cabinets | 5/10/2004 | SL / N/A | 7.0000 | 338.75 | 100.0000 | 0.00 | 0.00 | 338.75 | 0.00 | 338.75 |
| 413 | Chairs | 9/16/2004 | SL / N/A | 7.0000 | 1,612.32 | 100.0000 | 0.00 | 0.00 | 1,612.32 | 0.00 | 1,612.32 |
| 414 | File Cabinet | 10/25/2004 | SL / N/A | 7.0000 | 210.00 | 100.0000 | 0.00 | 0.00 | 210.00 | 0.00 | 210.00 |
| 415 | Desk | 12/6/2004 | SL / N/A | 7.0000 | 469.99 | 100.0000 | 0.00 | 0.00 | 469.99 | 0.00 | 469.99 |
| 416 | Chairs | 12/9/2004 | SL / N/A | 7.0000 | 589.19 | 100.0000 | 0.00 | 0.00 | 589.19 | 0.00 | 589.19 |
| 573 | Desk/File Cabinet | 11/6/2006 | SL / N/A | 7.0000 | 1,520.00 | 100.0000 | 0.00 | 0.00 | 1,520.00 | 0.00 | 1,520.00 |
| 574 | Desk | 5/1/2006 | SL / N/A | 7.0000 | 400.00 | 100.0000 | 0.00 | 0.00 | 400.00 | 0.00 | 400.00 |
| 575 | File Cabinet | 5/1/2006 | SL / N/A | 7.0000 | 345.68 | 100.0000 | 0.00 | 0.00 | 345.68 | 0.00 | 345.68 |
| 576 | File Cabinet | 5/8/2006 | SL / N/A | 7.0000 | 218.09 | 100.0000 | 0.00 | 0.00 | 218.09 | 0.00 | 218.09 |
| 577 | Vertical File Cabinet | 8/7/2006 | SL / N/A | 7.0000 | 249.49 | 100.0000 | 0.00 | 0.00 | 249.49 | 0.00 | 249.49 |
| 706 | Office Furnishings | 5/29/2008 | SL / N/A | 7.0000 | 14,904.00 | 100.0000 | 0.00 | 0.00 | 14,904.00 | 0.00 | 14,904.00 |
| **Subtotal: 1521E** | | | | | 109,621.34 | | 0.00 | 0.00 | 109,621.34 | 0.00 | 109,621.34 |
| Less dispositions and exchanges: | | | | | 0.00 | | | | 0.00 | 0.00 | 0.00 |
| **Net for: 1521E** | | | | | 109,621.34 | | 0.00 | 0.00 | 109,621.34 | 0.00 | 109,621.34 |
| **1521O** | | | | | | | | | | | |
| 507 | Chairs | 11/21/2005 | SL / N/A | 7.0000 | 1,222.13 | 100.0000 | 0.00 | 0.00 | 1,222.13 | 0.00 | 1,222.13 |
| 508 | Haskin Electric | 11/1/2005 | SL / N/A | 5.0000 | 1,000.00 | 100.0000 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| 578 | Office Furniture | 2/6/2006 | SL / N/A | 7.0000 | 399.58 | 100.0000 | 0.00 | 0.00 | 399.58 | 0.00 | 399.58 |
| 579 | Table/Chairs/Bookcase | 2/6/2006 | SL / N/A | 7.0000 | 1,071.00 | 100.0000 | 0.00 | 0.00 | 1,071.00 | 0.00 | 1,071.00 |
| 580 | Student Store Furniture | 3/21/2006 | SL / N/A | 7.0000 | 1,027.40 | 100.0000 | 0.00 | 0.00 | 1,027.40 | 0.00 | 1,027.40 |
| 581 | File Cabinet | 7/31/2006 | SL / N/A | 7.0000 | 216.99 | 100.0000 | 0.00 | 0.00 | 216.99 | 0.00 | 216.99 |
| 582 | Sysco Equipment | 12/13/2006 | SL / N/A | 7.0000 | 916.69 | 100.0000 | 0.00 | 0.00 | 916.69 | 0.00 | 916.69 |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

93-0852811
01/01/2019 - 12/31/2019

6/16/2020
2:30:05PM

PACIFIC EDUCATION CORP D/B/A [0874new tax]
Financial
Detail Projection - Depreciation
01/01/2020 - 12/31/2020

Sorted: Class
Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1521O** | | | | | | | | | | | |
| 643 | Sysco Foods - Kit for sl | 1/12/2007 | SL / N/A | 5.0000 | 278.22 | 100.0000 | 0.00 | 0.00 | 278.22 | 0.00 | 278.22 |
| 644 | Office Depot - Printer | 5/18/2007 | SL / N/A | 5.0000 | 595.97 | 100.0000 | 0.00 | 0.00 | 595.97 | 0.00 | 595.97 |
| 645 | 5 drawer file cabinet F/ | 6/4/2007 | SL / N/A | 5.0000 | 200.00 | 100.0000 | 0.00 | 0.00 | 200.00 | 0.00 | 200.00 |
| 796 | Solid Door | 2/18/2009 | SL / N/A | 7.0000 | 2,745.00 | 100.0000 | 0.00 | 0.00 | 2,745.00 | 0.00 | 2,745.00 |
| 927 | Everest Reach in Refrig | 4/23/2013 | SL / N/A | 7.0000 | 2,921.13 | 100.0000 | 0.00 | 0.00 | 2,782.00 | 139.13 | 2,921.13 |
| 928 | 2 Door Pizza Prep Tabl | 5/16/2013 | SL / N/A | 7.0000 | 2,914.68 | 100.0000 | 0.00 | 0.00 | 2,775.87 | 138.81 | 2,914.68 |
| 939 | All Office Furniture - 12 | 1/3/2014 | M / HY | 7.0000 | 8,083.00 | 100.0000 | 0.00 | 0.00 | 7,541.96 | 360.69 | 7,902.65 |
| 1074 | Stainless Steel Work Ta | 1/3/2019 | SL / N/A | 7.0000 | 757.93 | 100.0000 | 0.00 | 0.00 | 108.28 | 108.28 | 216.56 |
| **Subtotal: 1521O** | | | | | 24,349.72 | | 0.00 | 0.00 | 22,881.09 | 746.91 | 23,628.00 |
| Less dispositions and exchanges: | | | | | 0.00 | | | | | | 0.00 |
| **Net for: 1521O** | | | | | 24,349.72 | | 0.00 | 0.00 | 22,881.09 | 746.91 | 23,628.00 |
| **1550B** | | | | | | | | | | | |
| 1052 | CDI - Rack Mount Serv | 9/23/2015 | SL / N/A | 5.0000 | 4,755.55 | 100.0000 | 0.00 | 0.00 | 4,042.22 | 713.33 | 4,755.55 |
| **Subtotal: 1550B** | | | | | 4,755.55 | | 0.00 | 0.00 | 4,042.22 | 713.33 | 4,755.55 |
| Less dispositions and exchanges: | | | | | 0.00 | | | | | | 0.00 |
| **Net for: 1550B** | | | | | 4,755.55 | | 0.00 | 0.00 | 4,042.22 | 713.33 | 4,755.55 |
| **1550C** | | | | | | | | | | | |
| 748 | Dell PowerEdge Server | 7/18/2008 | SL / N/A | 5.0000 | 9,914.80 | 100.0000 | 0.00 | 0.00 | 9,914.80 | 0.00 | 9,914.80 |
| 749 | Dell Power Vault LTO-4 | 8/31/2008 | SL / N/A | 5.0000 | 3,696.55 | 100.0000 | 0.00 | 0.00 | 3,696.55 | 0.00 | 3,696.55 |
| 805 | HP Procurve Switch | 12/17/2009 | SL / N/A | 5.0000 | 5,125.00 | 100.0000 | 0.00 | 0.00 | 5,125.00 | 0.00 | 5,125.00 |
| 813 | Video Conferencing Sy | 8/1/2009 | SL / N/A | 5.0000 | 10,169.00 | 100.0000 | 0.00 | 0.00 | 10,169.00 | 0.00 | 10,169.00 |
| 814 | 55" TV | 8/6/2009 | SL / N/A | 5.0000 | 1,978.00 | 100.0000 | 0.00 | 0.00 | 1,978.00 | 0.00 | 1,978.00 |
| 815 | Hypercom Visa Machi | 10/28/2009 | SL / N/A | 5.0000 | 1,000.00 | 100.0000 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| 845 | Laptop | 7/17/2015 | SL / N/A | 5.0000 | 999.00 | 100.0000 | 0.00 | 0.00 | 882.45 | 116.55 | 999.00 |
| 860 | Best Buy - Equipment | 5/18/2016 | SL / N/A | 5.0000 | 1,105.98 | 100.0000 | 0.00 | 0.00 | 792.63 | 221.20 | 1,013.83 |
| 1057 | Dell - Inspiron 15 5000 | 3/7/2017 | SL / N/A | 5.0000 | 875.00 | 100.0000 | 0.00 | 0.00 | 826.40 | 48.60 | 875.00 |
| 1058 | Costco - Laptop | 8/3/2017 | SL / N/A | 3.0000 | 715.00 | 100.0000 | 0.00 | 0.00 | 575.96 | 139.04 | 715.00 |
| **Subtotal: 1550C** | | | | | 35,578.33 | | 0.00 | 0.00 | 34,960.79 | 525.39 | 35,486.18 |
| Less dispositions and exchanges: | | | | | 0.00 | | | | | | 0.00 |
| **Net for: 1550C** | | | | | 35,578.33 | | 0.00 | 0.00 | 34,960.79 | 525.39 | 35,486.18 |
| **1550E** | | | | | | | | | | | |
| 303 | mailbox | 4/30/2003 | SL / N/A | 5.0000 | 629.00 | 100.0000 | 0.00 | 0.00 | 629.00 | 0.00 | 629.00 |
| 518 | HP Lazer Printer | 1/12/2005 | SL / N/A | 5.0000 | 455.00 | 100.0000 | 0.00 | 0.00 | 455.00 | 0.00 | 455.00 |
| 521 | HP Lazer Printers | 1/12/2005 | SL / N/A | 5.0000 | 918.00 | 100.0000 | 0.00 | 0.00 | 918.00 | 0.00 | 918.00 |
| 523 | 4 drawer lateral cabinet, | 9/1/2005 | M / HY | 7.0000 | 732.00 | 100.0000 | 0.00 | 0.00 | 732.00 | 0.00 | 732.00 |
| 525 | 4210 Rack system | 10/4/2005 | SL / N/A | 5.0000 | 1,708.54 | 100.0000 | 0.00 | 0.00 | 1,708.54 | 0.00 | 1,708.54 |
| 603 | Dell - Color Printer | 11/7/2006 | SL / N/A | 5.0000 | 521.36 | 100.0000 | 0.00 | 0.00 | 521.36 | 0.00 | 521.36 |
| 670 | Dell color scanner | 1/7/2007 | SL / N/A | 5.0000 | 554.36 | 100.0000 | 0.00 | 0.00 | 554.36 | 0.00 | 554.36 |
| 671 | TechDepot printer and | 10/1/2007 | SL / N/A | 5.0000 | 1,231.09 | 100.0000 | 0.00 | 0.00 | 1,231.09 | 0.00 | 1,231.09 |
| 672 | Toshiba dvd/vcr combc | 10/16/2007 | SL / N/A | 5.0000 | 199.99 | 100.0000 | 0.00 | 0.00 | 199.99 | 0.00 | 199.99 |
| 673 | TechDepot HP laserjet | 11/14/2007 | SL / N/A | 5.0000 | 1,313.59 | 100.0000 | 0.00 | 0.00 | 1,313.59 | 0.00 | 1,313.59 |

Case 20-32558-dwh7   Doc 1   Filed 09/03/20

# PACIFIC EDUCATION CORP D/B/A [0874new tax]
## Detail Projection - Depreciation
Financial
01/01/2020 - 12/31/2020

Sorted: Class
Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1550E** | | | | | | | | | | | |
| 674 | Tech Depot Kingston M | 12/20/2007 | SL / N/A | 5.0000 | 12.75 | 100.0000 | 0.00 | 0.00 | 12.75 | 0.00 | 12.75 |
| 675 | Tech Depot - HP laser j | 12/21/2007 | SL / N/A | 5.0000 | 1,218.46 | 100.0000 | 0.00 | 0.00 | 1,218.46 | 0.00 | 1,218.46 |
| 718 | Stack 48Pt PEO RJ45, | 5/1/2008 | SL / N/A | 5.0000 | 9,388.00 | 100.0000 | 0.00 | 0.00 | 9,388.00 | 0.00 | 9,388.00 |
| 719 | Support Network Band | 5/1/2008 | SL / N/A | 5.0000 | 4,611.75 | 100.0000 | 0.00 | 0.00 | 4,611.75 | 0.00 | 4,611.75 |
| 720 | Office Furniture - Chair | 5/14/2008 | SL / N/A | 7.0000 | 3,170.00 | 100.0000 | 0.00 | 0.00 | 3,170.00 | 0.00 | 3,170.00 |
| 721 | Dell Poweredge Server | 7/18/2008 | SL / N/A | 5.0000 | 9,914.80 | 100.0000 | 0.00 | 0.00 | 9,914.80 | 0.00 | 9,914.80 |
| 722 | Dell Power Vault LTO-4 | 8/31/2008 | SL / N/A | 5.0000 | 3,696.55 | 100.0000 | 0.00 | 0.00 | 3,696.55 | 0.00 | 3,696.55 |
| 723 | Dell OptiPlex 755 (desk | 10/8/2008 | SL / N/A | 5.0000 | 1,489.70 | 100.0000 | 0.00 | 0.00 | 1,489.70 | 0.00 | 1,489.70 |
| 816 | Video Conferencing Sy | 8/1/2009 | SL / N/A | 5.0000 | 10,169.00 | 100.0000 | 0.00 | 0.00 | 10,169.00 | 0.00 | 10,169.00 |
| 817 | 55' TV | 8/6/2009 | SL / N/A | 5.0000 | 1,978.00 | 100.0000 | 0.00 | 0.00 | 1,978.00 | 0.00 | 1,978.00 |
| 818 | Hypercom Visa Machi | 10/28/2009 | SL / N/A | 5.0000 | 1,000.00 | 100.0000 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| 845 | HP Procure Switch | 1/14/2010 | SL / N/A | 5.0000 | 2,895.00 | 100.0000 | 0.00 | 0.00 | 2,895.00 | 0.00 | 2,895.00 |
| 846 | Dell OptiPlex | 8/1/2010 | SL / N/A | 5.0000 | 1,595.68 | 100.0000 | 0.00 | 0.00 | 1,595.68 | 0.00 | 1,595.68 |
| 852 | computers | 12/31/2010 | M / HY | 5.0000 | 0.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 905 | Server | 1/14/2013 | SL / N/A | 5.0000 | 1,894.00 | 100.0000 | 0.00 | 0.00 | 1,894.00 | 0.00 | 1,894.00 |
| **Subtotal: 1550E** | | | | | 61,296.62 | | 0.00 | 0.00 | 61,296.62 | 0.00 | 61,296.62 |
| Less dispositions and exchanges: | | | | | 0.00 | | | | 0.00 | | |
| **Net for: 1550E** | | | | | 61,296.62 | | 0.00 | 0.00 | 61,296.62 | 0.00 | 61,296.62 |
| **1550O** | | | | | | | | | | | |
| 527 | 3 two a file, 3 worktab | 12/12/2005 | SL / N/A | 7.0000 | 2,292.96 | 100.0000 | 0.00 | 0.00 | 2,292.96 | 0.00 | 2,292.96 |
| 605 | Intel Server Package | 3/20/2006 | SL / N/A | 5.0000 | 3,150.00 | 100.0000 | 0.00 | 0.00 | 3,150.00 | 0.00 | 3,150.00 |
| 606 | Office Furniture | 9/27/2006 | SL / N/A | 5.0000 | 365.00 | 100.0000 | 0.00 | 0.00 | 365.00 | 0.00 | 365.00 |
| 607 | Dell Color Scanner | 11/7/2006 | SL / N/A | 5.0000 | 521.31 | 100.0000 | 0.00 | 0.00 | 521.31 | 0.00 | 521.31 |
| 608 | Labor, Data | 11/28/2006 | SL / N/A | 5.0000 | 75.00 | 100.0000 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |
| 609 | ID Card System | 12/31/2006 | SL / N/A | 5.0000 | 1,555.00 | 100.0000 | 0.00 | 0.00 | 1,555.00 | 0.00 | 1,555.00 |
| 676 | Pavelcomm 2-line displ | 4/17/2007 | SL / N/A | 5.0000 | 752.46 | 100.0000 | 0.00 | 0.00 | 752.46 | 0.00 | 752.46 |
| 706 | HP Procure Switch | 12/22/2009 | SL / N/A | 5.0000 | 3,050.00 | 100.0000 | 0.00 | 0.00 | 3,050.00 | 0.00 | 3,050.00 |
| 848 | Digital Camera | 8/6/2010 | SL / N/A | 7.0000 | 1,298.94 | 100.0000 | 0.00 | 0.00 | 1,298.94 | 0.00 | 1,298.94 |
| 866 | Hobart slicing machine | 4/13/2011 | SL / N/A | 5.0000 | 1,200.00 | 100.0000 | 0.00 | 0.00 | 1,200.00 | 0.00 | 1,200.00 |
| 867 | 2 3 seater- with center | 7/20/2011 | SL / N/A | 7.0000 | 1,927.64 | 100.0000 | 0.00 | 0.00 | 1,927.64 | 0.00 | 1,927.64 |
| 868 | Receptions work area | 7/20/2011 | SL / N/A | 7.0000 | 7,932.02 | 100.0000 | 0.00 | 0.00 | 7,932.02 | 0.00 | 7,932.02 |
| 869 | partition materials | 1/21/2011 | SL / N/A | 7.0000 | 1,873.00 | 100.0000 | 0.00 | 0.00 | 1,873.00 | 0.00 | 1,873.00 |
| 872 | Com IPad APL 64GM3 | 4/11/2011 | SL / N/A | 3.0000 | 529.00 | 100.0000 | 0.00 | 0.00 | 529.00 | 0.00 | 529.00 |
| 873 | magicard camera | 6/20/2011 | SL / N/A | 5.0000 | 2,899.35 | 100.0000 | 0.00 | 0.00 | 2,899.35 | 0.00 | 2,899.35 |
| 874 | IPad 2 Wi-Fi | 10/26/2011 | SL / N/A | 3.0000 | 1,006.00 | 100.0000 | 0.00 | 0.00 | 1,006.00 | 0.00 | 1,006.00 |
| 875 | new water heater | 3/11/2011 | SL / N/A | 5.0000 | 10,610.00 | 100.0000 | 0.00 | 0.00 | 10,610.00 | 0.00 | 10,610.00 |
| 906 | iPad 2 Wi-FI | 6/24/2013 | SL / N/A | 5.0000 | 1,834.85 | 100.0000 | 0.00 | 0.00 | 1,834.85 | 0.00 | 1,834.85 |
| 933 | Pacific Office - Digital C | 1/28/2014 | SL / N/A | 3.0000 | 11,250.00 | 100.0000 | 0.00 | 0.00 | 11,250.00 | 0.00 | 11,250.00 |
| **Subtotal: 1550O** | | | | | 54,122.53 | | 0.00 | 0.00 | 54,122.53 | 0.00 | 54,122.53 |
| Less dispositions and exchanges: | | | | | 0.00 | | | | 0.00 | | |
| **Net for: 1550O** | | | | | 54,122.53 | | 0.00 | 0.00 | 54,122.53 | 0.00 | 54,122.53 |
| **1550Z** | | | | | | | | | | | |
| 823 | Dell PowerEdge Server | 3/24/2010 | SL / N/A | 5.0000 | 3,906.70 | 100.0000 | 0.00 | 0.00 | 3,906.70 | 0.00 | 3,906.70 |

Case 20-32558-dwh7    Doc 1    Filed 09/03/20

**PACIFIC EDUCATION CORP D/B/A [0874new tax]**
Financial
**Detail Projection - Depreciation**
01/01/2020 - 12/31/2020

Sorted: Class
Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1550Z** | | | | | | | | | | | |
| 832 | Dell PowerEdge Server | 3/24/2010 | SL / N/A | 5.0000 | 3,906.70 | 100.0000 | 0.00 | 0.00 | 3,906.70 | 0.00 | 3,906.70 |
| **Subtotal: 1550Z** | | | | | 7,813.40 | | 0.00 | 0.00 | 7,813.40 | 0.00 | 7,813.40 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 1550Z** | | | | | 7,813.40 | | 0.00 | 0.00 | 7,813.40 | 0.00 | 7,813.40 |
| **1580B** | | | | | | | | | | | |
| 953 | Ind. Comm. - Data Cab | 8/20/2015 | SL / N/A | 10.0000 | 3,245.95 | 100.0000 | 0.00 | 0.00 | 1,406.60 | 324.60 | 1,731.20 |
| 954 | Ind. Comm. - Reomval | 8/20/2015 | SL / N/A | 10.0000 | 3,245.95 | 100.0000 | 0.00 | 0.00 | 1,406.60 | 324.60 | 1,731.20 |
| 955 | ScanlanKemperBard C | 9/3/2015 | SL / N/A | 10.0000 | 6,842.50 | 100.0000 | 0.00 | 0.00 | 2,965.08 | 684.25 | 3,649.33 |
| 956 | Ind. Comm. - Additions | 10/7/2015 | SL / N/A | 10.0000 | 1,964.12 | 100.0000 | 0.00 | 0.00 | 834.74 | 196.41 | 1,031.15 |
| 957 | Oregon Contract Floori | 5/18/2016 | SL / N/A | 10.0000 | 3,985.00 | 100.0000 | 0.00 | 0.00 | 1,427.96 | 398.50 | 1,826.46 |
| 958 | Willamette Electric | 5/13/2016 | SL / N/A | 10.0000 | 1,275.00 | 100.0000 | 0.00 | 0.00 | 467.50 | 127.50 | 595.00 |
| 1070 | Circutry and Connectio | 5/21/2018 | SL / N/A | 15.0000 | 1,845.00 | 100.0000 | 0.00 | 0.00 | 194.75 | 123.00 | 317.75 |
| 1071 | Set of Ilum. Letter and | 5/25/2018 | SL / N/A | 15.0000 | 10,762.00 | 100.0000 | 0.00 | 0.00 | 1,135.99 | 717.47 | 1,853.46 |
| 1072 | Outlet added and Floor | 11/26/2018 | SL / N/A | 15.0000 | 1,093.00 | 100.0000 | 0.00 | 0.00 | 78.94 | 72.87 | 151.81 |
| **Subtotal: 1580B** | | | | | 34,258.52 | | 0.00 | 0.00 | 9,918.16 | 2,969.20 | 12,887.36 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 1580B** | | | | | 34,258.52 | | 0.00 | 0.00 | 9,918.16 | 2,969.20 | 12,887.36 |
| **1580E** | | | | | | | | | | | |
| 158 | ARCHITECT FEES | 5/31/2002 | SL / N/A | 10.0000 | 2,524.39 | 100.0000 | 0.00 | 0.00 | 2,524.39 | 0.00 | 2,524.39 |
| 201 | ARCITECT FEES | 7/30/2002 | SL / N/A | 10.0000 | 1,803.89 | 100.0000 | 0.00 | 0.00 | 1,803.89 | 0.00 | 1,803.89 |
| 298 | DATA CABLING | 3/1/2003 | SL / N/A | 9.0000 | 29,529.54 | 100.0000 | 0.00 | 0.00 | 29,529.54 | 0.00 | 29,529.54 |
| 457 | Labor and materials to | 12/9/2004 | SL / N/A | 8.0000 | 3,680.00 | 100.0000 | 0.00 | 0.00 | 3,680.00 | 0.00 | 3,680.00 |
| 458 | Telephone upgrade | 12/14/2004 | SL / N/A | 8.0000 | 817.00 | 100.0000 | 0.00 | 0.00 | 817.00 | 0.00 | 817.00 |
| 632 | Install Power & Data Cl | 10/17/2005 | SL / N/A | 7.5000 | 7,115.00 | 100.0000 | 0.00 | 0.00 | 7,115.00 | 0.00 | 7,115.00 |
| 614 | Cabinets | 5/31/2006 | SL / N/A | 7.0000 | 9,382.00 | 100.0000 | 0.00 | 0.00 | 9,382.00 | 0.00 | 9,382.00 |
| 615 | Alarm Monitoring | 10/3/2006 | SL / N/A | 7.0000 | 90.00 | 100.0000 | 0.00 | 0.00 | 90.00 | 0.00 | 90.00 |
| 881 | Chambers Developmer | 1/29/2007 | SL / N/A | 6.0000 | 3,085.50 | 100.0000 | 0.00 | 0.00 | 3,085.50 | 0.00 | 3,085.50 |
| 891 | Integrated X-Ray (Archi | 2/1/2008 | SL / N/A | 10.0000 | 820.00 | 100.0000 | 0.00 | 0.00 | 820.00 | 0.00 | 820.00 |
| 693 | Electrical wiring for net | 3/31/2008 | SL / N/A | 6.0000 | 20,410.00 | 100.0000 | 0.00 | 0.00 | 20,410.00 | 0.00 | 20,410.00 |
| 726 | Windows for X-ray area | 4/6/2008 | SL / N/A | 10.0000 | 3,607.34 | 100.0000 | 0.00 | 0.00 | 3,607.34 | 0.00 | 3,607.34 |
| 747 | Door signs for Springfi | 5/12/2008 | SL / N/A | 7.0000 | 548.05 | 100.0000 | 0.00 | 0.00 | 548.05 | 0.00 | 548.05 |
| 751 | Phone system (Springfi | 5/20/2008 | SL / N/A | 5.0000 | 1,305.25 | 100.0000 | 0.00 | 0.00 | 1,305.25 | 0.00 | 1,305.25 |
| 850 | New Wall Construction | 6/28/2010 | SL / N/A | 15.0000 | 5,997.00 | 100.0000 | 0.00 | 0.00 | 3,798.10 | 399.80 | 4,197.90 |
| **Subtotal: 1580E** | | | | | 90,714.96 | | 0.00 | 0.00 | 88,516.06 | 399.80 | 88,915.86 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 1580E** | | | | | 90,714.96 | | 0.00 | 0.00 | 88,516.06 | 399.80 | 88,915.86 |
| **1580O** | | | | | | | | | | | |
| 533 | SRM Architecture and | 10/31/2005 | SL / N/A | 2.0000 | 2,046.00 | 100.0000 | 0.00 | 0.00 | 2,046.00 | 0.00 | 2,046.00 |
| 534 | Pavelcomm, Inc. | 11/2/2005 | SL / N/A | 2.0000 | 20,503.93 | 100.0000 | 0.00 | 0.00 | 20,503.93 | 0.00 | 20,503.93 |
| 535 | architectural and consu | 11/22/2005 | SL / N/A | 2.0000 | 917.80 | 100.0000 | 0.00 | 0.00 | 917.80 | 0.00 | 917.80 |
| 536 | Sign-fixtures | 12/28/2005 | SL / N/A | 2.0000 | 575.00 | 100.0000 | 0.00 | 0.00 | 575.00 | 0.00 | 575.00 |

Case 20-32558-dwh7     Doc 1     Filed 09/03/20

**PACIFIC EDUCATION CORP D/B/A [0874new tax]**
**Detail Projection - Depreciation**
Financial
01/01/2020 - 12/31/2020

Sorted: Class

Fully Depreciated Assets Included on Report

| System No. | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1580O** | | | | | | | | | | | |
| 616 | SRM Architecture Serv | 2/23/2006 | SL / N/A | 5.0000 | 39,933.97 | 100.0000 | 0.00 | 0.00 | 39,933.97 | 0.00 | 39,933.97 |
| 617 | Fire Equipment | 4/3/2006 | SL / N/A | 4.8300 | 6,411.05 | 100.0000 | 0.00 | 0.00 | 6,411.05 | 0.00 | 6,411.05 |
| 618 | Ariott - Construction | 4/10/2006 | SL / N/A | 4.8300 | 4,950.00 | 100.0000 | 0.00 | 0.00 | 4,950.00 | 0.00 | 4,950.00 |
| 619 | Pavelcomm | 4/19/2006 | SL / N/A | 4.8300 | 5,616.15 | 100.0000 | 0.00 | 0.00 | 5,616.15 | 0.00 | 5,616.15 |
| 620 | Universal Fire Equipme | 4/28/2006 | SL / N/A | 4.8300 | 187.50 | 100.0000 | 0.00 | 0.00 | 187.50 | 0.00 | 187.50 |
| 621 | Carbocharger | 5/3/2006 | SL / N/A | 4.7500 | 384.39 | 100.0000 | 0.00 | 0.00 | 384.39 | 0.00 | 384.39 |
| 622 | Atlas - Circuitry | 7/31/2006 | SL / N/A | 4.5800 | 497.00 | 100.0000 | 0.00 | 0.00 | 497.00 | 0.00 | 497.00 |
| 626 | Sage Contractors | 4/12/2006 | SL / N/A | 4.8300 | 193,862.00 | 100.0000 | 0.00 | 0.00 | 193,862.00 | 0.00 | 193,862.00 |
| 682 | SRM Architecture dinir | 1/1/2007 | SL / N/A | 4.0000 | 3,591.95 | 100.0000 | 0.00 | 0.00 | 3,591.95 | 0.00 | 3,591.95 |
| 683 | Pacific Window Tinting | 1/2/2007 | SL / N/A | 4.0000 | 1,250.00 | 100.0000 | 0.00 | 0.00 | 1,250.00 | 0.00 | 1,250.00 |
| 684 | Pavelcomm - faceplate, | 3/6/2007 | SL / N/A | 4.0000 | 318.61 | 100.0000 | 0.00 | 0.00 | 318.61 | 0.00 | 318.61 |
| 685 | Pavelcomm - installatio | 4/18/2007 | SL / N/A | 4.0000 | 1,410.85 | 100.0000 | 0.00 | 0.00 | 1,410.85 | 0.00 | 1,410.85 |
| 687 | Pavelcomm - T-1 install | 8/12/2008 | SL / N/A | 6.0000 | 4,531.60 | 100.0000 | 0.00 | 0.00 | 4,531.60 | 0.00 | 4,531.60 |
| 688 | Bathroom flooring, carp | 8/12/2008 | SL / N/A | 4.7500 | 12,967.00 | 100.0000 | 0.00 | 0.00 | 12,967.00 | 0.00 | 12,967.00 |
| 689 | 2 Gas Furnaces | 11/1/2008 | SL / N/A | 10.0000 | 6,250.00 | 100.0000 | 0.00 | 0.00 | 6,250.00 | 0.00 | 6,250.00 |
| 690 | Storefront window | 12/31/2008 | SL / N/A | 7.0000 | 1,564.00 | 100.0000 | 0.00 | 0.00 | 1,564.00 | 0.00 | 1,564.00 |
| 851 | Various Building Impro | 6/23/2010 | SL / N/A | 15.0000 | 7,266.00 | 100.0000 | 0.00 | 0.00 | 4,601.80 | 484.40 | 5,086.20 |
| 908 | PO10321 New Space c | 11/19/2013 | SL / N/A | 15.0000 | 4,878.59 | 100.0000 | 0.00 | 0.00 | 1,978.54 | 325.24 | 2,303.78 |
| 931 | Wifi Antenna | 12/26/2013 | SL / N/A | 3.0000 | 1,895.00 | 100.0000 | 0.00 | 0.00 | 1,895.00 | 0.00 | 1,895.00 |
| 932 | Phillips Electronics | 1/1/2014 | SL / N/A | 6.0000 | 8,654.00 | 100.0000 | 0.00 | 0.00 | 8,654.00 | 0.00 | 8,654.00 |
| 1066 | Security System hardw | 8/23/2018 | SL / N/A | 15.0000 | 2,906.00 | 100.0000 | 0.00 | 0.00 | 258.31 | 193.73 | 452.04 |
| 1067 | Whitelock Reclass from | 12/31/2018 | SL / N/A | 15.0000 | 1,464.80 | 100.0000 | 0.00 | 0.00 | 97.65 | 97.65 | 195.30 |
| 1068 | Whitelock DTD Reclass | 12/31/2018 | SL / N/A | 15.0000 | 1,776.00 | 100.0000 | 0.00 | 0.00 | 118.40 | 118.40 | 236.80 |
| 1076 | Remove old and install | 1/10/2018 | SL / N/A | 15.0000 | 8,260.00 | 100.0000 | 0.00 | 0.00 | 1,101.34 | 550.67 | 1,652.01 |
| 1077 | Fix water damage on rc | 2/5/2018 | SL / N/A | 15.0000 | 548.00 | 100.0000 | 0.00 | 0.00 | 70.02 | 36.53 | 106.55 |
| 1078 | complete tankless wate | 3/27/2018 | SL / N/A | 15.0000 | 361.00 | 100.0000 | 0.00 | 0.00 | 42.12 | 24.07 | 66.19 |
| 1079 | data cable and surveille | 9/17/2018 | SL / N/A | 15.0000 | 2,566.08 | 100.0000 | 0.00 | 0.00 | 213.84 | 171.07 | 384.91 |
| **Subtotal: 1580O** | | | | | 348,344.27 | | 0.00 | 0.00 | 326,799.82 | 2,001.76 | 328,801.58 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 1580O** | | | | | 348,344.27 | | 0.00 | 0.00 | 326,799.82 | 2,001.76 | 328,801.58 |
| **1581E** | | | | | | | | | | | |
| 540 | Permit for parking char | 10/27/2005 | SL / N/A | 4.2500 | 3,790.75 | 100.0000 | 0.00 | 0.00 | 3,790.75 | 0.00 | 3,790.75 |
| 623 | Engineering Services | 1/31/2006 | SL / N/A | 4.0000 | 243.75 | 100.0000 | 0.00 | 0.00 | 243.75 | 0.00 | 243.75 |
| 624 | H2O Contractors - L/H | 2/20/2006 | SL / N/A | 4.0000 | 6,959.80 | 100.0000 | 0.00 | 0.00 | 6,959.80 | 0.00 | 6,959.80 |
| 625 | Engineering Services | 1/31/2006 | SL / N/A | 4.0000 | 202.00 | 100.0000 | 0.00 | 0.00 | 202.00 | 0.00 | 202.00 |
| **Subtotal: 1581E** | | | | | 11,196.30 | | 0.00 | 0.00 | 11,196.30 | 0.00 | 11,196.30 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: 1581E** | | | | | 11,196.30 | | 0.00 | 0.00 | 11,196.30 | 0.00 | 11,196.30 |
| **Subtotal:** | | | | | 2,350,139.63 | | 0.00 | 0.00 | 2,278,244.34 | 21,454.84 | 2,299,699.18 |
| Less dispositions and exchanges: | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Grand Totals:** | | | | | 2,350,139.63 | | 0.00 | 0.00 | 2,278,244.34 | 21,454.84 | 2,299,699.18 |

Case 20-32558-dwh7   Doc 1   Filed 09/03/20

| Domain Name | Status | Expiration Date | Auto-renew | Lock |
|---|---|---|---|---|
| OREGONCHEFS.COM | Active | 3/4/2021 | Off | Locked |
| OREGONCOLLEGE.ORG | Active | 3/4/2021 | Off | Locked |
| OREGONCOLLEGESEARCH.COM | Active | 3/4/2021 | Off | Locked |
| oregonculinary.education | Active | 5/18/2022 | Off | Locked |
| oregonculinary.institute | Active | 5/18/2021 | Off | Locked |
| oregonculinary.school | Active | 5/18/2021 | Off | Locked |
| oregonculinary.training | Active | 5/18/2021 | Off | Locked |
| OREGONCULINARYARTS.COM | Active | 3/4/2021 | Off | Locked |
| oregonculinaryinstitute.com | Active | 11/8/2020 | Off | Locked |
| oregonculinaryinstitute.net | Active | 5/18/2021 | Off | Locked |
| oregonhci.com | Active | 12/5/2020 | Off | Locked |
| oregonhci.net | Active | 12/5/2020 | Off | Locked |
| oregonhci.org | Active | 12/5/2020 | Off | Locked |
| oregonhealthcareer.com | Active | 5/18/2021 | Off | Locked |
| oregonhealthcareer.institute | Active | 5/18/2021 | Off | Locked |
| oregonhealthcareerinstitute.com | Active | 12/5/2020 | Off | Locked |
| OREGONKITCHENNINJA.COM | Active | 3/4/2021 | Off | Locked |
| OREGONKITCHENNINJA.INFO | Active | 3/4/2021 | Off | Locked |
| OREGONKITCHENNINJA.NET | Active | 3/4/2021 | Off | Locked |
| OREGONKITCHENNINJA.ORG | Active | 3/4/2021 | Off | Locked |
| PIONEERPACIFIC.CO | Active | 6/1/2021 | Off | Locked |
| PIONEERPACIFIC.INFO | Active | 3/1/2022 | Off | Locked |
| PIONEERPACIFIC.NET | Active | 6/2/2022 | Off | Locked |
| PIONEERPACIFIC.ORG | Active | 6/2/2022 | Off | Locked |
| PIONEERPACIFIC.US | Active | 6/1/2022 | Off | Locked |
| PIONEERPACIFICCOLLEGE.BIZ | Active | 6/1/2022 | Off | Locked |
| PIONEERPACIFICCOLLEGE.CO | Active | 6/1/2021 | Off | Locked |
| pioneerpacificcollege.com | DNSInfo - Active | 0001-01-01 | Off | Unlocked |
| PIONEERPACIFICCOLLEGE.INFO | Active | 6/2/2022 | Off | Locked |
| PIONEERPACIFICCOLLEGE.NET | Active | 4/5/2021 | Off | Locked |
| PIONEERPACIFICCOLLEGE.US | Active | 6/1/2022 | Off | Locked |
| pioneertest.com | Active | 5/22/2021 | Off | Locked |
| PORTLANDCHEFS.ORG | Active | 3/4/2021 | Off | Locked |
| PORTLANDCHEFS.US | Active | 3/3/2021 | Off | Locked |

10:41 AM
08/31/20

# Pioneer Pacific College
## 1099 Detail
### May 31 through August 31, 2020

PAYMENTS MADE OVER $6,425 PAST 90 DAYS

| Type | Date | Num | Memo | Account | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| **Aldrich Retirement Solutions, LP** | | | | | | |
| **(no tax ID on file)** | | | | | | |
| Bill | 07/24/2020 | 10332200-Final Bill | 2nd Quarter 2020 | 6038-90 · Accounting/Professional Fees | 1,582.77 | 1,582.77 |
| Bill | 07/24/2020 | 10332200-Final Bill | Pro-rated 3rd Quarter 2020 | 6038-90 · Accounting/Professional Fees | 539.19 | 539.19 |
| Bill | 07/24/2020 | 10332200 | Progress billing | 6038-90 · Accounting/Professional Fees | 4,408.00 | 4,408.00 |
| **Total Aldrich Retirement Solutions, LP** | | | | | 6,529.96 | 6,529.96 |
| | | | | | | |
| **Biar Bros., a Limited Partnership** | | | | | | |
| **93-0939031** | | | | | | |
| Bill | 06/17/2020 | 04/01/2020 | Est CAM | 6098-70 · Utilities | 436.00 | 296.31 |
| Bill | 06/17/2020 | 04/01/2020 | Est Prop | 5503-70 · Taxes/Licenses | 329.00 | 223.59 |
| Bill | 06/17/2020 | 04/01/2020 | Insurance | 6028-90 · General Insurance | 35.21 | 23.93 |
| Bill | 06/17/2020 | 04/01/2020 | Base Rent | 6063-70 · Rent | 4,097.38 | 2,784.62 |
| Bill | 06/17/2020 | 05/01/2020 | Est CAM | 6098-70 · Utilities | 480.00 | 480.00 |
| Bill | 06/17/2020 | 05/01/2020 | Est Prop | 5503-70 · Taxes/Licenses | 342.00 | 342.00 |
| Bill | 06/17/2020 | 05/01/2020 | Insurance | 6028-90 · General Insurance | 36.17 | 36.17 |
| Bill | 06/17/2020 | 05/01/2020 | Base Rent | 6063-70 · Rent | 4,097.38 | 4,097.38 |
| Bill | 06/17/2020 | 06/01/2020 | Est CAM | 6098-70 · Utilities | 480.00 | 480.00 |
| Bill | 06/17/2020 | 06/01/2020 | Est Prop | 5503-70 · Taxes/Licenses | 342.00 | 342.00 |
| Bill | 06/17/2020 | 06/01/2020 | Insurance | 6028-90 · General Insurance | 36.17 | 36.17 |
| Bill | 06/17/2020 | 06/01/2020 | Base Rent | 6063-70 · Rent | 4,097.38 | 4,097.38 |
| Bill | 06/17/2020 | 05/01/2020 | Est CAM | 6098-70 · Utilities | 684.85 | 684.85 |
| Bill | 06/17/2020 | 05/01/2020 | Est Prop | 5503-70 · Taxes/Licenses | 83.12 | 83.12 |
| Bill | 06/17/2020 | | Insurance | 6028-90 · General Insurance | 0.96 | 0.96 |
| **Total Biar Bros., a Limited Partnership** | | | | | | 14,008.48 |
| | | | | | | |
| **Campus Management Corporation** | | | | | | |
| **64-0516155** | | | | | | |
| Bill | 06/23/2020 | SAS16250 | | 6013-10 · Software Licenses | 8,244.41 | 8,244.41 |
| Bill | 07/29/2020 | SAS16475 | | 6013-10 · Software Licenses | 8,244.41 | 8,244.41 |
| **Total Campus Management Corporation** | | | | | | 16,488.82 |
| | | | | | | |
| **Chambers Development Corporation** | | | | | | |
| **93-0923846** | | | | | | |
| Bill | 06/15/2020 | 04/01/2020 | 3800 Sports Way | 6093-70 · Repairs & Maint. | 944.87 | 944.87 |
| Bill | 06/15/2020 | 04/01/2020 | International Court | 6093-70 · Repairs & Maint. | 205.12 | 205.12 |
| Bill | 06/15/2020 | 05/01/2020 | 3800 Sports Way | 6093-70 · Repairs & Maint. | 139.02 | 139.02 |
| Bill | 06/15/2020 | 05/01/2020 | International Court | 6093-70 · Repairs & Maint. | 329.61 | 329.61 |
| Bill | 06/15/2020 | 06/01/2020 | 3800 Sports Way | 6063-70 · Rent | 39,606.93 | 39,606.93 |
| Bill | 06/15/2020 | 06/01/2020 | International Court | 6093-70 · Repairs & Maint. | 11,343.42 | 11,343.42 |
| Bill | 06/15/2020 | 06/01/2020 | 3800 Sports Way | 6093-70 · Repairs & Maint. | 944.87 | 944.87 |
| Bill | 06/15/2020 | 06/01/2020 | International Court | 6093-70 · Repairs & Maint. | 205.12 | 205.12 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Rent | 39,606.93 | 610.59 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Rent | 39,606.93 | 58.26 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Rent | 39,606.93 | 778.76 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6093-70 · Repairs & Maint. | 11,343.42 | 174.87 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Rent | 329.61 | 223.04 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6093-70 · Repairs & Maint. | 11,343.42 | 16.68 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6093-70 · Repairs & Maint. | 944.87 | 18.58 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6093-70 · Repairs & Maint. | 944.87 | 14.57 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6093-70 · Repairs & Maint. | 944.87 | 1.39 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6093-70 · Repairs & Maint. | 205.12 | 4.03 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6093-70 · Repairs & Maint. | 205.12 | 0.30 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6093-70 · Repairs & Maint. | 205.12 | 3.16 |

10:41 AM
08/31/20

**Pioneer Pacific College**
**1099 Detail**
**May 31 through August 31, 2020**

PAYMENTS MADE OVER $6,425 PAST 90 DAYS

| Type | Date | Num | Memo | Account | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Rent | -944.87 | -130.91 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Rent | -944.87 | -10.77 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Rent | -944.87 | -14.57 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Rent | -944.87 | -174.87 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Rent | -944.87 | -3.16 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Rent | -944.87 | -810.59 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Rent | -1,205.12 | -778.76 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Rent | -1,205.12 | -166.97 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Rent | -1,205.12 | -13.74 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Rent | -1,205.12 | -4.03 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Rent | -1,205.12 | -18.58 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Rent | -1,205.12 | -223.04 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Repairs & Maint. | 698.70 | 13.74 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Repairs & Maint. | 698.70 | 10.77 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Repairs & Maint. | 698.70 | 1.03 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Repairs & Maint. | -90.15 | -0.30 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Repairs & Maint. | -90.15 | -1.39 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Repairs & Maint. | -90.15 | -16.68 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Repairs & Maint. | -90.15 | -1.03 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Repairs & Maint. | -90.15 | -12.49 |
| Bill | 07/01/2020 | 07/01/2020 | International Court | 6063-70 · Repairs & Maint. | -90.15 | -58.26 |
| Bill | 07/01/2020 | 07/01/2020 | Rent Deferment | 6063-70 · Rent | 8,491.73 | 130.91 |
| Bill | 07/01/2020 | 07/01/2020 | Rent Deferment | 6063-70 · Rent | 8,491.73 | 166.97 |
| Bill | 07/01/2020 | 07/01/2020 | Rent Deferment | 6063-70 · Rent | 8,491.73 | 12.49 |
| Bill | 07/01/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Rent | 39,606.63 | 38,159.32 |
| Bill | 07/29/2020 | 07/01/2020 | International Court | 6063-70 · Rent | 11,343.42 | 10,928.83 |
| Bill | 07/29/2020 | 07/01/2020 | International Court | 6063-70 · Repairs & Maint. | 944.87 | 910.33 |
| Bill | 07/29/2020 | 07/01/2020 | International Court | 6063-70 · Repairs & Maint. | 205.12 | 197.63 |
| Bill | 07/29/2020 | 07/01/2020 | 3800 Sports Way | 6063-70 · Repairs & Maint. | 698.70 | 673.16 |
| Bill | 07/29/2020 | 07/01/2020 | Rent Deferment | 6063-70 · Rent | 8,491.73 | 8,181.36 |

**Total Chambers Development Corporation** | | | | | | 112,769.59

**Comcast Business**
**(no tax ID on file)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill | 07/17/2020 | 101250240 | | 6091-90 · Data Communications | 1,426.99 | 1,426.99 |
| Bill | 07/17/2020 | 101250240 | | 6091-90 · Data Communications | 1,371.48 | 1,371.48 |
| Bill | 07/17/2020 | 101250240 | | 6091-90 · Data Communications | 4,808.11 | 4,808.11 |
| Bill | 07/17/2020 | 101250240 | | 6091-90 · Data Communications | 1,371.48 | 1,371.48 |
| Bill | 07/17/2020 | 101250240 | | 6091-90 · Data Communications | 1,727.09 | 1,727.09 |
| Bill | 07/17/2020 | 102950999 | | 6091-90 · Data Communications | 1,426.99 | 1,426.99 |
| Bill | 07/17/2020 | 102950999 | | 6091-90 · Data Communications | 1,371.48 | 1,371.48 |
| Bill | 07/17/2020 | 102950999 | | 6091-90 · Data Communications | 4,808.11 | 4,808.11 |
| Bill | 07/17/2020 | 102950999 | | 6091-90 · Data Communications | 1,371.48 | 1,371.48 |
| Bill | 07/17/2020 | 102950999 | | 6091-90 · Data Communications | 1,727.09 | 1,727.09 |
| Bill | 08/19/2020 | 104971289 | | 6091-90 · Data Communications | 2,996.77 | 2,996.77 |
| Bill | 08/19/2020 | 104971289 | | 6091-90 · Data Communications | 5,573.67 | 5,573.67 |
| Bill | 08/19/2020 | 104971289 | | 6091-90 · Data Communications | 1,504.52 | 1,504.52 |
| Bill | 08/19/2020 | 104971289 | | 6091-90 · Data Communications | 1,132.06 | 1,132.06 |
| Bill | 08/19/2020 | 106407088 | | 6091-90 · Data Communications | 2,996.77 | 2,996.77 |
| Bill | 08/19/2020 | 106407088 | | 6091-90 · Data Communications | 5,573.67 | 5,573.67 |
| Bill | 08/19/2020 | 106407088 | | 6091-90 · Data Communications | 1,504.52 | 1,504.52 |
| Bill | 08/19/2020 | 106407088 | | 6091-90 · Data Communications | 1,132.87 | 1,132.87 |

**Total Comcast Business** | | | | | | 43,825.15

**Dell Financial Services**

# Pioneer Pacific College
## 1099 Detail
### May 31 through August 31, 2020

PAYMENTS MADE OVER $6,425 PAST 90 DAYS

| Type | Date | Num | Memo | Account | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| **(no tax ID on file)** | | | | | | |
| Bill | 06/08/2020 | 80361894 | May 2020 | 6002-90 · Rent/Lease Equipment | 65.39 | 65.39 |
| Bill | 06/08/2020 | 80361894 | May 2020 | 6002-90 · Rent/Lease Equipment | 65.39 | 65.39 |
| Bill | 06/08/2020 | 80361894 | May 2020 | 6002-90 · Rent/Lease Equipment | 65.39 | 65.39 |
| Bill | 06/08/2020 | 80361894 | May 2020 | 6002-90 · Rent/Lease Equipment | 65.38 | 65.38 |
| Bill | 06/08/2020 | 80361890 | May 2020 | 6002-90 · Rent/Lease Equipment | 107.90 | 107.90 |
| Bill | 06/08/2020 | 80361893 | May 2020 | 6002-90 · Rent/Lease Equipment | 1,698.99 | 1,698.99 |
| Bill | 06/08/2020 | 80361892 | May 2020 | 6002-90 · Rent/Lease Equipment | 1,296.31 | 1,296.31 |
| Bill | 06/08/2020 | 80361891 | May 2020 | 6002-90 · Rent/Lease Equipment | 285.85 | 285.85 |
| Bill | 06/08/2020 | 80361891 | May 2020 | 6002-90 · Rent/Lease Equipment | 285.85 | 285.85 |
| Bill | 06/08/2020 | 80361891 | May 2020 | 6002-90 · Rent/Lease Equipment | 285.85 | 285.85 |
| Bill | 06/08/2020 | 80361891 | May 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 06/08/2020 | 80361891 | May 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 06/08/2020 | 80361891 | May 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 06/08/2020 | 80361891 | May 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 06/14/2020 | 80400183 | June 2020 | 6002-90 · Rent/Lease Equipment | 65.39 | 65.39 |
| Bill | 06/14/2020 | 80400183 | June 2020 | 6002-90 · Rent/Lease Equipment | 65.39 | 65.39 |
| Bill | 06/14/2020 | 80400183 | June 2020 | 6002-90 · Rent/Lease Equipment | 65.39 | 65.39 |
| Bill | 06/14/2020 | 80400183 | June 2020 | 6002-90 · Rent/Lease Equipment | 65.38 | 65.38 |
| Bill | 06/14/2020 | 80400182 | June 2020 | 6002-90 · Rent/Lease Equipment | 1,698.99 | 1,698.99 |
| Bill | 06/14/2020 | 80400181 | June 2020 | 6002-90 · Rent/Lease Equipment | 1,296.31 | 1,296.31 |
| Bill | 06/14/2020 | 80400180 | June 2020 | 6002-90 · Rent/Lease Equipment | 285.85 | 285.85 |
| Bill | 06/14/2020 | 80400180 | June 2020 | 6002-90 · Rent/Lease Equipment | 285.85 | 285.85 |
| Bill | 06/14/2020 | 80400180 | June 2020 | 6002-90 · Rent/Lease Equipment | 285.85 | 285.85 |
| Bill | 06/14/2020 | 80400190 | June 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 06/14/2020 | 80400190 | June 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 06/14/2020 | 80400190 | June 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 06/14/2020 | 80400190 | June 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 06/14/2020 | 80400180 | Contract 001-6461372-005 / Invoice 80400180 | 6563-70 · Taxes/Licenses | 11.43 | 11.43 |
| Bill | 07/14/2020 | 80437388 | July 2020 | 6002-90 · Rent/Lease Equipment | 65.39 | 65.39 |
| Bill | 07/14/2020 | 80437388 | July 2020 | 6002-90 · Rent/Lease Equipment | 65.39 | 65.39 |
| Bill | 07/14/2020 | 80437388 | July 2020 | 6002-90 · Rent/Lease Equipment | 65.39 | 65.39 |
| Bill | 07/14/2020 | 80437388 | July 2020 | 6002-90 · Rent/Lease Equipment | 65.38 | 65.38 |
| Bill | 07/14/2020 | 80437385 | July 2020 | 6002-90 · Rent/Lease Equipment | 285.85 | 285.85 |
| Bill | 07/14/2020 | 80437385 | July 2020 | 6002-90 · Rent/Lease Equipment | 285.85 | 285.85 |
| Bill | 07/14/2020 | 80437385 | July 2020 | 6002-90 · Rent/Lease Equipment | 285.85 | 285.85 |
| Bill | 07/14/2020 | 80437385 | July 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 07/14/2020 | 80437385 | July 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 07/14/2020 | 80437385 | July 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 07/14/2020 | 80437385 | July 2020 Property Tax | 6563-70 · Taxes/Licenses | 8.12 | 8.12 |
| Bill | 07/14/2020 | 80437386 | July 2020 | 6002-90 · Rent/Lease Equipment | 1,296.31 | 1,296.31 |
| Bill | 07/14/2020 | 80437387 | July 2020 | 6002-90 · Rent/Lease Equipment | 1,698.99 | 1,698.99 |
| **Total Dell Financial Services** | | | | | | **13,417.52** |
| | | | | | | |
| **Flexential Colorado Corp** | | | | | | |
| **(no tax ID on file)** | | | | | | |
| Bill | 06/08/2020 | INV431758 | | 6002-90 · Rent/Lease Equipment | 1,579.36 | 1,579.36 |
| Bill | 06/08/2020 | INV434306 | | 6002-90 · Rent/Lease Equipment | 1,579.36 | 1,579.36 |
| Bill | 06/29/2020 | INV440817 | | 6002-90 · Rent/Lease Equipment | 1,579.36 | 1,579.36 |
| Bill | 07/14/2020 | INV441905 | | 6002-90 · Rent/Lease Equipment | 1,579.36 | 1,579.36 |
| Check | 08/04/2020 | 26184 | Invoice INV443988 | 6002-90 · Rent/Lease Equipment | 1,579.36 | 1,579.36 |
| Check | 08/19/2020 | 26195 | For September 2020 | 6002-90 · Rent/Lease Equipment | 1,579.36 | 1,579.36 |

**Pioneer Pacific College**
**1099 Detail**
**May 31 through August 31, 2020**

PAYMENTS MADE OVER $6,425 PAST 90 DAYS

| | Type | Date | Num | Memo | Account | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|---|
| **Total Flewntial Colorado Corp.** | | | | | | | 9,476.16 |
| **Foster Garvey** | | | | | | | |
| **(no tax ID on file)** | | | | | | | |
| | Check | 07/29/2020 | WIRE | Bankruptcy Fees | 6035-50 · Legal Fees & Settlement Fees | 30,000.00 | 30,000.00 |
| **Total Foster Garvey** | | | | | | | 30,000.00 |
| **Google** | | | | | | | |
| **(no tax ID on file)** | | | | | | | |
| | Bill | 06/16/2020 | 3699951293 | | 6097-60 · Internet Advertising | 3,696.16 | 3,696.16 |
| | Bill | 06/16/2020 | 3699951293 | | 6097-60 · Internet Advertising | 2,108.05 | 2,108.05 |
| | Bill | 06/16/2020 | 3699951293 | | 6097-60 · Internet Advertising | 2,108.05 | 2,108.05 |
| | Bill | 06/23/2020 | 3713249348 | | 6097-60 · Internet Advertising | 172.58 | 172.58 |
| | Bill | 06/23/2020 | 3713249348 | | 6097-60 · Internet Advertising | 1,407.10 | 1,407.10 |
| | Bill | 06/23/2020 | 3713249348 | | 6097-60 · Internet Advertising | 1,407.10 | 1,407.10 |
| | Bill | 06/29/2020 | 3725103777 | | 6097-60 · Internet Advertising | 720.82 | 719.83 |
| | Bill | 06/29/2020 | 3725103777 | | 6097-60 · Internet Advertising | 720.81 | 719.82 |
| | Bill | 06/29/2020 | 3738833496 | | 6097-60 · Internet Advertising | 745.74 | 745.74 |
| | Bill | 06/29/2020 | 3738833496 | | 6097-60 · Internet Advertising | 745.74 | 745.74 |
| **Total Google** | | | | | | | 13,830.17 |
| **Great American Insurance** | | | | | | | |
| **(no tax ID on file)** | | | | | | | |
| | Check | 06/03/2020 | ACH | 3401721 and 3401722 | 6028-90 · General Insurance | 3,014.42 | 3,014.42 |
| | Check | 07/22/2020 | ACH | 3401721 and 3401722 | 6028-90 · General Insurance | 21,146.91 | 21,146.91 |
| **Total Great American Insurance** | | | | | | | 24,161.33 |
| **Harper, Ty** | | | | | | | |
| **(no tax ID on file)** | | | | | | | |
| | Check | 07/13/2020 | 96215 | 1st Consulting Services for July | 6039-90 · Other Outside Support | 3,060.00 | 3,060.00 |
| | Check | 07/29/2020 | 96241 | 2nd Consulting Services for July | 6039-90 · Other Outside Support | 3,060.00 | 3,060.00 |
| | Check | 07/29/2020 | 96252 | 1st Consulting Services for August | 6039-90 · Other Outside Support | 3,060.00 | 3,060.00 |
| | Check | 07/29/2020 | 96253 | 2nd Consulting Services for August | 6039-90 · Other Outside Support | 3,060.00 | 3,060.00 |
| | Check | 08/12/2020 | 96270 | Reimbursement for Dyn dns August | 6091-90 · Data Communications | 35.00 | 35.00 |
| | Check | 08/19/2020 | 96280 | Reimbursement for Dyn dns September | 6091-90 · Data Communications | 35.00 | 35.00 |
| | Check | 08/19/2020 | 96281 | One week September Consulting Services | 6039-90 · Other Outside Support | 1,530.00 | 1,530.00 |
| **Total Harper, Ty** | | | | | | | 13,840.00 |
| **Hutchinson, Wendy** | | | | | | | |
| **(no tax ID on file)** | | | | | | | |
| | Check | 06/29/2020 | 96194 | June Cell Phone | 6090-90 · Telephone | 50.00 | 50.00 |
| | Check | 06/29/2020 | 96194 | Stamps Reimbursement | 6047-90 · Postage & Freight (All) | 37.40 | 37.40 |
| | Check | 06/29/2020 | 96194 | Used wrong card for purchase | 4070 · Misc. Income | -69.79 | -69.79 |
| | Check | 07/13/2020 | 96212 | Stamps Reimbursement | 6047-90 · Postage & Freight (All) | 219.00 | 219.00 |
| | Check | 07/13/2020 | 96216 | 1st Consulting Services for July | 6039-90 · Other Outside Support | 5,005.00 | 5,005.00 |
| | Check | 07/21/2020 | 96231 | Stamps Reimbursement | 6047-90 · Postage & Freight (All) | 49.50 | 49.50 |
| | Check | 07/29/2020 | 96240 | 2nd Consulting Services for July | 6039-90 · Other Outside Support | 5,005.00 | 5,005.00 |
| | Check | 07/29/2020 | 96246 | 1st Consulting Services for August | 6039-90 · Other Outside Support | 5,005.00 | 5,005.00 |
| | Check | 07/29/2020 | 96247 | 2nd Consulting Services for August | 6039-90 · Other Outside Support | 5,005.00 | 5,005.00 |
| | Check | 08/19/2020 | 96282 | One week September Consulting Services | 6039-90 · Other Outside Support | 2,500.00 | 2,500.00 |
| | Check | 08/21/2020 | 96286 | Stamps Reimbursement | 6047-90 · Postage & Freight (All) | 32.49 | 32.49 |
| | Check | 08/29/2020 | 96291 | 123 miles @ .45 per mile | 6096-90 · Travel and Lodging (All) | 55.35 | 55.35 |
| | Check | 08/29/2020 | 96291 | Shredding reimbursement | 6019-90 · Office Supplies (Employee) | 174.02 | 174.02 |
| **Total Hutchinson, Wendy** | | | | | | | 23,067.97 |

# Pioneer Pacific College
## 1099 Detail
### May 31 through August 31, 2020

PAYMENTS MADE OVER $6,425 PAST 90 DAYS

| Type | Date | Num | Memo | Account | Original Amount | Paid Amount |
|------|------|-----|------|---------|----------------|-------------|
| **Johnson, Mark** | | | | | | |
| (no tax ID on file) | | | | | | |
| Check | 07/13/2020 | 96221 | 1st Consulting Services for July | 6039-90 · Other Outside Support | 1,260.80 | 1,260.80 |
| Check | 07/29/2020 | 96257 | Consulting Services for August | 6039-90 · Other Outside Support | 3,415.00 | 3,415.00 |
| Check | 07/29/2020 | 96258 | 2nd Consulting Services for July | 6039-90 · Other Outside Support | 3,152.00 | 3,152.00 |
| **Total Johnson, Mark** | | | | | | 7,827.80 |
| | | | | | | |
| **Kaiser Foundation Health Plan** | | | | | | |
| (no tax ID on file) | | | | | | |
| Check | 06/01/2020 | 96121 | Group: 20603-AA-10 - May | 6003-10 · Insurance Benefits | 597.79 | 597.79 |
| Check | 06/01/2020 | 96121 | Group: 20603-AA-10 - May | 6003-90 · Insurance Benefits | 3,586.75 | 3,586.75 |
| Check | 06/01/2020 | 96121 | Group: 20603-AA-10 - May | 6003-90 · Insurance Benefits | 637.88 | 637.88 |
| Check | 06/01/2020 | 96121 | COBRA | 6003-90 · Insurance Benefits | 5,420.93 | 5,420.93 |
| Check | 06/01/2020 | 96122 | Group: 20603-AA-10 -- June | 6003-90 · Insurance Benefits | 3,586.75 | 3,586.75 |
| Check | 06/01/2020 | 96122 | Group: 20603-AA-10 -- June | 6003-90 · Insurance Benefits | 637.88 | 637.88 |
| Check | 06/01/2020 | 96122 | COBRA | 6003-90 · Insurance Benefits | 5,420.93 | 5,420.93 |
| Check | 07/01/2020 | 96204 | Group: 20603-AA-10 | 6003-90 · Insurance Benefits | 4,734.94 | 4,734.94 |
| Check | 07/01/2020 | 96204 | Ed Sup | 6003-10 · Insurance Benefits | 2,551.54 | 2,551.54 |
| Check | 07/01/2020 | 96204 | Group: 20603-AA-10 | 6003-90 · Insurance Benefits | 637.88 | 637.88 |
| Check | 07/01/2020 | 96204 | COBRA | 6003-90 · Insurance Benefits | 6,616.51 | 6,616.51 |
| Check | 07/24/2020 | 96235 | Group: 20603-AA-10 | 6003-90 · Insurance Benefits | 3,539.35 | 3,539.35 |
| **Total Kaiser Foundation Health Plan** | | | | | | 37,969.13 |
| | | | | | | |
| **Kelly, Diane** | | | | | | |
| (no tax ID on file) | | | | | | |
| Check | 07/13/2020 | 96218 | 1st Consulting Services for July | 6039-90 · Other Outside Support | 2,200.00 | 2,200.00 |
| Check | 07/29/2020 | 96244 | 2nd Consulting Services for July | 6039-90 · Other Outside Support | 2,200.00 | 2,200.00 |
| Check | 07/29/2020 | 96248 | 1st Consulting Services for August | 6039-90 · Other Outside Support | 2,200.00 | 2,200.00 |
| Check | 07/29/2020 | 96249 | 2nd Consulting Services for August | 6039-90 · Other Outside Support | 2,200.00 | 2,200.00 |
| Check | 07/30/2020 | 96261 | Mileage - OCI and back Springfield | 6096-90 · Travel and Lodging (All) | 192.60 | 192.60 |
| Check | 08/10/2020 | 96267 | Mileage - OCI and back Springfield | 6096-90 · Travel and Lodging (All) | 183.60 | 183.60 |
| **Total Kelly, Diane** | | | | | | 9,176.20 |
| | | | | | | |
| **MCCLINTOCK & ASSOCIATES** | | | | | | |
| **25-1701013** | | | | | | |
| Bill | 06/29/2020 | 133139 | Prep of Audited Financial Statements | 6038-90 · Accounting/Professional Fees | 7,000.00 | 7,000.00 |
| Bill | 06/29/2020 | 133234 | Completion of FA Audit | 6038-90 · Accounting/Professional Fees | 6,200.00 | 6,200.00 |
| Bill | 06/29/2020 | 133170 | Prep of Audited Financial Statements | 6038-90 · Accounting/Professional Fees | 12,000.00 | 12,000.00 |
| Bill | 06/29/2020 | 133211 | Prep of Tax Returns | 6038-90 · Accounting/Professional Fees | 2,500.00 | 2,500.00 |
| Bill | 07/07/2020 | 133888 | Preparation of 401K Audit | 6038-90 · Accounting/Professional Fees | 5,000.00 | 5,000.00 |
| Bill | 07/14/2020 | 133870 | Preparation of Audited FA Statements | 6038-90 · Accounting/Professional Fees | 6,000.00 | 6,000.00 |
| Bill | 07/29/2020 | 2020 FA Audit | 2020 401K Audit | 6038-90 · Accounting/Professional Fees | 16,000.00 | 16,000.00 |
| Bill | 07/29/2020 | 2020 401K Audit | 2020 401K Audit | 6038-90 · Accounting/Professional Fees | 7,000.00 | 7,000.00 |
| Bill | 07/31/2020 | 133925 | Completion of 2019 401K Audit | 6038-90 · Accounting/Professional Fees | 2,000.00 | 2,000.00 |
| Bill | 07/31/2020 | 133925-2 | Completion of 2019 401K Audit | 6038-90 · Accounting/Professional Fees | 300.00 | 300.00 |
| Check | 08/16/2020 | 96278 | Completion of Taxes | 6038-90 · Accounting/Professional Fees | 900.00 | 900.00 |
| **Total MCCLINTOCK & ASSOCIATES** | | | | | | 64,900.00 |
| | | | | | | |
| **Moutos, Don** | | | | | | |
| (no tax ID on file) | | | | | | |
| Check | 07/13/2020 | 96214 | 1st Consulting Services for July | 6039-90 · Other Outside Support | 3,750.00 | 3,750.00 |
| Check | 07/29/2020 | 96242 | 2nd Consulting Services for July | 6039-90 · Other Outside Support | 3,750.00 | 3,750.00 |
| Check | 07/29/2020 | 96250 | 1st Consulting Services for August | 6039-90 · Other Outside Support | 4,000.00 | 4,000.00 |
| Check | 07/29/2020 | 96251 | 2nd Consulting Services for August | 6039-90 · Other Outside Support | 4,000.00 | 4,000.00 |

# Pioneer Pacific College
## 1099 Detail
### May 31 through August 31, 2020

PAYMENTS MADE OVER $6,425 PAST 90 DAYS

| Type | Date | Num | Memo | Account | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| **Total Moulios, Don** | | | | | | |
| Check | 08/19/2020 | 96283 | One week September Consulting Services | 6039-90 · Other Outside Support | 2,000.00 | 2,000.00 |
| | | | | | | 17,500.00 |
| **Norris & Stevens, Inc.** | | | | | | |
| **93-0570087** | | | | | | |
| Bill | 06/29/2020 | 06012020 | Office Rent | 6063-70 · Rent | 4,340.00 | 4,340.00 |
| Bill | 06/29/2020 | 06012020 | CAM and Insurance | 6028-90 · General Insurance | 746.00 | 746.00 |
| Bill | 06/29/2020 | 06012020 | Property Tax | 6563-70 · Taxes/Licenses | 606.00 | 606.00 |
| Bill | 07/29/2020 | 04012020 | Office Rent | 6063-70 · Rent | 4,340.00 | 4,340.00 |
| Bill | 07/29/2020 | 04012020 | CAM and Insurance | 6028-90 · General Insurance | 746.00 | 746.00 |
| Bill | 07/29/2020 | 04012020 | Property Tax | 6563-70 · Taxes/Licenses | 606.00 | 606.00 |
| Bill | 07/29/2020 | 05012020 | Office Rent | 6063-70 · Rent | 4,340.00 | 4,340.00 |
| Bill | 07/29/2020 | 05012020 | CAM and Insurance | 6028-90 · General Insurance | 746.00 | 746.00 |
| Bill | 07/29/2020 | 05012020 | Property Tax | 6563-70 · Taxes/Licenses | 606.00 | 606.00 |
| Bill | 07/29/2020 | 07012020 | Office Rent | 6063-70 · Rent | 4,340.00 | 4,340.00 |
| Bill | 07/29/2020 | 07012020 | CAM and Insurance | 6028-90 · General Insurance | 746.00 | 746.00 |
| Bill | 07/29/2020 | 07012020 | Property Tax | 6563-70 · Taxes/Licenses | 606.00 | 606.00 |
| **Total Norris & Stevens, Inc.** | | | | | | 22,768.00 |
| **The Round Owner, LLC** | | | | | | |
| **(no tax ID on file)** | | | | | | |
| Bill | 08/15/2020 | NO003272 | Common Area Maintenance | 6028-90 · General Insurance | 579.27 | 579.27 |
| Bill | 06/15/2020 | NO003272 | Common Area Maintenance | 6028-90 · General Insurance | 579.27 | 579.27 |
| Bill | 06/15/2020 | NO003272 | Base rent | 6063-70 · Rent | 28,438.22 | 28,438.22 |
| Bill | 06/15/2020 | NO003272 | Common Area Maintenance | 6028-90 · General Insurance | 579.27 | 579.27 |
| Bill | 07/29/2020 | 061720 | 2020 Backflow Device Testing | 6063-70 · Repairs & Maint. | 62.40 | 62.40 |
| Bill | 07/29/2020 | NO003272 | Base rent | 6063-70 · Rent | 28,438.22 | 28,438.22 |
| Bill | 07/29/2020 | NO003272 | Common Area Maintenance | 6028-90 · General Insurance | 579.27 | 579.27 |
| **Total The Round Owner, LLC** | | | | | | 59,255.92 |
| **Watumull Goose Hollow #505** | | | | | | |
| **99-0250442** | | | | | | |
| Bill | 06/29/2020 | 06012020 | Base Rent | 6063-70 · Rent | 13,810.67 | 13,810.67 |
| Bill | 06/29/2020 | 06012020 | CAM and Insurance | 6028-90 · General Insurance | 1,582.00 | 1,582.00 |
| Bill | 06/29/2020 | 06012020 | Property Tax | 6563-70 · Taxes/Licenses | 3,160.00 | 3,160.00 |
| Bill | 07/29/2020 | 04012020 | Base Rent | 6063-70 · Rent | 13,810.67 | 13,810.67 |
| Bill | 07/29/2020 | 04012020 | CAM and Insurance | 6028-90 · General Insurance | 1,582.00 | 1,582.00 |
| Bill | 07/29/2020 | 04012020 | Property Tax | 6563-70 · Taxes/Licenses | 3,160.00 | 3,160.00 |
| Bill | 07/29/2020 | 05012020 | Base Rent | 6063-70 · Rent | 13,810.67 | 13,810.67 |
| Bill | 07/29/2020 | 05012020 | CAM and Insurance | 6028-90 · General Insurance | 1,582.00 | 1,582.00 |
| Bill | 07/29/2020 | 05012020 | Property Tax | 6563-70 · Taxes/Licenses | 3,160.00 | 3,160.00 |
| Bill | 07/29/2020 | 07012020 | Base Rent | 6063-70 · Rent | 13,810.67 | 13,810.67 |
| Bill | 07/29/2020 | 07012020 | CAM and Insurance | 6028-90 · General Insurance | 1,582.00 | 1,582.00 |
| Bill | 07/29/2020 | 07012020 | Property Tax | 6563-70 · Taxes/Licenses | 3,160.00 | 3,160.00 |
| **Total Watumull Goose Hollow #505** | | | | | | 74,210.08 |
| **Wilke, Brian** | | | | | | |
| **(no tax ID on file)** | | | | | | |
| Check | 07/13/2020 | 96213 | Consulting Services | 6039-90 · Other Outside Support | 4,737.68 | 4,737.68 |
| Check | 07/29/2020 | 96243 | Consulting Services | 6039-90 · Other Outside Support | 4,737.68 | 4,737.68 |
| **Total Wilke, Brian** | | | | | | 9,475.36 |
| **Wing, Shauna** | | | | | | |
| **(no tax ID on file)** | | | | | | |
| Check | 07/13/2020 | 96219 | 1st Consulting Services for July | 6039-90 · Other Outside Support | 616.00 | 616.00 |

**Pioneer Pacific College**
**1099 Detail**
**May 31 through August 31, 2020**

PAYMENTS MADE OVER $6,425 PAST 90 DAYS

| Type | Date | Num | Memo | Account | Original Amount | Paid Amount |
|------|------|-----|------|---------|-----------------|-------------|
| Check | 07/29/2020 | 96238 | 2nd Consulting Services for July | 6039-90 · Other Outside Support | 3,079.20 | 3,079.20 |
| Check | 07/29/2020 | 96254 | 1st Consulting Services for August | 6039-90 · Other Outside Support | 3,336.00 | 3,336.00 |
| Check | 07/29/2020 | 96255 | 2nd Consulting Services for August | 6039-90 · Other Outside Support | 3,336.00 | 3,336.00 |
| | | | | | | 10,367.20 |

Total Wing, Sheana